Adam Alper (SBN: 196834)
adam.alper@kirkland.com
Akshay S. Deoras (SBN: 301962)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone:    (213) 680-8400
Facsimile:    (213) 680-8500

Leslie M. Schmidt (pending *pro hac vice*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Kat Li (pending *pro hac vice*)
kat.li@kirkland.com
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Telephone:    (512) 678-9100
Facsimile:    (512) 678-9101

*Attorneys for Plaintiff Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., | CASE NO. |
| Plaintiff, | PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| v. | |
| ALIVECOR, INC. | |
| Defendant. | |

PLAINTIFFS' CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS

CASE No. _____

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Apple Inc. ("Apple"), by its counsel, states that it does not have a parent corporation and that there is no publicly held corporation that owns ten percent (10%) or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned counsel of record for Apple certifies that as of this date, there is no such interest to report.

DATED:  December 2, 2022                          Respectfully submitted,

                                                  KIRKLAND & ELLIS LLP


                                                  /s/ Adam Alper
                                                  Adam Alper (SBN: 196834)
                                                  adam.alper@kirkland.com
                                                  Akshay S. Deoras (SBN: 301962)
                                                  akshay.deoras@kirkland.com
                                                  KIRKLAND & ELLIS LLP
                                                  555 California Street
                                                  San Francisco, CA 94104
                                                  Telephone:    (415) 439-1400
                                                  Facsimile:    (415) 439-1500

                                                  Michael W. De Vries (SBN: 211001)
                                                  michael.devries@kirkland.com
                                                  KIRKLAND & ELLIS LLP
                                                  555 South Flower Street
                                                  Los Angeles, CA 90071
                                                  Telephone:    (213) 680-8400
                                                  Facsimile:    (213) 680-8500

                                                  Leslie M. Schmidt (pending *pro hac vice*)
                                                  leslie.schmidt@kirkland.com
                                                  KIRKLAND & ELLIS LLP
                                                  601 Lexington Avenue
                                                  New York, NY 10022
                                                  Telephone:    (212) 446-4800
                                                  Facsimile:    (212) 446-4900

                                                  Kat Li (pending *pro hac vice*)
                                                  kat.li@kirkland.com
                                                  KIRKLAND & ELLIS LLP
                                                  401 Congress Avenue
                                                  Austin, TX 78701
                                                  Telephone:    (512) 678-9100
                                                  Facsimile:    (512) 678-9101