ALSTON & BIRD, LLP
Philip C. Ducker (Bar No. 262644)
phil.ducker@alston.com
Katherine G. Rubschlager (Bar No. 328100)
katherine.rubschlager@alston.com
560 Mission Street, Suite 2100
San Francisco, California 94105-0912
Telephone: (415) 243-1000
Facsimile: (415) 243-1001

*Attorneys for AliveCor, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Apple Inc.,<br><br>               Plaintiff,<br><br>      vs.<br><br>AliveCor, Inc.,<br><br>               Defendant. | CASE NO. 5:22-cv-07608-HSG<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT ALIVECOR, INC TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(A)**<br><br>The Honorable Haywood S. Gilliam |

Plaintiff Apple Inc. ("Plaintiff") and Defendant AliveCor, Inc. ("AliveCor"), through their respective attorneys of record herein and without waiving any rights, claims, or defenses they have in this action, enter into this Stipulation pursuant to Civil Local Rule 6-1(a), with reference to the following circumstances:

WHEREAS, Plaintiff filed its Complaint on December 2, 2022;

WHEREAS, AliveCor was served with the Complaint on December 9, 2022;

WHEREAS, AliveCor's response to the Complaint is currently due on December 30, 2022;

WHEREAS, the parties have met and conferred and Plaintiff has agreed to extend AliveCor's time to answer or otherwise respond to the Complaint until January 30, 2023;

WHEREAS, this extension will not alter or otherwise impact the date of any event or any deadline already fixed by Court order;

THEREFORE, the parties, through their counsel, hereby stipulate that AliveCor's deadline to answer or otherwise respond to the Complaint shall be extended until January 30, 2023.

**IT IS SO STIPULATED.**

1    DATED:  December 23, 2022                **KIRKLAND & ELLIS, LLP**

2

3
                                             By _/s/ Leslie M. Schmidt (admitted *pro hac vice*)
4
                                                 Adam Alper (SBN: 196834)
5                                                adam.alper@kirkland.com
                                                 Akshay S. Deoras (SBN: 301962)
6                                                akshay.deoras@kirkland.com
                                                 KIRKLAND & ELLIS LLP
7                                                555 California Street
                                                 San Francisco, CA 94104
8                                                Telephone:     (415) 439-1400
                                                 Facsimile:     (415) 439-1500
9
                                                 Michael W. De Vries (SBN: 211001)
10                                               michael.devries@kirkland.com
                                                 KIRKLAND & ELLIS LLP
11                                               555 South Flower Street
                                                 Los Angeles, CA 90071
12                                               Telephone:     (213) 680-8400
                                                 Facsimile:     (213) 680-8500
13
                                                 Leslie M. Schmidt (admitted *pro hac vice*)
14                                               leslie.schmidt@kirkland.com
                                                 KIRKLAND & ELLIS LLP
15                                               601 Lexington Avenue
                                                 New York, NY 10022
16                                               Telephone:     (212) 446-4800
                                                 Facsimile:     (212) 446-4900
17
                                                 Kat Li (admitted *pro hac vice*)
18                                               kat.li@kirkland.com
                                                 KIRKLAND & ELLIS LLP
19                                               401 Congress Avenue
                                                 Austin, TX 78701
20                                               Telephone:     (512) 678-9100
                                                 Facsimile:     (512) 678-9101
21
                                                 *Attorneys for Apple Inc.*
22

23

24

25

26

27

28

DATED:  December 23, 2022                    **ALSTON & BIRD, LLP**


                                   By  */s/ Philip C. Ducker*
                                       Philip C. Ducker
                                       Katherine G. Rubschlager
                                       560 Mission Street, Suite 2100
                                       San Francisco, California 94105-0912
                                       Telephone: (415) 243-1000

                                       *Attorneys for AliveCor, Inc.*




## E-FILING ATTESTATION

I, Philip C. Ducker, am the ECF User whose ID and password are being used to file this document. In Compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatories identified above have concurred in this filing.


DATED: December 23, 2022

                                       By:  */s/ Philip C. Ducker*
                                            Philip C. Ducker

## CERTIFICATE OF SERVICE

I, Philip C. Ducker, hereby certify that on December 23, 2022, the foregoing document was filed and served electronically, using the CM/ECF system, on all parties registered to receive notices.

DATED: December 23, 2022

By: */s/  Philip C. Ducker*
Philip C. Ducker