UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Apple Inc.            , <br> Plaintiff(s), <br> v. <br> AliveCor, Inc.        , <br> Defendant(s). | Case No. 4:22-cv-07608-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, M. Joseph Fernando, an active member in good standing of the bar of North Carolina, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: AliveCor, Inc. in the above-entitled action. My local co-counsel in this case is Phillip Ducker, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 262644.

| | |
|---|---|
| 101 South Tryon Street, Suite 4000 <br> Charlotte, NC 28280-4000 | 560 Mission Street, Suite 2100 <br> San Francisco, California 94105-0912 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (704) 444- 1136 | (415) 243-1000 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| ravi.fernando@alston.com | phil.ducker@alston.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 49199.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 31, 2023

M. Joseph Fernando
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of M. Joseph Fernando is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/1/2023

Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Western **DISTRICT OF** North Carolina

**CERTIFICATE OF GOOD STANDING**

I, Frank G. Johns, *Clerk of this Court,*

certify that M. Joseph Joseph Fernando, Bar # 49199,

was duly admitted to practice in this Court on

10/29/2015
DATE

, and is in good standing as a member of the Bar of this Court.

Dated at Charlotte, North Carolina on 11/23/2022.
LOCATION                                                  DATE

*Frank D. Johns*
CLERK

*Karen Burton*
DEPUTY CLERK

# The North Carolina State Bar

I, Alice Neece Mine, Secretary of the North Carolina State Bar, do hereby certify that

M. Joseph Fernando (Bar # 49199)

was licensed to practice law by the State of North Carolina on August 28, 2015.

Said lawyer is presently an active member of the North Carolina State Bar and is eligible to practice law in North Carolina.

Said lawyer is not subject to a pending order of administrative or disciplinary suspension.

Said lawyer's financial account with the State Bar is current.

Therefore, said lawyer is in good standing with the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this the 14th of December, 2022.

Alice Neece Mine
Secretary of the North Carolina State Bar