# EXHIBIT A

## EXHIBIT A TO JOINT CASE MANAGEMENT STATEMENT

| Event | Plaintiff's Proposed Date | Defendant's Proposed Date |
|---|---|---|
| Case Management Conference (Scheduled) | March 7, 2023 ||
| Apple's Disclosure of Asserted Claims and Infringement Contentions, and Document Production (Patent L.R. 3-1, 3-2) | March 21, 2023 ||
| AliveCor's Invalidity Contentions and Document Production (Patent L.R. 3-3, 3-4) | May 5, 2023 ||
| Parties serve lists of claim terms for construction (Patent L.R. 4-1) | May 19, 2023 ||
| Parties serve proposed constructions for identified terms (Patent L.R. 4-2) | June 9, 2023 ||
| Deadline to file requests for leave to designate additional terms for construction | June 21, 2023 ||
| Apple serves initial damages contentions (Patent L.R. 3-8) | June 27, 2023 ||
| Parties file Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | July 12, 2023 ||
| Deadline for Claim Construction Expert Reports (Patent L.R. 4-3) | July 12, 2023 ||
| Deadline to add parties or amend the pleadings | July 20, 2023 ||
| AliveCor serves responsive damages contentions (Patent L.R. 3-9) | July 23, 2023 ||
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | August 4, 2023 ||
| Apple serves Opening Claim Construction Brief (Patent L.R. 4-5) | August 21, 2023 ||
| AliveCor serves Responsive Claim Construction Brief (Patent L.R. 4-5) | September 5, 2023 ||

2

| Event | Plaintiff's Proposed Date | Defendant's Proposed Date |
|---|---|---|
| Apple serves Reply Claim Construction Brief (Patent L.R. 4-5) | September 12, 2023 ||
| Claim Construction Hearing (Patent L.R. 4-6) | October 5, 2023 at 2:00 p.m., or at the Court's earliest convenience ||
| Fact Discovery Cut-Off | January 25, 2024 | April 25, 2024 |
| Last day to file motions to compel related to fact discovery | February 8, 2024 | May 9, 2024 |
| Opening Expert Reports | February 27, 2024 | May 30, 2024 |
| Rebuttal Expert Reports | March 26, 2024 | June 27, 2024 |
| Reply Expert Reports | April 16, 2024 | July 18, 2024 |
| Expert Discovery Cut-Off | May 17, 2024 | August 16, 2024 |
| Deadline for Dispositive and *Daubert* Motions | June 4, 2024 | September 5, 2024 |
| Hearing on Dispositive and *Daubert* Motions | July 11, 2024, at 2:00 p.m., or at the Court's earliest convenience | October 3, 2024, at 2:00 p.m., or at the Court's earliest convenience |
| Deadline for motions *in limine* | September 12, 2024 | December 12, 2024 |
| Joint Pretrial Statement Due | September 26, 2024 | December 19, 2024 |
| Final Pretrial Conference | October 3, 2024, or at the Court's earliest convenience | January 9, 2025, or at the Court's earliest convenience |
| Trial | October 21, 2024, or at the Court's earliest convenience | January 27, 2025, or at the Court's earliest convenience |

2