# Exhibit A

**EXHIBIT A TO REVISED JOINT CASE MANAGEMENT STATEMENT**

| Event | Plaintiff's Proposed Date | Defendant's Proposed Date |
|---|---|---|
| Case Management Conference (Scheduled) | July 11, 2023 at 2:00 p.m. ||
| Apple's Disclosure of Asserted Claims and Infringement Contentions, and Document Production (Patent L.R. 3-1, 3-2) | July 25, 2023 ||
| AliveCor's Invalidity Contentions and Document Production (Patent L.R. 3-3, 3-4) | September 8, 2023 ||
| Parties serve lists of claim terms for construction (Patent L.R. 4-1) | September 22, 2023 ||
| Parties serve proposed constructions for identified terms (Patent L.R. 4-2) | October 13, 2023 ||
| Deadline to add parties or amend the pleadings | October 20, 2023 ||
| Deadline to file requests for leave to designate additional terms for construction | October 24, 2023 ||
| Apple serves initial damages contentions (Patent L.R. 3-8) | October 30, 2023 ||
| Parties file Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | November 7, 2023 ||
| Deadline for Claim Construction Expert Reports (Patent L.R. 4-3) | November 7, 2023 ||
| AliveCor serves responsive damages contentions (Patent L.R. 3-9) | November 29, 2023 ||
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | December 7, 2023 ||
| Apple serves Opening Claim Construction Brief (Patent L.R. 4-5) | December 20, 2023 ||
| AliveCor serves Responsive Claim Construction Brief (Patent L.R. 4-5) | January 5, 2024 ||

| Event | Plaintiff's Proposed Date | Defendant's Proposed Date |
|---|---|---|
| Apple serves Reply Claim Construction Brief (Patent L.R. 4-5) | January 12, 2024 ||
| Claim Construction Hearing (Patent L.R. 4-6) | February 1, 2024 at 2:00 p.m., or at the Court's earliest convenience ||
| Post Claim Construction Dates | AliveCor believes the remainder of the case schedule should be determined following issuance of the Court's claim construction order pursuant to Paragraph 12 of the Court's Standing Order for Patent Cases. Nevertheless, AliveCor includes proposals for dates post claim construction to counter Apple's proposed dates.<br><br>Apple understands the Standing Order for All Judges of the Northern District of California regarding the Contents of Joint Case Management Statement requires proposed dates for events following claim construction—including, *e.g.,* designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference, and trial—and includes those dates below. ||
| Fact Discovery Cut-Off | April 19, 2024 | August 29, 2024 |
| Last day to file motions to compel related to fact discovery | May 1, 2024 | September 5, 2024 |
| Opening Expert Reports | May 22, 2024 | October 3, 2024 |
| Rebuttal Expert Reports | June 19, 2024 | November 5, 2024 |
| Reply Expert Reports | July 10, 2024 | December 5, 2024 |
| Expert Discovery Cut-Off | August 9, 2024 | January 10, 2025 |
| Deadline for Dispositive and *Daubert* Motions | August 30, 2024 | February 21, 2025 |
| Hearing on Dispositive and *Daubert* Motions | October 10, 2024, at 2:00 p.m., or at | March 20, 2025, at 2:00 p.m., or at the |

2

3

| Event | Plaintiff's Proposed Date | Defendant's Proposed Date |
|---|---|---|
| | the Court's earliest convenience | Court's earliest convenience |
| Deadline for motions *in limine* | December 10, 2024 | May 15, 2025 |
| Joint Pretrial Statement Due | December 17, 2024 | June 5, 2025 |
| Final Pretrial Conference | January 7, 2025 at 3:00 p.m., or at the Court's earliest convenience | June 17, 2025, or at the Court's earliest convenience |
| Trial | January 21, 2025, or at the Court's earliest convenience | July 14, 2025, or at the Court's earliest convenience |