1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE INC.,

          Plaintiff,

    v.

ALIVECOR, INC.,

         Defendant.

Case No.  22-cv-07608-HSG

**SCHEDULING ORDER**

A case management conference was held on July 11, 2023.  Having considered the parties' proposals, *see* Dkt. No. 53, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Apple's Disclosure of Asserted Claims and Infringement Contentions, and Document Production (Patent L.R. 3-1, 3-2) | July 25, 2023 |
| AliveCor's Invalidity Contentions and Document Production (Patent L.R. 3-3, 3-4) | September 8, 2023 |
| Parties serve lists of claim terms for construction (Patent L.R. 4-1) | September 22, 2023 |
| Parties serve proposed constructions for identified terms (Patent L.R. 4-2) | October 13, 2023 |
| Deadline to add parties or amend the pleadings | October 20, 2023 |
| Deadline to file requests for leave to designate additional terms for construction | October 24, 2023 |
| Apple serves initial damages contentions (Patent L.R. 3-8) | October 30, 2023 |
| Parties file Joint Claim Construction and | November 7, 2023 |

| Prehearing Statement (Patent L.R. 4-3) | |
|---|---|
| Deadline for Claim Construction Expert Reports (Patent L.R. 4-3) | November 7, 2023 |
| AliveCor serves responsive damages contentions (Patent L.R. 3-9) | November 29, 2023 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | December 7, 2023 |
| Apple serves Opening Claim Construction Brief (Patent L.R. 4-5) | December 20, 2023 |
| AliveCor serves Responsive Claim Construction Brief (Patent L.R. 4-5) | January 5, 2024 |
| Apple serves Reply Claim Construction Brief (Patent L.R. 4-5) | January 12, 2024 |
| Tutorial | January 26, 2024 at 10:00 a.m. |
| Claim Construction Hearing (Patent L.R. 4-6) | February 2, 2024 at 10:00 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:  7/13/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge