UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff <br> v. <br><br> ALIVECOR, INC. <br><br> Defendant | Case No. 4:22-cv-07608-HSG <br><br> **STIPULATION AND ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

**Private ADR:** The parties previously mediated with Hesha Abrams, Esq. and are coordinating as to the provider for additional mediation.

The parties agree to hold the ADR session as part of a global mediation after the presumptive deadline *(90 days from the date of the order referring the case to ADR)* to accommodate the schedules of other matters, but by no later than January 26, 2024.

Date: August 1, 2023

/s/ Akshay Deoras
Akshay Deoras
Counsel for Plaintiff Apple Inc.

Date: August 1, 2023

/s/ Philip Ducker
Philip Ducker
Counsel for Defendant AliveCor, Inc.

☑ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 8/2/2023

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge