# Exhibit 3

| | |
|---|---|
| **From:** | Ducker, Phil |
| **To:** | Shi, Lindsey Y. |
| **Cc:** | #Apple-Kirkland-AliveCor; Apple Alivecor ND CAL; Ravishankar, Karthik |
| **Subject:** | RE: Apple v. AliveCor (N.D. Cal.) - Protective Order and ESI Stip. |
| **Date:** | Friday, April 28, 2023 2:13:17 PM |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Lindsey,

I apologize for the delay. Nevertheless, it is unclear how this has prejudiced Apple given its indication that it would not be producing documents until its initial infringement contentions were due, at the earliest, and the fact that AliveCor's technical, sales, prior art, and damages production is not due until 45 days after Apple serves its initial infringement contentions. Given the additional delay in the CMC you requested yesterday, it is even less clear how this issue is close to ripe for motion practice. Apple has also refused to state whether its own source code and technical information will be produced in support of a lost profits case which effects our review of the PO. Nevertheless, we will provide feedback to you on the PO next week and we are available to discuss May 10 or May 11 after 11 AM Pacific.

Best,

Phil

**From:** Shi, Lindsey Y. <lindsey.shi@kirkland.com>
**Sent:** Wednesday, April 26, 2023 9:04 AM
**To:** Ducker, Phil <Phil.Ducker@alston.com>
**Cc:** #Apple-Kirkland-AliveCor <Apple-Kirkland-AliveCor@kirkland.com>; Apple Alivecor ND CAL <apple-alivecor-ndcal@alston.com>; Ravishankar, Karthik <karthik.ravishankar@kirkland.com>
**Subject:** RE: Apple v. AliveCor (N.D. Cal.) - Protective Order and ESI Stip.

**EXTERNAL SENDER – Proceed with caution**

Hi Phil,

It's been nearly 6 weeks since we first sent you the draft PO and ESI agreement. To date, we have received no substantive response, despite following up with you at least five times, over email and at our meet and confer calls. You have repeatedly told us to expect edits in a matter of days, but we have yet to receive any. If you do not provide edits on the documents so that the parties can meaningfully engage by 12 PM PT on April 28, 2023, we will move to have the current versions entered.

Thanks,

Lindsey

**Lindsey Shi**

He/Him/His

------------------------------------------------------

**KIRKLAND & ELLIS LLP**

555 South Flower Street, 37th Floor
Los Angeles, CA 90071
**T** +1 213 680 8249  **M** +1 213 399 6478
**F** +1 213 680 8500

------------------------------------------------------

lindsey.shi@kirkland.com

---

**From:** Ravishankar, Karthik <karthik.ravishankar@kirkland.com>
**Sent:** Monday, April 10, 2023 5:45 PM
**To:** Ducker, Phil <Phil.Ducker@alston.com>
**Cc:** #Apple-Kirkland-AliveCor <Apple-Kirkland-AliveCor@kirkland.com>; Apple Alivecor <apple-alivecor@alston.com>
**Subject:** Re: Apple v. AliveCor (N.D. Cal.) - Protective Order and ESI Stip.

Counsel,

Following up on the below, please provide any comments or edits prior to the parties' call on Wednesday regarding written discovery.

Thanks,
Karthik

**Karthik Ravishankar**

------------------------------------------------------

**KIRKLAND & ELLIS LLP**

1301 Pennsylvania Avenue N.W., Washington, D.C. 20004
**T** +1 (202) 389-5266  **M** +1 (571) 451-3126

------------------------------------------------------

karthik.ravishankar@kirkland.com

> On Apr 3, 2023, at 23:18, Ravishankar, Karthik <karthik.ravishankar@kirkland.com> wrote:
>
> Counsel,
>
> Following up on these items, please send us AliveCor's proposed edits by the end of the day.  We'd like to get these on file as soon as possible.
>
> Regards,

Karthik

**Karthik Ravishankar**
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue N.W., Washington, D.C. 20004
**T** +1 (202) 389-5266  **M** +1 (571) 451-3126
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

karthik.ravishankar@kirkland.com

---

**From:** Ducker, Phil <Phil.Ducker@alston.com>
**Sent:** Wednesday, March 22, 2023 11:16 AM
**To:** Ravishankar, Karthik <karthik.ravishankar@kirkland.com>; Apple Alivecor ND CAL <apple-alivecor-ndcal@alston.com>
**Cc:** #Apple-Kirkland-AliveCor <Apple-Kirkland-AliveCor@kirkland.com>
**Subject:** RE: Apple v. AliveCor (N.D. Cal.) - Protective Order and ESI Stip.

Karthik,

We are reviewing the draft PO and ESI stip, but multiple members of our team are in trial this week. We plan to revert back with comments to you next week. In the meantime, please note to further distinguish the team email reflectors we updated ours to apple-alivecor-ndcal@alston.com.

Best,

Phil

---

**From:** Ravishankar, Karthik <karthik.ravishankar@kirkland.com>
**Sent:** Wednesday, March 22, 2023 7:49 AM
**To:** Apple Alivecor ND CAL <apple-alivecor-ndcal@alston.com>
**Cc:** #Apple-Kirkland-AliveCor <Apple-Kirkland-AliveCor@kirkland.com>
**Subject:** RE: Apple v. AliveCor (N.D. Cal.) - Protective Order and ESI Stip.

**EXTERNAL SENDER – Proceed with caution**

---

Counsel,

Following up on the below, please provide us with AliveCor's proposed edits to the protective order and ESI stipulation by the end of the day.

Regards,
Karthik

**Karthik Ravishankar**

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

**KIRKLAND & ELLIS LLP**

1301 Pennsylvania Avenue N.W., Washington, D.C. 20004

**T** +1 (202) 389-5266  **M** +1 (571) 451-3126

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

karthik.ravishankar@kirkland.com

---

**From:** Ravishankar, Karthik <karthik.ravishankar@kirkland.com>
**Sent:** Thursday, March 16, 2023 5:26 PM
**To:** apple-alivecor@alston.com
**Cc:** #Apple-Kirkland-AliveCor <Apple-Kirkland-AliveCor@kirkland.com>
**Subject:** Apple v. AliveCor (N.D. Cal.) - Protective Order and ESI Stip.

Counsel,

See the attached drafts of a protective order and ESI stipulation for this case.  The parties indicated in their joint case management statement that they would submit a proposed protective order to the Court, and a stipulation on ESI discovery is appropriate in view of the written discovery requests served by each party.

Please provide any proposed edits or comments by Monday so we can get these on file next week.

Regards,
Karthik

**Karthik Ravishankar**

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

**KIRKLAND & ELLIS LLP**

1301 Pennsylvania Avenue N.W., Washington, D.C. 20004

**T** +1 (202) 389-5266  **M** +1 (571) 451-3126

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

karthik.ravishankar@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

---

NOTICE: This e-mail message and all attachments may contain legally privileged

and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.
<Protective Order (DRAFT 2023.03.16).docx>
<ESI Stipulation (DRAFT 2023.03.16).docx>
<ESI Stipulation_Exhibit A - Table of Metadata Fields.docx>

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.