# Exhibit 6

| | |
|---|---|
| **From:** | Polins, Greg |
| **To:** | Rubschlager, Katherine; #Apple-Kirkland-AliveCor |
| **Cc:** | Apple Alivecor ND CAL |
| **Subject:** | RE: 2023-09-01 AliveCor"s Objections and Responses to Apple"s Second Set of RFPs |
| **Date:** | Monday, September 25, 2023 2:57:47 PM |

Katherine –

Thanks for meeting with us last week about AliveCor's responses to Apples First and Second set of RFPs, the ESI stipulation, and PO. We've filed the ESI stipulation and understand we are at an impasse on the PO. We intend to move the Court to enter Apple's proposed PO. Please let us know ASAP if AliveCor reconsiders its position on the disputed areas of the PO.

Regarding Apple's RFPs, we identified areas where AliveCor's productions and responses were deficient. For example, we discussed how AliveCor's production of less than 300 documents in response to Apple's First Set of RFPs was clearly deficient. We identified relevant financial information responsive to Apple's requests that AliveCor had not produced. We also identified other requests to which AliveCor had seemingly provided little to no responsive documents. We asked AliveCor to confirm whether its production was complete and, if not, provide a date certain by which it would complete its production. We informed AliveCor that the date should be in the near future considering Apple's First Set of RFPs were served nearly seven months ago. AliveCor stated that it would provide this information about by September 28th, and we look forward to AliveCor's response.

We also identified the relevance of documents concerning the in-development products sought by Apple's Second Set of RFPs and pointed to caselaw in support of the same. AliveCor stated it would reconsider Apple's request. AliveCor agreed it would inform Apple whether AliveCor would agree to produce documents in response to Apple's Second Set of RFPs or inform Apple that the parties were at an impasse on these requests by September 28th. We look forward to AliveCor providing this information.

Regards,

**Greg Polins**

--------------------------------------------------
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3511  **M** +1 703 618 5828
**F** +1 312 862 2200
--------------------------------------------------

greg.polins@kirkland.com