# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., <br><br>    Plaintiff, <br><br>    v. <br><br>ALIVECOR, INC., <br><br>    Defendant. | CASE NO. 22-CV-07608-HSG |

## [PROPOSED] ORDER GRANTING APPLE'S MOTION FOR ENTRY OF PROTECTIVE ORDER REGARDING DISCLOSURE AND USE OF DISCOVERY MATERIALS

After full consideration of the facts and arguments raised in Apple's Motion for Entry of Protective Order Regarding Disclosure and Use of Discovery Materials, the Court HEREBY GRANTS the motion.

IT IS HEREBY ORDERED THAT:

- The Proposed Protective Order Regarding Disclosure and Use of Discovery Materials (the "Proposed Protective Order"), attached as Exhibit 1 to the Declaration of Gregory Polins filed in support of Apple's Motion for Entry of Protective Order Regarding Disclosure and Use of Discovery Materials is entered.

Dated: _____

Hon. Haywood S. Gilliam, Jr.
United States District Judge