UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Apple Inc., <br> Plaintiff(s), <br> v. <br> AliveCor, Inc., <br> Defendant(s). | Case No. 4:22-cv-07608-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Thomas F. Finch, an active member in good standing of the bar of Georgia; E.D. Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: AliveCor, Inc. in the above-entitled action. My local co-counsel in this case is Phillip Ducker, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 262644.

| | |
|---|---|
| 1201 W. Peachtree St. NE, #4900 <br> Atlanta, GA 30309 | 560 Mission Street, Suite 2100 <br> San Francisco, California 94105-0912 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 404 881-7000 | 415 243-1000 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| thomas.finch@alston.com | phil.ducker@alston.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 637008.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/14/2023

Thomas F. Finch
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Thomas F. Finch is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/15/2023

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE

AO 136 (Rev. 10/13) / TXE 136 (Rev. 09/22) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

## CERTIFICATE OF GOOD STANDING

I, DAVID A. O'TOOLE, Clerk of this Court, certify that **Thomas Francis Finch**, Bar # **637008GA**, was duly admitted to practice in this Court on March 31, 2021, and is in good standing as a member of the Bar of this Court.

Dated at Tyler, Texas on November 13, 2023.

DAVID A. O'TOOLE
*CLERK*

*DEPUTY CLERK*