Adam Alper (SBN: 196834)
adam.alper@kirkland.com
Akshay S. Deoras (SBN: 301962)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:     (415) 439-1400
Facsimile:     (415) 439-1500

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone:     (213) 680-8400
Facsimile:     (213) 680-8500

*Attorneys for Plaintiff Apple Inc.*

*[Additional counsel on signature page]*

Philip C. Ducker (SBN: 262644)
Katherine G. Rubschlager (SBN: 328100)
ALSTON & BIRD, LLP
560 Mission Street, Suite 2100
San Francisco, California 94105-0912
Telephone: (415) 243-1000
Facsimile: (415) 243-1001
phil.ducker@alston.com
katherine.rubschlager@alston.com

*Attorneys for Defendant AliveCor, Inc.*

*Additional counsel on signature page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>             Plaintiff,<br><br>    v.<br><br>ALIVECOR, INC.<br><br>             Defendant. | CASE NO. 22-CV-07608-HSG<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE** |

1    Plaintiff Apple Inc. ("Apple") and Defendant AliveCor, Inc. ("AliveCor") by and through their

2    counsel hereby jointly stipulate and agree to the following:

3    On July 13, 2023, the Court issued a Scheduling Order (Dkt. 56) setting deadline for completion

4    of claim construction discovery as December 7, 2023.  The parties have worked diligently to attempt to

5    schedule depositions of AliveCor's claim construction experts.  However, the first date where both counsel

6    for Apple and AliveCor's expert Dr. Roozbeh Jafari are available for the deposition is December 12, 2023.

7    Accordingly, the parties respectfully request to extend the time to complete claim construction discovery

8    until December 12, 2023 for the specific purpose of allowing the deposition of Dr. Jafari to take place on

9    December 12, 2023.  The requested extension will not impact any other deadlines set by the Court.

10    The declaration of Akshay Deoras meeting the requirements of Local Rule 6-2(a) is concurrently

11    submitted with this stipulation.  A proposed order is at appended at the end of this stipulation.

12    NOW THEREFORE, the Parties, by and through their undersigned counsel of record, in the

13    interests of judicial economy, hereby agree and stipulate, and respectfully request that the Court extend

14    the extension described above.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2
DATED:  December 6, 2023

3
KIRKLAND & ELLIS LLP

4
 /s/ Akshay S. Deoras
5
Adam Alper (SBN: 196834)
adam.alper@kirkland.com
6
Akshay S. Deoras (SBN: 301962)
akshay.deoras@kirkland.com
7
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
8
Telephone:     (415) 439-1400
Facsimile:     (415) 439-1500
9

10
Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
11
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
12
Telephone:     (213) 680-8400
Facsimile:     (213) 680-8500
13

14
Leslie M. Schmidt (*pro hac vice*)
leslie.schmidt@kirkland.com
15
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
16
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
17

18
Kat Li (*pro hac vice*)
kat.li@kirkland.com
19
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
20
Telephone:     (512) 678-9100
Facsimile:     (512) 678-9101
21

22
*Attorneys for Plaintiff Apple Inc.*

Respectfully submitted,

ALSTON & BIRD LLP

 /s/ Philip C. Ducker
Philip C. Ducker (SBN: 262644)
Katherine G. Rubschlager (SBN: 328100)
560 Mission Street, Suite 2100
San Francisco, California 94105-0912
Telephone:     (415) 243-1000
Facsimile:     (415) 243-1001
phil.ducker@alston.com
katherine.rubschlager@alston.com

M. Scott Stevens (admitted *pro hac vice*)
J. Ravindra Fernando (admitted *pro hac vice*)
Erin Beaton (admitted *pro hac vice*)
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
Telephone:     (704) 444-1000
Facsimile:     (704) 444-1111
scott.stevens@alston.com
ravi.fernando@alston.com
erin.beaton@alston.com

*Attorneys for Defendant AliveCor, Inc.*

# ATTESTATION

Pursuant to Local Rule 5-1(i)(3)**,** I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: December 6, 2023

*/s/ Akshay S. Deoras*
Akshay S. Deoras

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:     12/6/2023

Honorable Haywood S. Gilliam, Jr.
United States District Court Judge
Northern District of California