UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE INC.,

           Plaintiff,

v.

ALIVECOR, INC.,

           Defendant.

Case No. 22-cv-07608-HSG   (SK)

**ORDER VACATING HEARING**

    Apple Inc. filed a motion for a protective order and noticed it for a hearing on February 1, 2024.  (Dkt. No. 63.)  The District Court has assigned all discovery matters, including this pending motion, to the undersigned.  The Court will not require the parties to refile this motion as a joint letter brief.  Additionally, the Court HEREBY VACATES the hearing and will reset a hearing, if necessary, at a later date.

    **IT IS SO ORDERED**.

Dated: December 19, 2023

_____
SALLIE KIM
United States Magistrate Judge