Adam Alper (SBN: 196834)
adam.alper@kirkland.com
Akshay S. Deoras (SBN: 301962)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:     (415) 439-1400
Facsimile:     (415) 439-1500

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone:     (213) 680-8400
Facsimile:     (213) 680-8500

*Attorneys for Plaintiff Apple Inc.*

*Additional counsel on signature page*

Philip C. Ducker (SBN 262644)
Katherine G. Rubschlager (SBN 328100)
ALSTON & BIRD, LLP
560 Mission Street, Suite 2100
San Francisco, California 94105-0912
Telephone: (415) 243-1000
Facsimile: (415) 243-1001
phil.ducker@alston.com
katherine.rubschlager@alston.com

*Attorneys for Defendant AliveCor, Inc.*

*Additional counsel on signature page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> ALIVECOR, INC. <br><br> Defendant. | CASE NO. 22-CV-07608-HSG <br><br> **JOINT STATUS REPORT** |

Plaintiff Apple Inc. ("Apple" or "Plaintiff") and Defendant AliveCor, Inc. ("AliveCor" or "Defendant") (collectively, the "Parties") file this joint status report pursuant to the Court's December 29, 2023 order staying this case (Dkt. 89). On January 9, 2024, the Patent Trial and Appeal Board ("PTAB") entered decisions in IPR Nos. 2023-00948, 2023-00949, and 2023-00950. The PTAB's decisions are summarized in the table below:

| Patent No. | IPR No. | Status |
|---|---|---|
| 10,866,619 | IPR2023-00948 | Instituted with respect to all petitioned claims (i.e., claims 1-10). The institution decision is attached hereto as Exhibit 1. |
| 10,866,619 | IPR2023-00949 | Instituted with respect to all petitioned claims (i.e., claims 11-20). The institution decision is attached hereto as Exhibit 2. |
| 10,076,257 | IPR2023-00950 | Instituted with respect to all petitioned claims (*i.e.*, claims 1-22). The institution decision is attached hereto as Exhibit 3. |

1

DATED: January 12, 2024

KIRKLAND & ELLIS LLP

*/s/ Akshay S. Deoras*
Adam Alper (SBN: 196834)
adam.alper@kirkland.com
Akshay S. Deoras (SBN: 301962)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone:    (213) 680-8400
Facsimile:    (213) 680-8500

Leslie M. Schmidt (*pro hac vice*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Kat Li (*pro hac vice*)
kat.li@kirkland.com
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Telephone:    (512) 678-9100
Facsimile:    (512) 678-9101

*Attorneys for Plaintiff Apple Inc.*

Respectfully submitted,

ALSTON & BIRD LLP

*/s/ Philip C. Ducker*
Philip C. Ducker (SBN 262644)
Katherine G. Rubschlager (SBN 328100)
560 Mission Street, Suite 2100
San Francisco, California 94105-0912
Telephone:    (415) 243-1000
Facsimile:    (415) 243-1001
phil.ducker@alston.com
katherine.rubschlager@alston.com

M. Scott Stevens (admitted *pro hac vice*)
J. Ravindra Fernando (admitted *pro hac vice*)
Erin Beaton (admitted *pro hac vice*)
Bank of America Plaza
Suite 4000
101 South Tryon Street
Charlotte, NC 28280-4000
Telephone:    (704) 444-1000
Facsimile:    (704) 444-1111
scott.stevens@alston.com
ravi.fernando@alston.com
erin.beaton@alston.com

Thomas F. Finch (admitted *pro hac vice*)
1201 W. Peachtree St. NE
Suite 4900
Atlanta, GA 3039
Telephone:    (404) 881-7000
Facsimile:    (404) 881-7777
thomas.finch@alston.com

*Attorneys for Defendant AliveCor, Inc.*

**ATTESTATION**

I, Philip C. Ducker, am the ECF User whose identification and password are being used to file this document. I hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto in accordance with Civil L.R. 5-1(i)(3).

Dated: January 12, 2024

*/s/ Philip C. Ducker*
Philip C. Ducker