UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE INC.,

         Plaintiff,

v.

ALIVECOR, INC.,

         Defendant.

Case No. 22-cv-07608-HSG

**ORDER CONTINUING STAY**

The Court has received the parties' status report (Dkt. No. 90) and has reviewed the Patent Trial and Appeal Board's ("PTAB") decisions to institute IPR Nos. 2023-00948, 2023-00949, and 2023-00950 as to U.S. Patent Nos. 10,866,619 and 10,076,257. In light of those institution decisions, the Court **CONTINUES** the stay of this action pending final resolution of those IPRs. The parties shall file a joint status report every six months from the date of this order to update the Court on the status of the IPR proceedings and any appeals therefrom. Additionally, within seven days of the issuance of the PTAB's decisions on whether to institute IPR on U.S. Patent Nos. 10,270,898 and 10,568,533, the parties shall file a joint status report of no more than one page, without any argument, simply notifying the Court of the decisions and attaching copies.

         **IT IS SO ORDERED.**

Dated: 1/17/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge