| | |
|---|---|
| Adam Alper (SBN: 196834)<br>adam.alper@kirkland.com<br>Akshay S. Deoras (SBN: 301962)<br>akshay.deoras@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone:   (415) 439-1400<br>Facsimile:    (415) 439-1500<br><br>Michael W. De Vries (SBN: 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 South Flower Street<br>Los Angeles, CA 90071<br>Telephone:   (213) 680-8400<br>Facsimile:    (213) 680-8500<br><br>*Attorneys for Plaintiff Apple Inc.*<br><br>*Additional counsel on signature page* | Philip C. Ducker (SBN 262644)<br>Michelle A. Clark (SBN 243777)<br>Katherine G. Rubschlager (SBN 328100)<br>ALSTON & BIRD, LLP<br>55 Second Street, Suite 2100<br>San Francisco, California 94105-0912<br>Telephone: (415) 243-1000<br>Facsimile: (415) 243-1001<br>phil.ducker@alston.com<br>michelle.clark@alston.com<br>katherine.rubschlager@alston.com<br><br>*Attorneys for Defendant AliveCor, Inc.*<br><br>*Additional counsel on signature page* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| APPLE INC.,<br><br>                Plaintiff,<br><br>        v.<br><br>ALIVECOR, INC.,<br><br>                Defendant. | CASE NO. 22-CV-07608-HSG<br><br>**JOINT STIPULATION AND ORDER RE EXTENSION OF TIME TO SUBMIT JOINT CASE MANAGEMENT STATEMENT** |

1  Plaintiff Apple Inc. ("Apple") and Defendant AliveCor, Inc. ("AliveCor") (collectively, the
2  "Parties"), through their counsel of record, stipulate and agree as follows:
3  WHEREAS, on March 28, 2025, the Court set the deadline for the Parties' Joint Case Management
4  Statement on April 15, 2025 and set the Case Management Conference for April 22, 2025 at 2:00 p.m.
5  (Dkt. No. 111);
6  WHEREAS, the Court's standing order requires the parties to submit their Joint Case Management
7  Statement prior to the Case Management Conference;
8  WHEREAS, the Parties are actively discussing proposed schedules and other issues and request
9  additional time to prepare their Joint Case Management Statement, including to reduce the number of
10  disputed issues presented to the Court;
11  IT IS HEREBY STIPULATED AND AGREED by and between both Parties that the Parties will
12  submit a Joint Case Management Statement on April 17, 2025.

DATED: April 15, 2025

KIRKLAND & ELLIS LLP

 */s/* Kat Li
Adam Alper (SBN: 196834)
adam.alper@kirkland.com
Akshay S. Deoras (SBN: 301962)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone:    (213) 680-8400
Facsimile:    (213) 680-8500

Leslie M. Schmidt (*pro hac vice*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Kat Li (*pro hac vice*)
kat.li@kirkland.com
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Telephone:    (512) 678-9100
Facsimile:    (512) 678-9101

*Attorneys for Plaintiff Apple Inc.*

Respectfully submitted,

ALSTON & BIRD LLP

 */s/* Philip C. Ducker
Philip C. Ducker (SBN 262644)
Michelle A. Clark (SBN 243777)
Katherine G. Rubschlager (SBN 328100)
55 Second Street, Suite 2100
San Francisco, California 94105-0912
Telephone:    (415) 243-1000
Facsimile:    (415) 243-1001
phil.ducker@alston.com
michelle.clark@alston.com
katherine.rubschlager@alston.com

M. Scott Stevens (admitted *pro hac vice*)
J. Ravindra Fernando (admitted *pro hac vice*)
Erin Beaton (admitted *pro hac vice*)
1120 South Tryon St, Suite 3000
Charlotte, NC 28203
Telephone:    (704) 444-1000
Facsimile:    (704) 444-1111
scott.stevens@alston.com
ravi.fernando@alston.com
erin.beaton@alston.com

*Attorneys for Defendant AliveCor, Inc.*

JOINT STIPULATION AND ORDER RE EXTENSION OF TIME TO SUBMIT JOINT CASE MANAGEMENT STATEMENT

3

CASE NO. 22-CV-07608-HSG

**ATTESTATION**

I, Kat Li, am the ECF User whose identification and password are being used to file this document. I hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto in accordance with Civil L.R. 5-1(i)(3).

DATED: April 15, 2025

/s/ Kat Li
Kat Li

JOINT STIPULATION AND ORDER RE EXTENSION OF TIME TO SUBMIT JOINT CASE MANAGEMENT STATEMENT    4    CASE NO. 22-CV-07608-HSG

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**DATED: 4/16/2025**

_____
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge
Northern District of California