# EXHIBIT A

**EXHIBIT A TO REVISED JOINT CASE MANAGEMENT STATEMENT**

| Event | Proposed Date |
|---|---|
| Case Management Conference | April 22, 2025 at 2:00 p.m. (Scheduled) |
| AliveCor serves Responsive Claim Construction Brief (Patent L.R. 4-5) | July 10, 2025 |
| Apple serves Reply Claim Construction Brief (Patent L.R. 4-5) | July 21, 2025 |
| Tutorial | July 31, 2025 |
| Claim Construction Hearing (Patent L.R. 4-6) | July 31, 2025 (or at the Court's earliest convenience) |