# EXHIBIT B

**EXHIBIT B TO REVISED JOINT CASE MANAGEMENT STATEMENT**

| Event | Proposed Date |
|---|---|
| Parties serve lists of claim terms for construction (Patent L.R. 4-1) | April 22, 2025 |
| Parties serve proposed constructions for identified terms (Patent L.R. 4-2) | May 6, 2025 |
| Parties file Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | June 5, 2025 |
| Apple serves Opening Claim Construction Brief (Patent L.R. 4-5) | June 19, 2025 |
| AliveCor serves Responsive Claim Construction Brief (Patent L.R. 4-5) | July 10, 2025 |
| Apple serves Reply Claim Construction Brief (Patent L.R. 4-5) | July 21, 2025 |
| Tutorial | July 31, 2025 |
| Claim Construction Hearing (Patent L.R. 4-6) | July 31, 2025 (or at the Court's earliest convenience) |