UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE INC.,

        Plaintiff,

v.

ALIVECOR, INC.,

        Defendant.

Case No. 22-cv-07608-HSG

**AMENDED SCHEDULING ORDER**

A case management conference was held on April 22, 2025. Having considered the parties' proposals, *see* Dkt. No. 120, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Parties serve lists of claim terms for construction | April 24, 2025 |
| Parties serve constructions for identified terms | May 6, 2025 |
| Apple serves Opening Claim Construction Brief | June 5, 2025 |
| Parties file Joint Claim Construction and Prehearing Statement | June 19, 2025 |
| AliveCor serves Responsive Claim Construction Brief | July 10, 2025 |
| Apple serves Reply Claim Construction Brief | July 21, 2025 |
| Tutorial | August 1, 2025, at 10:00 a.m. |
| Claim Construction Hearing | August 8, 2025, at 10:00 a.m. |

1    These dates may only be altered by order of the Court and only upon a showing of good

2 cause.  The parties are directed to review and comply with this Court's standing orders.

3    **IT IS SO ORDERED.**

4 Dated:    4/23/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge