1   Adam Alper (SBN: 196834)                Philip C. Ducker (SBN 262644)
    adam.alper@kirkland.com                 Michelle A. Clark (SBN 243777)
2   Akshay S. Deoras (SBN: 301962)          Katherine G. Rubschlager (SBN 328100)
    akshay.deoras@kirkland.com              ALSTON & BIRD, LLP
3   KIRKLAND & ELLIS LLP                    55 Second Street, Suite 2100
    555 California Street                   San Francisco, California 94105-0912
4   San Francisco, CA 94104                 Telephone: (415) 243-1000
    Telephone:    (415) 439-1400            Facsimile: (415) 243-1001
5   Facsimile:    (415) 439-1500            phil.ducker@alston.com
                                            michelle.clark@alston.com
6   Michael W. De Vries (SBN: 211001)       katherine.rubschlager@alston.com
    michael.devries@kirkland.com
7   KIRKLAND & ELLIS LLP
    555 South Flower Street                 *Attorneys for Defendant AliveCor, Inc.*
8   Los Angeles, CA 90071
    Telephone:    (213) 680-8400            *Additional counsel on signature page*
9   Facsimile:    (213) 680-8500

10

11  *Attorneys for Plaintiff Apple Inc.*

12  *Additional counsel on signature page*

13                 **UNITED STATES DISTRICT COURT**

14                **NORTHERN DISTRICT OF CALIFORNIA**

15                        **OAKLAND DIVISION**

16

17  APPLE INC.,                             CASE NO. 22-CV-07608-HSG

18              Plaintiff,                  **JOINT STIPULATION AND ORDER RE
                                            AMENDED SCHEDULING ORDER**
19       v.

20  ALIVECOR, INC.,

21              Defendant.

22

23

24

25

26

27

28

Plaintiff Apple Inc. ("Apple") and Defendant AliveCor, Inc. ("AliveCor") (collectively, the "Parties"), through their counsel of record, stipulate and agree as follows:

WHEREAS, at the April 22, 2025 Case Management Conference, Judge Gilliam indicated that he was adopting the schedule proposed by AliveCor with two edits not at issue here, and the Court's April 23, 2025 Minute Entry (Dkt. 121) indicated the same.

WHEREAS, it appears that the Amended Scheduling Order may have inadvertently switched the deadline for Apple's Opening Claim Construction Brief and the Parties' Joint Claim Construction and Prehearing Statement. The Parties' proposed date for the Parties' Joint Claim Construction and Prehearing Statement was June 5, 2025, and for Apple's Opening Claim Construction Brief was June 19, 2025 (*see* Dkt. 120-2 (Ex. B)), but those dates are switched in the Court's Amended Scheduling Order. *See* Dkt. 122 (setting deadlines of June 5, 2025 for Apple's Opening Claim Construction Brief and June 19, 2025 for the parties' Joint Claim Construction and Prehearing Statement, respectively). The Parties agree that the dates were inadvertently switched and jointly request clarification.

WHEREAS, the Parties therefore provide and respectfully request the deadlines proposed in the table below. The only difference between the proposed schedule below and the schedule set by the Court at Dkt. 122 is switching the deadlines for the Parties' Joint Claim Construction and Prehearing Statement to June 5, 2025 and Apple's Opening Claim Construction Brief to June 19, 2025.

| Event | Deadline |
|---|---|
| Parties serve constructions for identified terms | May 6, 2025 |
| Parties file Joint Claim Construction and Prehearing Statement | June 5, 2025 |
| Apple serves Opening Claim Construction Brief | June 19, 2025 |
| AliveCor serves Responsive Claim Construction Brief | July 10, 2025 |
| Apple serves Reply Claim Construction Brief | July 21, 2025 |
| Tutorial | August 1, 2025 at 10:00 a.m. |
| Claim Construction Hearing | August 8, 2025 at 10:00 a.m. |

WHEREAS, the declaration of Kat Li meeting the requirements of Local Rule 6-2(a) is concurrently submitted with this stipulation.

WHEREAS, a proposed order is appended at the end of this stipulation.

NOW THEREFORE, the Parties, by and through their undersigned counsel of record, in the interests of judicial economy, hereby agree and stipulate, and respectfully request that the Court enter the proposed schedule as described above.

DATED:  May 12, 2025

KIRKLAND & ELLIS LLP

*/s/ Kat Li*
Adam Alper (SBN: 196834)
adam.alper@kirkland.com
Akshay S. Deoras (SBN: 301962)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:     (415) 439-1400
Facsimile:     (415) 439-1500

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone:     (213) 680-8400
Facsimile:     (213) 680-8500

Leslie M. Schmidt (*pro hac vice*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

Kat Li (*pro hac vice*)
kat.li@kirkland.com
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Telephone:     (512) 678-9100
Facsimile:     (512) 678-9101

*Attorneys for Plaintiff Apple Inc.*

Respectfully submitted,

ALSTON & BIRD LLP

*/s/ Philip C. Ducker*
Philip C. Ducker (SBN 262644)
Michelle A. Clark (SBN 243777)
Katherine G. Rubschlager (SBN 328100)
55 Second Street, Suite 2100
San Francisco, California 94105-0912
Telephone:     (415) 243-1000
Facsimile:     (415) 243-1001
phil.ducker@alston.com
michelle.clark@alston.com
katherine.rubschlager@alston.com

M. Scott Stevens (admitted *pro hac vice*)
J. Ravindra Fernando (admitted *pro hac vice*)
Erin Beaton (admitted *pro hac vice*)
1120 South Tryon St, Suite 3000
Charlotte, NC 28203
Telephone:     (704) 444-1000
Facsimile:     (704) 444-1111
scott.stevens@alston.com
ravi.fernando@alston.com
erin.beaton@alston.com

*Attorneys for Defendant AliveCor, Inc.*

**ATTESTATION**

I, Kat Li, am the ECF User whose identification and password are being used to file this document. I hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto in accordance with Civil L.R. 5-1(i)(3).

DATED: May 12, 2025

/s/ *Kat Li*
Kat Li

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    **DATED:** 5/13/2025

4                                                        Honorable Haywood S. Gilliam, Jr.
                                                         United States District Court Judge
5                                                        Northern District of California

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28