UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>           Plaintiff,<br><br>   v.<br><br>ALIVECOR, INC.,<br><br>           Defendant. | Case No. 22-cv-07608-HSG (SK)<br><br>**ORDER REGARDING MOTION TO QUASH**<br><br>Regarding Docket No. 129 |

On May 30, 2025, nonparties Vinod Khosla and Khosla Ventures moved to quash subpoenas served on them by Plaintiff. (Dkt. No. 129.) The motion has been assigned to the Undersigned, who is the discovery judge for this matter. (Dkt. No. 84.) There will be no hearing on this matter, but the opposition brief shall be due 14 days after the initial motion was filed. No reply brief will be permitted.

**IT IS SO ORDERED**.

Dated: June 2, 2025

_Sallie Kim_
_____
SALLIE KIM
United States Magistrate Judge