| | |
|---|---|
| Adam Alper (SBN: 196834) | Philip C. Ducker (SBN: 262644) |
| adam.alper@kirkland.com | Michelle A. Clark (SBN: 243777) |
| Akshay S. Deoras (SBN: 301962) | Katherine G. Rubschlager (SBN: 328100) |
| akshay.deoras@kirkland.com | ALSTON & BIRD, LLP |
| KIRKLAND & ELLIS LLP | 55 Second Street, Suite 2100 |
| 555 California Street | San Francisco, California 94105-0912 |
| San Francisco, CA 94104 | Telephone: (415) 243-1000 |
| Telephone:   (415) 439-1400 | Facsimile: (415) 243-1001 |
| Facsimile:    (415) 439-1500 | phil.ducker@alston.com |
| | michelle.clark@alston.com |
| Michael W. De Vries (SBN: 211001) | katherine.rubschlager@alston.com |
| michael.devries@kirkland.com | |
| KIRKLAND & ELLIS LLP | M. Scott Stevens (admitted *pro hac vice*) |
| 695 Town Center Drive | J. Ravindra Fernando (admitted *pro hac vice*) |
| Costa Mesa, CA 92626 | Erin Beaton (admitted *pro hac vice*) |
| Telephone:   (714) 982-8822 | ALSTON & BIRD, LLP |
| Facsimile:    (714) 982-8844 | 101 South Tryon Street |
| | Charlotte, NC 28280-4000 |
| | Telephone:   (704) 444-1000 |
| *Attorneys for Plaintiff Apple Inc.* | Facsimile:    (704) 444-1111 |
| | scott.stevens@alston.com |
| *Additional counsel on signature page* | ravi.fernando@alston.com |
| | erin.beaton@alston.com |
| | |
| | *Attorneys for Defendant AliveCor, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| APPLE INC., | CASE NO. 22-CV-07608-HSG |
| Plaintiff, | **JOINT STATEMENT PURSUANT TO DKT. 148** |
| v. | |
| ALIVECOR, INC., | |
| Defendant. | |

1 | On July 30, 2025, the Court continued the previously scheduled *Markman* hearing set for August
2 | 8, 2025, and directed the parties "to submit [] a brief joint statement confirming their preferred date" of
3 | either "10:00 a.m. on August 22, 2025, or 10:00 a.m. on August 29, 2025." Dkt. 148. Plaintiff Apple Inc.
4 | and Defendant AliveCor, Inc. have conferred and jointly request that the Court set the *Markman* hearing
5 | for August 22, 2025, at 10 a.m.

| | | |
|---|---|---|
|1| | |
|2|DATED:  July 31, 2025|Respectfully submitted,|
|3|KIRKLAND & ELLIS LLP|ALSTON & BIRD LLP|

 /s/Akshay S. Deoras
Adam Alper (SBN: 196834)
adam.alper@kirkland.com
Akshay S. Deoras (SBN: 301962)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:     (415) 439-1400
Facsimile:      (415) 439-1500

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:     (714) 982-8822
Facsimile:      (714) 982-8844

Leslie M. Schmidt (*pro hac vice*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

Greg Polins (*pro hac vice*)
greg.polins@kirkland.com
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL, 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200

Kat Li (*pro hac vice*)
kat.li@kirkland.com
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Telephone:     (512) 678-9100
Facsimile:      (512) 678-9101

*Attorneys for Plaintiff Apple Inc.*

 /s/Philip C. Ducker
Philip C. Ducker (SBN: 262644)
Michelle A. Clark (SBN: 243777)
Katherine G. Rubschlager (SBN: 328100)
55 Second Street, Suite 2100
San Francisco, California 94105-0912
Telephone:   (415) 243-1000
Facsimile:    (415) 243-1001
phil.ducker@alston.com
michelle.clark@alston.com
katherine.rubschlager@alston.com

M. Scott Stevens (admitted *pro hac vice*)
J. Ravindra Fernando (admitted *pro hac vice*)
Erin Beaton (admitted *pro hac vice*)
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
Telephone:   (704) 444-1000
Facsimile:    (704) 444-1111
scott.stevens@alston.com
ravi.fernando@alston.com
erin.beaton@alston.com

*Attorneys for Defendant AliveCor, Inc.*

**ATTESTATION**

I, Akshay S. Deoras, am the ECF User whose identification and password are being used to file this document. I hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto in accordance with Civil L.R. 5-1(i)(3).

DATED: July 31, 2025

/s/ *Akshay S. Deoras*
Akshay S. Deoras