Adam Alper (SBN 196834)
adam.alper@kirkland.com
Akshay S. Deoras (SBN 301962)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive, Ste. 1700
Costa Mesa, CA 92626
Telephone:    (714) 982-8822

*Attorneys for Plaintiff Apple Inc.*
*[Additional counsel on signature page]*

Philip C. Ducker (SBN 262644)
phil.ducker@alston.com
Michelle A. Clark (SBN 243777)
michelle.clark@alston.com
Katherine G. Rubschlager (SBN 328100)
katherine.rubschlager@alston.com
ALSTON & BIRD LLP
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone:    (415) 243-1000

*Attorneys for Defendant AliveCor, Inc.*
*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALIVECOR, INC.<br><br>　　　　Defendant. | Case No. 22-CV-07608-HSG (SK)<br><br>**JOINT STATUS REPORT PURSUANT TO ORDER REQUESTING STATUS UPDATE ON OUTSTANDING DISCOVERY MOTIONS (DKT. 147)** |

1    Pursuant to Magistrate Judge Kim's July 25, 2025 Order Requesting Status Update on Outstanding
2    Discovery Motions (Dkt. 147), Plaintiff Apple Inc. ("Apple") and Defendant AliveCor, Inc. ("AliveCor")
3    (together, "Parties") respectfully provide the following update.
4    After the stay was lifted in this case (*see* Dkt. 111), the Parties met and conferred and resolved the
5    disputes identified in Apple's November 6, 2023 Motion for Entry of Protective Order (Dkt. 63) and
6    accompanying motions to seal (Dkts. 64, 75, 77, 79).  On August 7, 2025, the Parties jointly filed a
7    proposed Stipulated Protective Order, which is pending the Court's approval.  Dkt. 153.  Accordingly, the
8    Parties agree and provide notice that Dkts. 63, 64, 75, 77, and 79 are moot and are withdrawn.

Dated: August 7, 2025

KIRKLAND & ELLIS LLP

/s/ *Akshay S. Deoras*

Adam Alper (SBN 196834)
adam.alper@kirkland.com
Akshay S. Deoras (SBN 301962)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:      (415) 439-1400
Facsimile:      (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:      (714) 982-8822
Facsimile:      (714) 982-8844

Leslie M. Schmidt (*pro hac vice*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900

Kat Li (*pro hac vice*)
kat.li@kirkland.com
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Telephone:      (512) 678-9100
Facsimile:      (512) 678-9101

Greg Polins (*pro hac vice*)
greg.polins@kirkland.com
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL, 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200

*Attorneys for Plaintiff Apple Inc.*

Respectfully submitted,

ALSTON & BIRD LLP

/s/ *Michelle A. Clark*

Philip C. Ducker (SBN 262644)
phil.ducker@alston.com
Michelle A. Clark (SBN 243777)
michelle.clark@alston.com
Katherine G. Rubschlager (SBN 328100)
katherine.rubschlager@alston.com
ALSTON & BIRD LLP
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone:      (415) 243-1000
Facsimile:      (415) 243-1001

M. Scott Stevens (*pro hac vice*)
scott.stevens@alston.com
J. Ravindra Fernando (*pro hac vice*)
ravi.fernando@alston.com
Erin Beaton (*pro hac vice*)
erin.beaton@alston.com
ALSTON & BIRD LLP
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
Telephone:      (704) 444-1000
Facsimile:      (704) 444-1111

*Attorneys for Defendant AliveCor, Inc.*

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: August 7, 2025

*/s/ Akshay S. Deoras*
Akshay S. Deoras