UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>          Plaintiff,<br><br>    v.<br><br>ALIVECOR, INC.,<br><br>          Defendant. | Case No. 22-cv-07608-HSG (SK)<br><br>**ORDER REQUESTING RESUBMISSION OF STIPULATED PROTECTIVE ORDER**<br><br>Regarding Docket No. 153 |

The parties mistakenly directed their stipulated protective order to the District Judge presiding in this matter, as opposed to the Undersigned, who has been referred discovery matters. (Dkt. No. 82.) Accordingly, the parties are instructed to resubmit their stipulated protective order in compliance with the Undersigned's standing orders. In particular, the parties must file one of the following with their proposed protective order: (a) a declaration stating that the proposed order is identical to one of the model orders except for the addition of case identifying information or the elimination of language denoted as optional; (b) a declaration explaining each modification to the model order, along with a redline version comparing the proposed protective order with the model order; or (c) a declaration explaining why use of one of the model orders is not practicable.

**IT IS SO ORDERED**.

Dated: August 7, 2025

*Sallie Kim*
_____
SALLIE KIM
United States Magistrate Judge