Adam Alper (SBN 196834)
adam.alper@kirkland.com
Akshay S. Deoras (SBN 301962)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
T:  (415) 439-1400

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
T:  (213) 680-8400

*Attorneys for Plaintiff Apple Inc.*
*[Additional counsel on signature page]*

Philip C. Ducker (SBN 262644)
phil.ducker@alston.com
Michelle A. Clark (SBN 243777)
michelle.clark@alston.com
Katherine G. Rubschlager (SBN 328100)
katherine.rubschlager@alston.com
ALSTON & BIRD, LLP
55 2nd Street, Suite 2100
San Francisco, California 94105-0912
T:  (415) 243-1000

*Attorneys for Defendant AliveCor, Inc.*
*[Additional counsel on signature page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| APPLE INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALIVECOR, INC.<br><br>　　　　　Defendant. | Case No. 22-CV-07608-HSG<br><br>**THIRD REVISED JOINT CLAIM CONSTRUCTION STATEMENT PURSUANT TO PATENT L.R. 4-3** |

Pursuant to the Court's instructions during the Claim Construction hearing held on August 22, 2025, Plaintiff Apple Inc. ("Apple") and Defendant AliveCor, Inc. ("AliveCor") file this Third Revised Joint Claim Construction Statement to memorialize the agreements reached by the parties and the terms still in dispute.

## I.   AGREED CONSTRUCTIONS (PATENT L.R. 4-3(A))

The parties have agreed to the following constructions:

### A.   '257 Patent

| Term | Claim(s) | Parties' Proposed Construction |
|---|---|---|
| "bezel" | 12, 13 | "a rim that secures a transparent covering for an indicating device" |

### B.   '898 Patent

| Term | Claim(s) | Parties' Proposed Construction |
|---|---|---|
| "A non-transitory computer-readable storage medium storing one or more programs, the one or more programs comprising instructions, which when executed by an electronic device with a display, cause the device to" | 1 | Preamble is limiting. |
| "display a detailed view of a sub-category of wellness data, the detailed view comprising: a graph representation of the sub-category of wellness data that includes aggregated values of the sub-category of wellness data, wherein the sub-category of wellness data is from the plurality of approved sources for the sub-category of wellness data; and a selectable data sharing option" | 1, 23 | "display a detailed view of a sub-category of wellness data, the detailed view requires both: a graph representation of the sub-category of wellness data that includes aggregated values of the sub-category of wellness data, wherein the sub-category of wellness data is from the plurality of approved sources for the sub-category of wellness data; and a selectable data sharing option"[1] |

---

[1] The parties further agree that this term is a "comprising" term.

C.     '533 Patent

| Term | Claim(s) | Parties' Proposed Construction |
|---|---|---|
| "A non-transitory computer-readable storage medium storing one or more programs configured to be executed by one or more processors of a first electronic device with a display and one or more input devices including a biometric sensor, the one or more programs including instructions for:" | 20 | Preamble is limiting. |
| "in response to detecting the first input with the biometric sensor: . . . displaying on the display, a second user interface that is different from the first user interface wherein the second user interface includes an indication of progress in recording the biometric information" | 20 | Plain and ordinary meaning. |
| "indication of progress in recording the biometric information" | 20, 37 | Plain and ordinary meaning. |

II.    PROPOSED CONSTRUCTIONS OF DISPUTED TERMS (PATENT L.R. 4-3(B))

The parties have identified five disputed terms for construction. The parties' proposed constructions for each disputed term, together with all intrinsic and extrinsic evidence supporting each construction, are attached hereto as **Exhibit A**.

Dated: September 5, 2025                              Respectfully submitted,

KIRKLAND & ELLIS LLP                                  ALSTON & BIRD LLP

 /s/ Akshay S. Deoras                                 /s/ Katherine G. Rubschlager

Adam Alper (SBN: 196834)                              Philip C. Ducker (SBN 262644)
adam.alper@kirkland.com                               phil.ducker@alston.com
Akshay S. Deoras (SBN: 301962)                        Michelle A. Clark (SBN 243777)
akshay.deoras@kirkland.com                            michelle.clark@alston.com
KIRKLAND & ELLIS LLP                                  Katherine G. Rubschlager (SBN 328100)
555 California Street                                 katherine.rubschlager@alston.com
San Francisco, CA 94104                               55 2nd Street, Suite 2100

T: (415) 439-1400
F: (415) 439-1500

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
T: (213) 680-8400
F: (213) 680-8500

Greg Polins (*pro hac vice*)
greg.polins@kirkland.com
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL, 60654
T: (312) 862-2000
F: (312) 862-2200

Leslie M. Schmidt (*pro hac vice*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
T: (212) 446-4800
F: (212) 446-4900

Kat Li (*pro hac vice*)
kat.li@kirkland.com
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
T: (512) 678-9100
F: (512) 678-9101

*Attorneys for Plaintiff Apple Inc.*

San Francisco, California 94105-0912
T: (415) 243-1000
F: (415) 243-1001

M. Scott Stevens (admitted *pro hac vice*)
scott.stevens@alston.com
J. Ravindra Fernando (admitted *pro hac vice*)
ravi.fernando@alston.com
Erin Beaton (admitted *pro hac vice*)
erin.beaton@alston.com
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
T: (704) 444-1000
F: (704) 444-1111

*Attorneys for Defendant AliveCor, Inc.*

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: September 5, 2025  /s/ *Katherine G. Rubschlager*
Katherine G. Rubschlager