# EXHIBIT A

## U.S. PATENT NO. 10,076,257

| '257 Patent Term | Claims | Apple's Proposed Construction and References | AliveCor's Proposed Construction and References |
|---|---|---|---|
| "wherein an exterior surface of the enclosure comprises an exterior surface of the first portion, wherein the first pad is positioned underneath the exterior surface of the first portion" | 1 | Plain and ordinary meaning.<br><br>**Intrinsic Evidence**<br><br>'257 Patent and the '257 Patent File History, including at least:<br><br>• '257 Patent at Abstract, 1:49–2:3, 2:38–3:14, 6:3–45, 8:10–10:33, 11:31–53, Figs. 3–6, Claims 1, 6, 7–9, 14.<br><br>• U.S. Patent App. No. 14/136,658 prosecution history, February 17, 2015 Requirement for Restriction/Election<br><br>• U.S. Patent App. No. 14/136,658 prosecution history, April 17, 2015 Response to Election/Restriction and Arguments/Remarks Made in an Amendment<br><br>• U.S. Patent App. No. 14/136,658 prosecution history, June 19, 2015 Non-Final Rejection<br><br>• U.S. Patent App. No. 14/136,658 prosecution history, November 17, 2015 Amendment and Arguments/Remarks Made in an Amendment | Plain and ordinary meaning, which does not include an exposed first pad/electrode.<br><br>**Intrinsic Evidence**<br><br>• '257 Patent at Abstract, 1:49-2:3, 2:38-50, 2:64-3:13, 6:3-16, 6:17-45, 9:14-57, Figs. 3, 4A, 4B, and 5, Claims 1, 15.<br><br>• '257 Patent File History, including:<br><br>  • 11-17-2015 Patent Owner Remarks and Amendment in Response to Non-Final Office Action<br><br>  • 06-30-2016 Patent Owner Remarks and Amendment in Response to Final Office Action<br><br>  • 09-04-2016 Patent Owner Remarks and Amendment in Response to Final Office Action<br><br>  • 01-15-2018 Patent Owner Remarks and Amendment in Response to Non-Final Office Action<br><br>• U.S. Patent No. 6,522,915 ("Ceballos")<br><br>• U.S. Patent No. 4,635,646 ("Gilles")<br><br>• U.S. Patent No. 5,623,926 ("Weiss") |

| '257 Patent Term | Claims | Apple's Proposed Construction and References | AliveCor's Proposed Construction and References |
|---|---|---|---|
| | | • U.S. Patent App. No. 14/136,658 prosecution history, March 2, 2016 Final Rejection<br><br>• U.S. Patent App. No. 14/136,658 prosecution history, June 30, 2016 Response and Arguments/Remarks Made in an Amendment<br><br>• U.S. Patent App. No. 14/136,658 prosecution history, August 10, 2016 Amendment<br><br>• U.S. Patent App. No. 14/136,658 prosecution history, September 4, 2016 Amendment and Arguments/Remarks Made in an Amendment<br><br>• U.S. Patent App. No. 14/136,658 prosecution history, September 14, 2017 Non-Final Rejection<br><br>• U.S. Patent App. No. 14/136,658 prosecution history, January 15, 2018 Amendment and Arguments/Remarks Made in an Amendment<br><br>*AliveCor, Inc. v. Apple Inc.*, IPR 2023-00950 (PTAB), the papers and evidence cited therein, including at least:<br><br>• *AliveCor, Inc. v. Apple Inc.*, IPR 2023-00950 (PTAB), Paper 2 (Petition for Inter Partes Review) (June 7, 2023) at 4-5 | • *Masimo Corp. v. Apple Inc.*, IPR2023-00745 (PTAB), the papers and the evidence cited therein, including at least:<br><br>• Patent Owner's Preliminary Response, including constituent evidence and exhibits cited therein<br><br>• Patent Owner's Response, including constituent evidence and exhibits cited therein<br><br>• Patent Owner's Sur-Reply, including constituent evidence and exhibits cited therein<br><br>• Hearing Transcript<br><br>• Final Written Decision, including constituent evidence and exhibits cited therein<br><br>• Ex. 1052 (Deposition of Thomas W. Kenny (March 26, 2024))<br><br>• Ex. 1080 (Deposition of Thomas W. Kenny (July 29, 2024))<br><br>• Ex. 2003 (Declaration of Dr. Thomas W. Kenny) Ex. 2014 (Second Declaration of Dr. Thomas W. Kenny)<br><br>• Ex. 2014 (Second Declaration of Thomas W. Kenny) |

