# EXHIBIT B

| | |
|---|---|
| **From:** | Jeff Aldridge(jaldridge@vcaiplaw.com) |
| **To:** | alyssa.alter@uspto.gov |
| **CC:** | |
| **BCC:** | dharris@vcaiplaw.com |
| **Subject:** | Agenda for Examiner Interview - U.S. Application No. 14/136,658 (Our Ref. P7276USC1) |
| **Sent:** | 08/16/2016 08:30:05 PM 0000 (GMT) |
| **Attachments:** | |

PRIVILEGED AND CONFIDENTIAL -- IT IS ACKNOWLEDGED THAT THIS IS NOT A SECURE NETWORK

U.S. Application No. 14/136,658 (Our Ref. P7276USC1)

Examiner,

Thank you for taking the time to speak with me earlier today.  Pursuant to our conversation, this is to confirm our telephonic interview scheduled for U.S. Application No. 14/136,658 on Thursday, August 18th at 11:00am EDT.  I will call you at 571-272-4939 at that time to discuss U.S. Application No. 14/136,658, and specifically to discuss the language of independent claims 29 and 40 with respect to Gilles et al. U.S. Patent No. 4,635,646 and the use of the term "lead" vs. "electrode".

I look forward to speaking with you on Thursday.

Please do not hesitate to contact me if you have any questions or comments.

Very truly yours,

-Jeffrey C. Aldridge (Reg. No. 51,390)


--
Jeff Aldridge

Partner
Van Court & Aldridge LLP
154 Grand Street
New York, NY 10013
Phone: 347-470-6620
Email: jaldridge@vcaiplaw.com
www.vcaiplaw.com

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail, and destroy the original transmission and its attachments without reading or saving in any manner.