Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
Akshay S. Deoras (SBN 301962)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:     (415) 439-1400

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive, Ste. 1700
Costa Mesa, CA 92626
Telephone:     (714) 982-8822

*Attorneys for Plaintiff Apple Inc.*
*[Additional counsel on signature page]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| APPLE INC., | C.A. NO. 22-CV-07608-HSG |
| Plaintiff, | **APPLE'S RESPONSE TO ALIVECOR'S NOTICE OF SUPPLEMENTAL EVIDENCE** |
| v. | |
| ALIVECOR, INC. | |
| Defendant. | |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The alleged supplemental evidence submitted by AliveCor is not new or informative. ***First,*** the portions of Exhibit A cited by AliveCor merely quote evidence previously submitted to the Court. For example, the portion of page 12 cited by AliveCor is a collection of quotes from Apple's Patent Owner Response in *AliveCor, Inc. v. Apple Inc.*, IPR2023-00950 (PTAB), which was submitted as evidence in June 2025. *See, e.g.*, Dkt. 131 (6/5/2025 Revised Joint Claim Construction Statement) at A-3, A-6, A-7, A-9, A-10; *see also* Dkt. 166-1 (Exhibit A) at 1 (quoting portions of the Board's Final Written Decision in *AliveCor, Inc. v. Apple Inc.*, IPR2023-00950 (PTAB), which was also submitted to the Court in June 2025), 31 (summarizing the "relevant question" answered in the Board's Final Written Decision in *AliveCor, Inc. v. Apple Inc.*, IPR2023-00950 (PTAB)). The documents quoted in the cited portions of Exhibit A were also cited extensively in Apple and AliveCor's respective claim construction briefing. *See* Dkt. 140 (Apple's Revised Opening Claim Construction Brief) at 7, 8, 9, 15; Dkt. 144 (AliveCor's Responsive Claim Construction Brief) at 1, 3, 4, 6, 7, 10, 11, 14; Dkt. 145 (Apple's Reply Claim Construction Brief) at 2, 3, 7, 8.

***Second***, Exhibit B—a one-page email setting up an interview with the '257 Patent examiner—does not inform the meaning of any claim term in dispute in this case.

Dated: October 28, 2025

Respectfully submitted,

KIRKLAND & ELLIS LLP

 /s/ Akshay S. Deoras

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
Akshay S. Deoras (SBN 301962)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:    (714) 982-8822

Facsimile:  (714) 982-8844

Leslie M. Schmidt (*pro hac vice*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

Kat Li (*pro hac vice*)
kat.li@kirkland.com
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Telephone:  (512) 678-9100
Facsimile:  (512) 678-9101

Greg Polins (*pro hac vice*)
greg.polins@kirkland.com
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL, 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200

*Attorneys for Plaintiff Apple Inc.*