1  Philip C. Ducker (SBN 262644)
2  Michelle A. Clark (SBN 243777)
   Katherine G. Rubschlager (SBN 328100)
3  ALSTON & BIRD, LLP
   55 Second Street, Suite 2100
4  San Francisco, California 94105
   Telephone: (415) 243-1000
5  Facsimile: (415) 243-1001
   phil.ducker@alston.com
6  michelle.clark@alston.com
7  katherine.rubschlager@alston.com

8  *Attorneys for Defendant AliveCor, Inc.*

9  *Additional counsel on signature page*

10                 **UNITED STATES DISTRICT COURT**

11                **NORTHERN DISTRICT OF CALIFORNIA**

12                        **OAKLAND DIVISION**

13

14  |                    | Case No. 4:22-cv-07608-HSG |

15  APPLE INC.,

16         Plaintiff,                **ALIVECOR INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH ALIVECOR'S MOTION FOR LEAVE TO FILE AMENDED INVALIDITY CONTENTIONS**

17       v.

18  ALIVECOR, INC.,

19         Defendant.

20                                    [Declaration of Michelle Clark; Proposed Order filed concurrently herewith]

21
                                      Judge: Haywood S. Gilliam, Jr.
22                                    Date: April 16, 2026
                                      Time: 2:00pm
23                                    Location: Courtroom 2, 4th Floor

24

25

26

27

28

Pursuant to Civil Local Rules 79-5 and 7-11 Governing Administrative Motions to Seal, Defendant AliveCor, Inc. ("AliveCor"), hereby moves the Court to consider whether another party's material should be sealed regarding AliveCor's Motion for Leave to File Amended Invalidity Contentions ("Motion for Leave"). This motion complies with Civil Local Rule 79-5 and is accompanied by versions of the foregoing documents with information designated as confidential by Omron Healthcare, Inc. ("Omron"), Life Fitness, LLC ("Life Fitness"), Precor Inc. ("Precor"), and Fitbit LLC ("Fitbit") in unredacted form and is supported by the declaration of Michelle Clark.

Defendant files this Administrative Motion to seal the highlighted portions of exhibits to its Motion for Leave, which contains information produced in response to AliveCor's subpoenas that has been designated as confidential by Omron, Life Fitness, Precor, and Fitbit. The documents to be sealed are as follows:

| Exhibit to Motion | Document Title | Portion to be Sealed |
|---|---|---|
| C | Amended Exhibit A-09 – Omron HeartScan HCG-801 | Highlighted Portions at Exhibit A-09 pages 8–10, 19–21, 52–54 (**Ex. C** pdf pages 185–187, 196–198, 229–231) |
| C | Exhibit B-04 – Fitbit Products | Entire Document Exhibit B-04 (**Ex. C** pdf pages 442–587) |
| D | Exhibit A-14 – Life Fitness Exercise Equipment | Highlighted Portions at Exhibit A-14 pages 44–45, 55–56, 66–68, 76, 86–87, 97–99, 109–119, 125–130, 140, 142–146 (**Ex. D** pdf pages 172–173, 183–184, 194–196, 204, 214–215, 225–227, 237–243, 253–258, 268, 270–274) |
| D | Exhibit A-15 – Precor Exercise Equipment | Highlighted Portions at Exhibit A-15 pages 21–23, 37–38, 55–61 (**Ex. D** pdf pages 329–331, 345–346, 363–369) |
| D | Exhibit A-16 – Precor Exercise Equipment with a Polar Strap (and also in view of Nissilä) | Highlighted Portions at Exhibit A-16 pages 50–54, 64–67, 84–89, 94, 113–118, 128–131, 150–155, 165–168, 188–193, 201, 205–211 (**Ex. D** pdf pages 453–457, 467–470, 487–492, 497, 516–521, 531–534, 553–558, 568–571, 591–596, 604, 608–614) |
| D | Exhibit A-17 – Life Fitness Exercise Equipment in view of the '609 Patent | Highlighted Portions at Exhibit A-17 pages 45–46, 56–57, 67–69, 78, 88–89, 99–101, 111–117, 127–132, 142, 144–148 (**Ex. D** pdf pages 694–695, 705–706, 716–718, |

| Exhibit to Motion | Document Title | Portion to be Sealed |
|---|---|---|
|  |  | 727, 737–738, 748–750, 760–766, 776–781, 791, 793–797) |
| D | Exhibit A-18 – Precor Exercise Equipment in view of the '609 Patent | Highlighted Portions at Exhibit A-18 pages 22–24, 38–39, 56–62 (**Ex. D** pdf pages 875–877, 891–892, 909–915) |
| D | Exhibit A-19 – Omron HeartScan in view of Mills | Highlighted Portions at Exhibit A-19 pages 9–11, 29–31, 89–91 (**Ex. D** pdf pages 980–982, 1000–1002, 1060–1062) |

Defendant takes no position on the merits of the confidentiality designations by Omron, Life Fitness, Precor, and Fitbit and expects Omron, Life Fitness, Precor, and Fitbit to file one or more declarations to support sealing in accordance with the Local Rules.

For these reasons, AliveCor respectfully requests that the Court grant its Administrative Motion to Seal.

Dated: February 14, 2026

**ALSTON & BIRD LLP**

BY: */s/ Philip C. Ducker*

Philip C. Ducker (SBN 262644)
Michelle A. Clark (SBN 243777)
Katherine G. Rubschlager (SBN 328100)
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone:    (415) 243-1000
Facsimile:    (415) 243-1001
phil.ducker@alston.com
michelle.clark@alston.com
katherine.rubschlager@alston.com

M. Scott Stevens (admitted *pro hac vice*)
J. Ravindra Fernando (admitted *pro hac vice*)
Erin Beaton (admitted *pro hac vice*)
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
Telephone:    (704) 444-1000
Facsimile:    (704) 444-1111
scott.stevens@alston.com
ravi.fernando@alston.com
erin.beaton@alston.com

Elliott C. Riches (admitted *pro hac vice*)
Dallas Arts Tower
2200 Ross Ave., Suite 2300
Dallas, TX 75201
Telephone:    (214) 922-3400
Facsimile:    (214) 922-3899
elliott.riches@alston.com