```
Philip C. Ducker (SBN 262644)
Michelle A. Clark (SBN 243777)
Katherine G. Rubschlager (SBN 328100)
ALSTON & BIRD, LLP
560 Mission Street, Suite 2100
San Francisco, California 94105-0912
Telephone: (415) 243-1000
Facsimile: (415) 243-1001
phil.ducker@alston.com
michelle.clark@alston.com
katherine.rubschlager@alston.com
```

*Attorneys for Defendant AliveCor, Inc.*

*Additional counsel on signature page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| APPLE INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ALIVECOR, INC.,<br><br>    Defendant. | Case No. 4:22-cv-07608-HSG<br><br>**DECLARATION OF MICHELLE A. CLARK IN SUPPORT OF ALIVECOR INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH ALIVECOR'S MOTION FOR LEAVE TO FILE AMENDED INVALIDITY CONTENTIONS** |

I, Michelle A. Clark, make the following declaration:

1. I am over the age of 18 and competent to make this declaration. All the statements made in this declaration are based on my personal knowledge.

2. I am an attorney licensed to practice law in the State of California. I am a Partner at the law firm of Alston & Bird LLP and counsel for Defendant AliveCor, Inc. ("AliveCor") in the above-referenced action.

3. The highlighted portions of certain exhibits and/or entire exhibits filed with AliveCor's Motion for Leave to File Amended Invalidity Contentions contain information that has been designated as confidential by Omron Healthcare, Inc. ("Omron"), Life Fitness, LLC ("Life Fitness"), Precor Inc. ("Precor"), and Fitbit LLC ("Fitbit") under the protective order.

Pursuant to 17 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 13, 2026

                                                /s/ Michelle Ann Clark

                                                Michelle Ann Clark