| '257 Patent Term | Claims | Apple's Proposed Construction and References | AliveCor's Proposed Construction and References |
|---|---|---|---|
| | | <ul><li>*AliveCor, Inc. v. Apple Inc.*, IPR 2023-00950 (PTAB), Paper 6 (Patent Owner Preliminary Response) (Oct. 11, 2023) at 4-6, 37-48.</li><li>*AliveCor, Inc. v. Apple Inc.*, IPR 2023-00950 (PTAB), Paper 12 (Decision Granting Institution) (Jan. 9, 2024) at 13-16, 14-19, 25-30, 38-42.</li><li>*AliveCor, Inc. v. Apple Inc.*, IPR 2023-00950 (PTAB), Paper 20 (Patent Owner Response) (Apr. 11, 2024) at 1-4, 9-15, 22-59, 68-69, 76-77.</li><li>*AliveCor, Inc. v. Apple Inc.*, IPR 2023-00950 (PTAB), Paper 25 (Petitioner's Reply to Patent Owner's Response) (June 26, 2024) at 9.</li><li>*AliveCor, Inc. v. Apple Inc.*, IPR 2023-00950 (PTAB), Paper 28 (Patent Owner Sur-Reply) (Aug. 7, 2024) at 1-2, 5-25.</li><li>*AliveCor, Inc. v. Apple Inc.*, IPR 2023-00950 (PTAB), Paper 44 (Final Written Decision) (Dec. 23, 2024) at 14-19, 24-32, 42-55.</li><li>*AliveCor, Inc. v. Apple Inc.*, IPR 2023-00950 (PTAB), Ex. 2001 (Declaration of Dr. Thomas W. Kenny) (Oct. 10, 2023), ¶¶ 63-84.</li></ul> | <ul><li>Ex. 2016 (Patent Owner's Demonstratives)</li><li>*AliveCor, Inc. v. Apple Inc.*, IPR2023-00950 (PTAB), the papers and the evidence cited therein, including at least:</li><li>Patent Owner's Preliminary Response, including constituent evidence and exhibits cited therein</li><li>Patent Owner's Response, including constituent evidence and exhibits cited therein</li><li>Patent Owner's Sur-Reply, including constituent evidence and exhibits cited therein</li><li>Hearing Transcript</li><li>Final Written Decision, including constituent evidence and exhibits cited therein</li><li>Ex. 1022 (Deposition of Dr. Thomas W. Kenny (June 19, 2024))</li><li>Ex. 2020 (Patent Owner's Demonstratives)</li></ul>Intrinsic evidence as identified by Apple<br><br>**Extrinsic Evidence**<ul><li>Expert testimony of Dr. Roozbeh Jafari</li></ul> |

| '257 Patent Term | Claims | Apple's Proposed Construction and References | AliveCor's Proposed Construction and References |
|---|---|---|---|
| | | • *AliveCor, Inc. v. Apple Inc.*, IPR 2023-00950 (PTAB), Ex. 2004 (Second Declaration of Dr. Thomas W. Kenny) (Apr. 10, 2024), ¶¶ 36-37, 61-94, 102-32, 150-51, 166-67.<br><br>• *AliveCor, Inc. v. Apple Inc.*, IPR 2023-00950 (PTAB), Ex. 1022 (Transcript of June 19, 2024 Deposition of Dr. Thomas W. Kenny) at 81:14-100:5, 130:10-134:2, 138:4-146:9.<br><br>Intrinsic evidence as identified by AliveCor<br><br>**Extrinsic Evidence**<br><br>• McGraw-Hill Dictionary of Electrical and Computer Engineering (2003) (APL-ALV00012047) at 411, 579<br><br>• Wiley Electrical and Electronics Engineering Dictionary (2004) (APL-ALV00012059) at 548–49<br><br>• Jafari Decl., including ¶¶ 32-35<br><br>• Jafari Dep. Tr., including 39:20-24, 39:7-10<br><br>Extrinsic evidence as identified by AliveCor | • Apple Inc. v. Masimo Corp., Case No. 1-22-cv- 01378, Dkt. 295 (Joint Claim Construction Br.) (D. Del. Aug. 31, 2023)<br><br>Extrinsic evidence as identified by Apple |
| "embedded in" | 1 | Plain and ordinary meaning.<br><br>If the Court determines that an express construction is required: Plain and ordinary | Plain and ordinary meaning which is "enclosed within a separate and distinct surrounding material." |

| '257 Patent Term | Claims | Apple's Proposed Construction and References | AliveCor's Proposed Construction and References |
|---|---|---|---|
| | | meaning, which is "at least partially set in or partially surrounded by a material"<br><br>**Intrinsic Evidence**<br><br>'257 Patent and the '257 Patent File History, including at least:<br><br>- '257 Patent at 2:38-50, 8:40-9:3, 9:44-49, 10:24-33; Figs. 3, 4A, 4B; Claims 1-22.<br>- U.S. Patent App. No. 14/136,658 prosecution history, November 17, 2015 Amendment and Arguments/Remarks Made in an Amendment<br>- U.S. Patent App. No. 14/136,658 prosecution history, June 30, 2016 Amendment and Arguments/Remarks Made in an Amendment<br>- U.S. Patent App. No. 14/136,658 prosecution history, January 15, 2018 Amendment and Arguments/Remarks Made in an Amendment<br><br>*AliveCor, Inc. v. Apple Inc.*, IPR 2023-00950 (PTAB), the papers and evidence cited therein, including at least:<br><br>- *AliveCor, Inc. v. Apple Inc.*, IPR 2023-00950 (PTAB), Paper 6 (Patent Owner Preliminary Response) (Oct. 11, 2022) at 33-34. | **Intrinsic Evidence**<br><br>- '257 Patent at (54), 2:38-50, 3:30-36, 8:39-42, 8:63-9:3, 9:14-57, 10:24-33, Figs. 3, 4A, 4B, 5, Claim 9.<br>- '257 Patent File History, including:<br>  - 11-17-2015 Patent Owner Remarks and Amendment in Response to Non-Final Office Action<br>  - 06-30-2016 Patent Owner Remarks and Amendment in Response to Final Office Action<br>  - 09-04-2016 Patent Owner Remarks and Amendment in Response to Final Office Action<br>  - 01-15-2018 Patent Owner Remarks and Amendment in Response to Non-Final Office Action<br>- *Masimo Corp. v. Apple Inc.*, IPR2023-00745 (PTAB), the papers and the evidence cited therein, including at least:<br>  - Patent Owner's Preliminary Response, including constituent evidence and exhibits cited therein |

| '257 Patent Term | Claims | Apple's Proposed Construction and References | AliveCor's Proposed Construction and References |
|---|---|---|---|
| | | - *AliveCor, Inc. v. Apple Inc.*, IPR 2023-00950 (PTAB), Paper 12 (Decision Granting Institution) (Jan. 9, 2023) at 3-8, 23-24, 29-30.<br>- *AliveCor, Inc. v. Apple Inc.*, IPR 2023-00950 (PTAB), Paper 20 (Patent Owner Response) (Apr. 11, 2024) at 5-12, 37-52, 73-76.<br>- *AliveCor, Inc. v. Apple Inc.*, IPR 2023-00950 (PTAB), Paper 28 (Patent Owner Sur-Reply) (Aug. 7, 2024) at 2-5, 7, 11, 20.<br>- *AliveCor, Inc. v. Apple Inc.*, IPR 2023-00950 (PTAB), Paper 39 (Patent Owner Supplemental Claim Construction Briefing) (Oct. 30, 2024) at 1-5.<br>- *AliveCor, Inc. v. Apple Inc.*, IPR 2023-00950 (PTAB), Paper 40 (Petitioner's Supplemental Claim Construction Briefing) (Oct. 30, 2024) at 1.<br>- *AliveCor, Inc. v. Apple Inc.*, IPR 2023-00950 (PTAB), Paper 44 (Final Written Decision) (Dec. 23, 2024) at 4-9, 14-19, 36-39.<br>- *AliveCor, Inc. v. Apple Inc.*, IPR 2023-00950 (PTAB), Ex. 2004 (Second Declaration of Dr. Thomas W. Kenny) | - Patent Owner's Response, including constituent evidence and exhibits cited therein<br>- Patent Owner's Sur-Reply, including constituent evidence and exhibits cited therein<br>- Hearing Transcript<br>- Final Written Decision, including constituent evidence and exhibits cited therein<br>- Ex. 1052 (Deposition of Thomas W. Kenny (March 26, 2024))<br>- Ex. 1080 (Deposition of Thomas W. Kenny (July 29, 2024))<br>- Ex. 2003 (Declaration of Dr. Thomas W. Kenny)<br>- Ex. 2005 (Definition of "embedded" from Wiley Electrical and Electronics Engineering Dictionary)<br>- Ex. 2006 (Definition of "embed" from Mariam-Webster's Collegiate Dictionary, 11th Ed. (2005))<br>- Ex. 2007 (Definition of "embed" from Webster's College Dictionary, Random House (2005)) |

| '257 Patent Term | Claims | Apple's Proposed Construction and References | AliveCor's Proposed Construction and References |
|---|---|---|---|
| | | (Apr. 10, 2024), ¶¶ 27–35, 41–42, 60–61, 70–76, 89, 95–101, 105, 110–13.<br><br>• *AliveCor, Inc. v. Apple Inc.*, IPR 2023-00950 (PTAB), Ex. 1022 (Transcript of June 19, 2024 Deposition of Dr. Thomas W. Kenny) at 27:12–34:7, 86:19–87:22, 125:13–129:3.<br><br>*Masimo Corp. v. Apple Inc.*, IPR 2023-00745 (PTAB), the papers and evidence cited therein, including at least:<br><br>• *Masimo Corp. v. Apple Inc.*, IPR 2023-00745 (PTAB), Paper 8 (Decision Granting Institution) (Oct. 16, 2023) at 13–14.<br><br>• *Masimo Corp. v. Apple Inc.*, IPR 2023-00745 (PTAB), Paper 15 (Patent Owner Response) (Jan. 22, 2024) at 5–13, 27–50, 56–61, 68–69.<br><br>• *Masimo Corp. v. Apple Inc.*, IPR 2023-00745 (PTAB), Paper 29 (Patent Owner Sur-Reply) (June 3, 2024) at 2–4, 11–15, 17–28.<br><br>• *Masimo Corp. v. Apple Inc.*, IPR 2023-00745 (PTAB), Paper 44 (Final Written Decision) (Oct. 15, 2024) at 12–21, 27–44, 50–60.<br><br>• *Masimo Corp. v. Apple Inc.*, IPR 2023-00745 (PTAB), Ex. 2003 (Declaration of | • Ex. 2014 (Second Declaration of Dr. Thomas W. Kenny)<br><br>• Ex. 2016 (Patent Owner's Demonstratives)<br><br>• *AliveCor, Inc. v. Apple Inc.*, IPR2023-00950 (PTAB), the papers and the evidence cited therein, including at least:<br><br>• Patent Owner's Preliminary Response, including constituent evidence and exhibits cited therein<br><br>• Patent Owner's Response, including constituent evidence and exhibits cited therein<br><br>• Patent Owner's Sur-Reply, including constituent evidence and exhibits cited therein<br><br>• Hearing Transcript<br><br>• Final Written Decision, including constituent evidence and exhibits cited therein<br><br>• Patent Owner's Supplemental Claim Construction Briefing, including constituent evidence and exhibits cited therein<br><br>• Ex. 1022 (Deposition of Dr. Thomas W. Kenny (June 19, 2024)) |

| '257 Patent Term | Claims | Apple's Proposed Construction and References | AliveCor's Proposed Construction and References |
|---|---|---|---|
| | | Dr. Thomas W. Kenny) (Jan. 21, 2024), ¶¶ 27–46, 69, 75–78, 88, 93–142, 146–66, 201–03.<br><br>• *Masimo Corp. v. Apple Inc.*, IPR 2023-00745 (PTAB), Ex. 1052 (Transcript of March 26, 2024 Deposition of Dr. Thomas W. Kenny) at 42:12–191:14, 218:15–227:21.<br><br>Intrinsic evidence as identified by AliveCor<br><br>**Extrinsic Evidence**<br><br>• *AliveCor, Inc. v. Apple Inc.*, IPR 2023-00950 (PTAB), Ex. APPLE-2005 (Definition of "embedded" from Wiley Electrical and Electronics Engineering Dictionary, IEEE Press, Wiley-Interscience (2004) (APL-ALV00017594) at 254) (Apr. 11, 2024).<br><br>• Definition of "embed" from Webster's New World College Dictionary, Fifth Edition (2014).<br><br>• Definition of "embed" from the American Heritage Dictionary of the English Language, Fifth Edition (2011).<br><br>Extrinsic evidence as identified by AliveCor | • Ex. 2001 (Declaration of Thomas W. Kenny)<br><br>• Ex. 2004 (Second Declaration of Thomas W. Kenny)<br><br>• Ex. 2005 (Definition of "embedded" from Wiley Electrical and Electronics Engineering Dictionary, IEEE Press (2004))<br><br>Intrinsic evidence as identified by Apple<br><br>**Extrinsic Evidence**<br><br>• Oxford English Dictionary<br><br>  • embedded \| imbedded (https://www.oed.com/dictionary/embedded_adj-a?tab=factsheet&tl=true#122270994100)<br><br>  • embed \| imbed (https://www.oed.com/dictionary/embed_v?tab=factsheet#5682225)<br><br>  • embedded (https://www.oed.com/dictionary/embedded_adj?tab=factsheet#12621174) |

| '257 Patent Term | Claims | Apple's Proposed Construction and References | AliveCor's Proposed Construction and References |
|---|---|---|---|
| | | | • etymonline, embed (https://www.etymonline.com/word/embed)<br><br>Extrinsic evidence as identified by Apple |

**U.S. PATENT NO. 10,568,533**

| '533 Patent Term | Claims | Apple's Proposed Construction and References | AliveCor's Proposed Construction and References |
|---|---|---|---|
| "a first electronic device with a display and one or more input devices including a biometric sensor" | 20 | Plain and ordinary meaning.<br><br>**Intrinsic Evidence**<br><br>'533 Patent and the '533 Patent File History, including at least:<br><br>- '533 Patent at Abstract, 2:1–10:39, 12:59–13:10, 16:22–40, 18:16–26, 29:8–19, 29:66–30:12, 32:9–26, 33:1–18, 39:4–21, 44:66–45:15, 45:47–46:57, 47:3–22, 52:7–48, 53:66–55:30, 57:4–26, 58:41–60:3, 60:30–53, 61:14–27, 64:6–68:33, 69:20–74:64, 75:27–77:6, 77:23–78:35, 79:5–64, 80:11–18, 81:8–20, 81:63–82:4, 84:29–85:27, 87:25–88:35, 88:59–89:17, 89:65–90:23, 91:1–24, 92:45–67, 93:48–94:35, 95:6–98:23, 98:24–99:58, Fig. 2, Fig. 4B, Figs. 5–15, Claims 20, 39<br>- U.S. Patent App. No. 16/143,959 prosecution history, April 17, 2019 Non-Final Rejection<br>- U.S. Patent App. No. 16/143,959 prosecution history, July 17, 2019 Amendment and Arguments/Remarks Made in an Amendment | "electronic device with an integrated display and one or more integrated input devices including a biometric sensor"<br><br>**Intrinsic Evidence**<br><br>- '533 Patent at Cl. 20, 24-25, 35, Specification at 1:49-67, 29:66-30:41, 39:4-16, 39:33-40:1, 60:30-53, 65:59-66:2, 70:3-17, 71:45-72:2, 75:27-38, 79:5-29, 84:29-40, 84:49-55, 91:1-24, 96:4-20, Figs. 3, 6A, 7A-7C, 9A-9B<br>- '533 File History, including:<br>  - July 17, 2019 Office Action Response.<br>- *AliveCor, Inc. v. Apple Inc.*, IPR2024-00095 (PTAB), the papers and the evidence cited therein, including at least:<br>  - Petitioner's Petition for *Inter Partes* Review, including constituent evidence and exhibits cited therein<br>  - Patent Owner's Preliminary Response, including constituent evidence and exhibits cited therein<br>  - Decision Denying Institution of Inter Partes Review, including constituent evidence and exhibits cited therein |

| '533 Patent Term | Claims | Apple's Proposed Construction and References | AliveCor's Proposed Construction and References |
|---|---|---|---|
| | | *AliveCor, Inc. v. Apple Inc.*, IPR2024-00095 (PTAB), the papers and evidence cited therein, including at least:<br><br>• *AliveCor, Inc. v. Apple Inc.*, IPR2024-00095 (PTAB), Paper 7 (Decision Denying Institution) (May 10, 2024)<br><br>Intrinsic evidence as identified by AliveCor<br><br>**Extrinsic Evidence**<br><br>• Merriam-Webster's Medical Dictionary (2016) (APL-ALV00012051) at 88, 710<br><br>• Taber's Cyclopedic Medical Dictionary, Twenty-Second Edition (2013) (APL-ALV00012055) at 284, 2110<br><br>Extrinsic evidence as identified by AliveCor | Intrinsic evidence as identified by Apple<br><br>**Extrinsic Evidence**<br><br>• AliveCorNDCA_000006597–AliveCorNDCA_000006616.<br><br>• Expert testimony of Dr. Rajeev Surati<br><br>Extrinsic evidence as identified by Apple |
| "biometric sensor" | 20, 21, 24 | Plain and ordinary meaning.<br><br>**Intrinsic Evidence**<br><br>'533 Patent and the '533 Patent File History, including at least:<br><br>• '533 Patent at Abstract, 3:27–10:39, 39:4–21, 44:66–45:15, 45:47–46:3, 52:7–48, 54:24–29, 60:30–53, 61:14–27, 65:59–68:33, 69:20–31, 70:18–65, 71:46–72:2, 75:27–76:36, 78:17–35, 79:5–29, 84:29–85:27, 87:25–50, 91:1–24, 92:45–67, | "input device for detecting and capturing biometric information"<br><br>**Intrinsic Evidence**<br><br>• '533 Patent at Cls. 20-21, 24-25, 34, Specification at 1:39-41, 6:13-17, 45:47-46:3, 54:24-35, 60:30-53, 61:14-27, 67:13-37, 69:27-31, 70:18-31, 70:42-53, 71:53-72:2, 75:28-35, 75:47-53, 76:4-15, 79:5-29, 84:29-40, 95:6-9, Figs. 8A, 11, 12A, 13A-13B, 15 |

| '533 Patent Term | Claims | Apple's Proposed Construction and References | AliveCor's Proposed Construction and References |
|---|---|---|---|
| | | 93:48–94:35, 95:6–98:23, 98:24–99:58, Figs. 5–15, Claims 1, 2, 4, 5, 15, 20, 23, 24, 34, 39, 40, 42, 43, 53<br><br>• U.S. Patent App. No. 16/143,959 prosecution history, April 17, 2019 Non-Final Rejection<br><br>• U.S. Patent App. No. 16/143,959 prosecution history, July 17, 2019 Amendment and Arguments/Remarks Made in an Amendment<br><br>*AliveCor, Inc. v. Apple Inc.*, IPR2024-00095 (PTAB), the papers and evidence cited therein, including at least:<br><br>• *AliveCor, Inc. v. Apple Inc.*, IPR2024-00095 (PTAB), Paper 7 (Decision Denying Institution) (May 10, 2024)<br><br>Intrinsic evidence as identified by AliveCor<br><br>**Extrinsic Evidence**<br><br>• Merriam-Webster's Medical Dictionary (2016) (APL-ALV00012051) at 88, 710<br><br>• Taber's Cyclopedic Medical Dictionary, Twenty-Second Edition (2013) (APL-ALV00012055) at 284, 2110<br><br>Extrinsic evidence as identified by AliveCor | • '533 File History, including:<br>  • July 17, 2019 Office Action Response.<br><br>• *AliveCor, Inc. v. Apple Inc.*, IPR2024-00095 (PTAB), the papers and the evidence cited therein, including at least:<br>  • Petitioner's Petition for *Inter Partes* Review, including constituent evidence and exhibits cited therein<br>  • Patent Owner's Preliminary Response, including constituent evidence and exhibits cited therein<br>  • Decision Denying Institution of Inter Partes Review, including constituent evidence and exhibits cited therein<br><br>Intrinsic evidence as identified by Apple<br><br>**Extrinsic Evidence**<br><br>• AliveCorNDCA_000006597–AliveCorNDCA_000006616.<br><br>• Expert testimony of Dr. Rajeev Surati<br><br>Extrinsic evidence as identified by Apple |

| '533 Patent Term | Claims | Apple's Proposed Construction and References | AliveCor's Proposed Construction and References |
|---|---|---|---|
| "after recording at least a portion of the biometric information, detecting, via the one or more input devices, that the first criteria are no longer met" | 20 | Plain and ordinary meaning.<br><br>**Intrinsic Evidence**<br><br>'533 Patent and the '533 Patent File History, including at least:<br><br>- '533 Patent at Abstract, 2:1–10:39, 16:30–33, 24:1–7, 29:8–19, 32:9–26, 33:1–18, 39:4–21, 44:66–45:15, 45:47–46:57, 47:3–22, 52:7–48, 53:66–55:30, 57:4–26, 58:41–60:3, 60:30–53, 61:14–27, 64:6–68:33, 68:58–63, 69:20–74:64, 75:27–77:6, 77:20–78:35, 79:5–64, 80:11–18, 81:8–20, 81:63–82:4, 84:29–85:27, 87:25–88:35, 88:59–90:23, 91:1–24, 92:45–67, 93:48–94:35, 95:6–98:23, 98:24–99:58, Figs. 5–15, Claims 1, 20, 39<br>- U.S. Patent App. No. 16/143,959 prosecution history, April 17, 2019 Non-Final Rejection<br>- U.S. Patent App. No. 16/143,959 prosecution history, July 17, 2019 Amendment and Arguments/Remarks Made in an Amendment<br><br>*AliveCor, Inc. v. Apple Inc.*, IPR2024-00095 (PTAB), the papers and evidence cited therein, including at least: | "after recording at least a portion of the biometric information, detecting, via the biometric sensor that the first criteria are no longer met"<br><br>**Intrinsic Evidence**<br><br>- '533 Patent at Cls. 20, 24, 34, Specification at 67:13-69:19, 76:4-36, 77:20-21, 96:42-97:5, Figs. 8P, 8Q<br>- '533 File History, including:<br>  - July 17, 2019, Office Action Response.<br>- *AliveCor, Inc. v. Apple Inc.*, IPR2024-00095 (PTAB), the papers and the evidence cited therein, including at least:<br>  - Petitioner's Petition for *Inter Partes* Review, including constituent evidence and exhibits cited therein<br>  - Patent Owner's Preliminary Response, including constituent evidence and exhibits cited therein<br>  - Decision Denying Institution of Inter Partes Review, including constituent evidence and exhibits cited therein<br><br>Intrinsic evidence as identified by Apple<br><br>**Extrinsic Evidence** |

| '533 Patent Term | Claims | Apple's Proposed Construction and References | AliveCor's Proposed Construction and References |
|---|---|---|---|
| | | • *AliveCor, Inc. v. Apple Inc.*, IPR2024-00095 (PTAB), Paper 7 (Decision Denying Institution) (May 10, 2024)<br><br>Intrinsic evidence as identified by AliveCor<br><br>**Extrinsic Evidence**<br><br>• Merriam-Webster's Medical Dictionary (2016) (APL-ALV00012051) at 88<br><br>• Taber's Cyclopedic Medical Dictionary, Twenty-Second Edition (2013) (APL-ALV00012055) at 284<br><br>Extrinsic evidence as identified by AliveCor | • Expert testimony of Dr. Rajeev Surati<br><br>Extrinsic evidence as identified by Apple |