1  Jeffrey M. Cohon (SBN 131431)
   GARRELL COHON KENNEDY LLP
2  550 South Hope Street, Suite 460
   Los Angeles, California 90071
3  Tel: (213) 647-0730
   jcohon@gckllp.com
4

5  Attorney for Non-Party
   LIFE FITNESS, LLC
6

7

8

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND DIVISION

13

14  APPLE INC.,                          Case No. 22-CV-07608-HS

15            Plaintiff,                  **DECLARATION OF DANIEL WILLE IN**
                                          **SUPPORT OF STATEMENT OF NON-**
16       v.                               **PARTY LIFE FITNESS, LLC IN**
                                          **RESPONSE TO ALIVECOR'S**
17  ALIVECOR, INC.,                       **ADMINISTRATIVE MOTION TO**
                                          **CONSIDER WHETHER ANOTHER**
18            Defendant.                  **PARTY'S MATERIAL SHOULD BE**
                                          **SEALED**
19

20

21

22

23

24

25

26

27

28

I, Daniel Wille, declare:

1. I am the Chief Product Officer of Life Fitness, LLC, and submit this declaration in support of Life Fitness's Response to Alivecor's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. The facts set forth in this declaration are true of my own personal knowledge and, if called upon to do so, I could and would competently testify thereto.

2. For the reasons set forth below and in the Statement filed herewith, Life Fitness submits that the portions of the documents identified in the Administrative Motion that contain confidential material of Life Fitness should be maintained under seal, to avoid public disclosure of Life Fitness confidential information and associated business harm to Life Fitness.

3. I started my employment with Life Fitness in May 1994, and I have been in my role as the Chief Product Officer since November 2019. As part of my responsibilities, I am responsible for Life Fitness's product development and design efforts.

4. Life Fitness considers its product designs and product development processes to be confidential information, and accordingly maintains such documents and information as confidential. In furtherance of that, the Life Fitness Code of Conduct for employees, attached hereto, contains a section regarding Confidential Information and Data Security, which requires that all employees maintain such information in confidence.

5. Life Fitness designs, manufactures, and sells worldwide various exercise and fitness products. The Life Fitness confidential information related to the Administrative Motion relates to treadmill products. The fitness equipment business more generally, and the treadmill and cardio products in particular, is a highly competitive business. Life Fitness must compete both against many established fitness equipment manufacturers, as well as less established companies, mostly located overseas, that may seek to "knock off" the products of Life Fitness and other established companies.

6. In August 2025, Life Fitness was served by Alivecor with a subpoena in the above-referenced case, seeking certain documents Alivecor maintained were relevant to its defenses in the case. In response to the subpoena, Life Fitness produced certain documents.

7.      Some of the documents produced in response to the subpoena, such as public-facing operation and repair manuals, were not confidential and so were not designated as confidential.

8.      Other documents, however, contained or were confidential information covered by the protective order entered in this case, and so were produced as and labeled as confidential pursuant to the protective order entered in the litigation. These confidential documents included internal engineering drawings, technical specifications, and bills of material.

9.      As described in the Administrative Motion, Alivecor seeks leave to file under seal portions of two exhibits containing Life Fitness confidential information: (1) Highlighted Portions at Exhibit A-14 pages 44–45, 55–56, 66–68, 76, 86–87, 97–99, 109–119, 125–130, 140, 142–146 (Ex. D pdf pages 172–173, 183–184, 194–196, 204, 214–215, 225–227, 237–243, 253–258, 268, 270–274), and (2) Highlighted Portions at Exhibit A-17 pages 45–46, 56–57, 67–69, 78, 88–89, 99–101, 111–117, 127–132, 142, 144–148 (Ex. D pdf pages 694–695, 705–706, 716–718727, 737–738, 748–750, 760–766, 776–781, 791, 793–797).

10.      I have reviewed the highlighted subject materials, and find that they contain Life Fitness confidential information, and should be maintained under seal.

11.      The highlighted subject materials contain two types of information that would cause competitive harm to Life Fitness if made public. First, the documents disclose internal product designs and manufacturing specifications. Life Fitness's competitive advantage comes from its decades of experience in the design and manufacture of fitness equipment, as reflected in the details of its product designs. Second, the documents disclose the identity of at least one partner company that Life Fitness engaged to provide design services related to the Life Fitness products. Life Fitness considers these business relationships as confidential, and they provide a competitive advantage to Life Fitness.

1         I declare under penalty of perjury under the laws of the State of California that the

2   foregoing is true and correct and this declaration was made this 20th day of February, 2026 in

3   Rosemont, Illinois.

4

5                        */s/ Daniel Wille*

6                        Daniel Wille

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



# **EMPLOYEE**
# CODE OF CONDUCT

# TABLE OF **CONTENTS**

**03    AN ETHICAL ENTERPRISE**

**04    INTRODUCTION**

**04    ABOUT THE CODE OF CONDUCT**

**04    BUSINESS PRACTICES**

04    ETHICAL CONDUCT

04    CONFLICTS OF INTEREST AND GIFTS

06    ENGAGEMENT OF THIRD PARTIES

06    FINANCIAL RECORDS, CONTROLS, AND FRAUD

07    INSIDER TRADING

07    MEDIA COMMUNICATIONS

07    SOCIAL MEDIA

07    POLITICAL ACTIVITIES

07    LOBBYING

**08    COMPLIANCE WITH APPLICABLE LAWS AND REGULATIONS**

08    PRODUCT SAFETY AND QUALITY

09    ENVIRONMENT

09    ANTI-CORRUPTION AND ANTI-BRIBERY

10    EXPORT CONTROLS AND ANTI-BOYCOTT LAWS

10    FAIR AND LEGAL COMPETITION (ANTITRUST)

10    COLLECTING INFORMATION ABOUT COMPETITORS

11    HUMAN RIGHTS, CHILD LABOR, AND FORCED LABOR

**11    WORKPLACE ENVIRONMENT**

11    EQUAL EMPLOYMENT OPPORTUNITY AND AFFIRMATIVE ACTION

12    ANTI-HARASSMENT

12    HEALTH AND SAFETY

**13    CONFIDENTIAL INFORMATION AND DATA SECURITY**

14    PROTECTING OUR BRAND

14    PROTECTING CUSTOMERS AND SUPPLIERS

15    ELECTRONIC INFORMATION SYSTEMS

15    PROTECTING COMPANY ASSETS

16    REPORTING PROCEDURES

16    ZERO TOLERANCE FOR RETALIATION

**16    ACKNOWLEDGMENT**

**17    Q&A**

**25    ETHICS PROGRAM DIRECTORY**

25    ETHICS TOLL-FREE HELP LINE

25    ETHICS ONLINE REPORTING

**26    ETHICS COUNSELORS (U.S.)**

**28    INTERNATIONAL HOTLINE NUMBERS**

## AN ETHICAL ENTERPRISE

Life Fitness is committed to a mission of inspiring healthier lives. Our success in achieving this mission and delivering our business objectives comes from the way our people operate and the culture this creates. Operating with integrity, respect, honesty and authenticity are all essential parts of helping us achieve this mission. To ensure all employees are empowered to make smart, ethical decisions, the Life Fitness Code of Conduct covers a wide range of topics, complete with hands-on guidance, to reflect our overall company values and ensure we operate in compliance with the law. We encourage everyone to frequently review the Code of Conduct and use it as a day-to-day resource, while also collaborating with our Ethics Office when questions arise.

As we continue to grow and transform as a global enterprise, and successfully operate our business, we must act with integrity by making the right choices and holding ourselves accountable. By conducting our business in an ethical manner, we will succeed in the marketplace, retain our valued employees and ensure that Life Fitness continues to be a great place to work.

An important part of our company culture is a strong commitment to diversity and inclusion. We achieve this by valuing our differences of thought, background, and experience, and providing an opportunity for all of our people to have a voice. We expect all Life Fitness team members, business partners and customers to treat everyone with respect, dignity and fairness. This not only fosters mutual trust and a positive work environment, but it also encourages collaboration with open and honest communication.

All of the ethical values surrounding our strategic pillars are an important part of the Life Fitness Code of Conduct. These values establish the framework for our commitment to doing business with integrity, which helps us achieve our goals the right way.

*CEO, Life Fitness*

## INTRODUCTION

Integrity is the cornerstone of the way we do business around the globe. The Life Fitness Code of Conduct helps define how we should conduct ourselves as global representatives of Life Fitness (the "Company"). We must all be personally accountable to the principles in the Code of Conduct, to Company policies, and to operate in compliance with the law. Violations of the Code of Conduct may lead to discipline, up to and including termination of employment.

Because our success is so closely related to our reputation, it is up to all of us to protect the strength of our brand and reputation. As we continue to promote a culture of ethics and compliance, we enhance our opportunities for success in the marketplace.

## ABOUT THE CODE OF CONDUCT

Use of the term "Life Fitness" throughout the Code of Conduct refers to the Life Fitness Family of Brands, including all subsidiaries and affiliates worldwide. The Code of Conduct applies to all Life Fitness employees and, to the extent applicable, Life Fitness business partners, vendors, suppliers and agents.

The Code of Conduct is not a contract and it does not alter the relationship between Life Fitness and its employees, nor does it guarantee employment for any definite period of time. The Code of Conduct may be amended or changed by the Company at any time.

The Company is subject to the laws of many countries around the world. Employees must comply with all applicable laws, rules and regulations. If any provision of the Code of Conduct or other policies conflicts with applicable law, the law controls.

## BUSINESS PRACTICES

### ETHICAL CONDUCT

**The Company conducts its business in corporate form. In reality, however, the Company is made up of its employees, officers and owners—each of whom owes a duty of loyalty and ethical conduct to others.**

Each employee has some level of access to corporate opportunities and is entrusted with corporate resources (assets, information, services and talents). No employee should divert or misappropriate these corporate opportunities for his or her own personal use or benefit.

It is the duty of each employee to conduct and perform his or her responsibilities in conformity with the letter and spirit of all applicable laws, to observe the standards of ethical conduct and fair dealing, which all reputable business organizations require their employees to observe and to make certain that the books and records of the Company accurately reflect the activities and transactions of the Company with no information deliberately incomplete or concealed.

### CONFLICTS OF INTEREST AND GIFTS

**We must not engage in activities that create, or even appear to create, conflicts of interest. A conflict of interest arises when your personal or family interests interfere—or appear to interfere—with your ability to make sound business decisions on behalf of Life Fitness. Conflicts may result from a number of issues, including outside employment, an interest in a competing company or family relationships.**

Please be especially careful if you are responsible for selecting or managing a supplier on behalf of Life Fitness. Your personal interests and relationships must not interfere, or appear to interfere, with your ability to make decisions in the best interest of the Company. When selecting suppliers, always follow applicable procurement guidelines.

Keep in mind that not all potential conflicts between your interests and Life Fitness interests are harmful or prohibited. Some conflicts of interest are permissible if they are disclosed and approved. Even if a conflict has been previously disclosed and approved, if you are required to complete an annual conflict of interest disclosure questionnaire, you must disclose the conflict each year it remains in existence.



**EMPLOYEE** CODE OF CONDUCT     05

### Gifts, Meals and Entertainment

Gifts, meals and entertainment must support Life Fitness legitimate business interests, must be infrequent and must comply with all applicable laws and Company policies. Entertainment may only take place in a setting consistent with our commitment to mutual respect. Gifts offered to or received from anyone should never include cash or cash equivalents (such as gift cards).

If, as part of legitimate business practices, you would like to offer or receive a gift greater than $100 in value, other than business meals, the gift must be approved by your manager and the Ethics Office prior to the offer, receipt or acceptance of the gift. You must also disclose the gift on a Gift Reporting Form.

### Gifts, Meals and Entertainment – Public Officials

Prior written approval from the Law Department is required for any gifts offered to or received from government officials regardless of value. The restriction on providing gifts to or receiving gifts from government employees extends to circumstances that one might not normally consider a "gift" or even a business courtesy. Some examples include providing free attendance to Life Fitness sponsored trade shows or similar events and paying airfare for scheduled speakers. In some cases, Life Fitness may be able to provide the gift to the government agency or customers but not directly to the employee.

This restriction on accepting gifts applies to all employees of the Government, including employees who only work part-time for the Government, and regardless of pay or leave status. It might not always be apparent who is a government employee, and thus, it is important to err on the side of caution and to consult the Law Department for advice. Any government gifts must be given or received openly and transparently, properly recorded in the Company's books and records, provided only to reflect esteem or gratitude and be acceptable under local law.

### Examples of Conflicts of Interest

- *Working at an outside job that interferes with your position at the Company or using Company property, equipment, information or other resources to complete work at an outside position.*

- *A plant manager accepting frequent expensive bottles of wine from a supplier and failing to disclose the gifts on a Gift Reporting Form.*

- *You or your family member having an ownership interest (other than ownership of a minimal amount of stock—less than $50,000 market value in shares of a publicly-traded company) in another company that conducts business with or competes with Life Fitness.*

- *A purchasing employee selecting her father's vending machine company to provide vending machines at Life Fitness, but failing to disclose to anyone that her father owns the vending machine company.*

- *Using information you learn at the Company for your own personal gain, to benefit a family member or to benefit another company in which you have an economic interest.*

- *A senior executive, who is also on the board of directors of a corporation that supplies services and products to Life Fitness, revealing part of a confidential strategic plan to this outside company to increase that company's chances of being awarded a contract.*

- *Participating in a business transaction to your personal advantage based on confidential information developed as a Company employee.*

- *Employing relatives who report directly to you.*

- *Having a romantic relationship with an employee whom you supervise in a direct or functional capacity.*

- *Offering or accepting gifts of greater than nominal value.*

- *A sales manager taking members of his team and some customers to a local gentlemen's club for adult entertainment.*

- *A purchasing manager going on an all-expenses-paid ski trip provided by a vendor.*



## ENGAGEMENT OF THIRD PARTIES

**Life Fitness does not engage with third parties to conduct business in a manner that is contrary to law or Life Fitness policies or procedures. Consultants, representatives, agents and other third parties must comply with Life Fitness requirements for doing business on its behalf.**

Life Fitness personnel must conduct robust, risk-based due diligence when engaging third parties (e.g., suppliers, joint venture partners, subcontractors, consultants, and other parties). The objective is to ensure that third parties conduct business in a manner that does not violate U.S. and foreign laws, regulations, or Life Fitness policies. Life Fitness does not permit the engagement of any third party without proper vetting. In addition, Life Fitness requires third parties to maintain compliance with laws, regulations, and Life Fitness policies to continue the third-party relationship.

## FINANCIAL RECORDS, CONTROLS, AND FRAUD

**Investors, creditors and others have a legitimate interest in the integrity of our financial and accounting information. Life Fitness is committed to keeping truthful, complete and accurate financial reports and accounting records, and implementing appropriate control systems.**

Always record and classify transactions in the proper accounting period and in the appropriate account and department. Ensure that all reports are full, fair, accurate, timely and understandable. Never falsify or distort the true nature of any transaction.

Keeping proper records includes not only records made available to third parties, but also internal records such as records of time worked, expense reports, benefits claim forms and employment application materials. We must never deceive or defraud anyone, nor should we misrepresent facts. Fraudulent activity is not a mistake–it is intentionally misrepresenting or concealing facts. Life Fitness has zero tolerance for employees who engage in any scheme to defraud anyone of money or property.

## Examples of Improper Recording and Controls

- *A sales manager estimates that he will not meet his targets for the month. To make up the difference, he rents a warehouse to receive Life Fitness product and then records shipments to the warehouse as sales.*

- *A billing manager does not review the billings recorded at the end of each accounting month to make sure that the sales have been recorded in the correct period.*

- *A manager alters an invoice from a prior quarter to make it look like it is to be paid this quarter to match her budget.*

## Examples of Fraud

- *Forging or altering checks.*

- *Falsifying reports.*

- *An employee using his/her corporate credit card to charge personal expenses.*

- *Understating or overstating known liabilities or assets.*

- *Inflating year-end sales numbers by shipping inventory that is known to be defective or "non-conforming" and will be returned.*

- *Misrepresenting information on travel and entertainment expense reports.*

- *Altering, removing or destroying documents except in accordance with policy.*

- *An engineer copying computer software onto numerous Company computers even though only one license/copy of the software was originally purchased.*

- *Misappropriating assets or misusing Company property.*

- *An employee submitting an expense report that includes travel expenses from a personal trip.*

## INSIDER TRADING

Life Fitness employees cannot trade the stock of other companies based on material, non-public information, which is information that is not publicly known and that could help investors choose whether to buy or sell securities. The laws also prohibit you from giving inside information to a friend, family member, or anyone else who then makes trades.

## MEDIA COMMUNICATIONS

Life Fitness employees should not make public statements to the media on behalf of the Company without obtaining prior express approval from senior management. Life Fitness has employees who have been trained and authorized to handle requests for information about our business and our products. Within certain parameters, only those designated employees are authorized to release information to and respond to requests for information.

### Examples of Improper Responses to Requests for Information

- *An R&D engineer describes his team's new product development processes to a trade magazine without having first received authorization to speak with the reporter.*

- *A plant manager tells a reporter he'll call if he hears about plans to acquire another company.*

## SOCIAL MEDIA

If an employee's use of social media is as an official Company employee (or if their Company affiliation could be reasonably ascertained), they must ensure that others are aware that the opinions expressed are their own and not those of the Company. Caution and restraint should be exercised in order to protect the non-public details of your role and responsibilities as a Life Fitness employee. Exercise care and good judgment to protect Life Fitness proprietary information, interests and reputation.

## POLITICAL ACTIVITIES

**Life Fitness respects your right to participate in political activities on your own behalf or on behalf of any cause or candidate you favor, but asks that you refrain from engaging in political activities at work. "Political activities," for purposes of this policy, means activities in which there is no direct connection to a specifically identified employment concern.**

You must be careful not to use Life Fitness name, property or other resources to support your personal political activities, and you should exercise discretion in discussing your personal political views with third-party business contacts. Employees are not reimbursed by the Company for personal political contributions, and employee compensation will not be increased or otherwise adjusted to reflect political contributions made. You are encouraged to participate in civic and political activities as long as such activities are on your own time and at your own expense and are in compliance with applicable laws. You may not suggest or imply that your donation of time, resources or money is from or endorsed by Life Fitness. You will never be favored or punished for making or not making a personal contribution.

### Examples of Inappropriate Political Activities in the Workplace

- *A manager asks employees in his department to purchase tickets to a political fundraiser for a candidate supported by a major customer.*

- *In the Company parking lot after work, a plant associate distributes flyers for a candidate running for a political office.*

- *A manager sends an email from his office computer to his coworkers urging them to vote for a candidate he supports.*

## LOBBYING

**Life Fitness complies with all lobbying registration and reporting requirements.**

Contacts with government personnel for the purpose of influencing legislation, regulations, or decision making may constitute lobbying that triggers registration and disclosure requirements. If a Life Fitness employee or retained consultant communicates with any public official or the official's staff, the Company may be obligated to register as a lobbyist or comply with other regulations. All Life Fitness employees, including others working on our behalf (such as subcontractors), are responsible for understanding the applicable rules and must work with the Law Department to ensure compliance in this area.

## COMPLIANCE WITH APPLICABLE LAWS AND REGULATIONS

### PRODUCT SAFETY AND QUALITY

**Around the world, customers choose the Life Fitness Family of Brands for their products' quality and reliability. It is critical that Life Fitness products live up to their high reputation. We will never sell a product we do not believe is high quality and safe when used properly.**

Ensuring product safety is the responsibility of every Company employee, no matter where you work. Life Fitness expects its employees to take action by reporting any safety-related concern, defect or malfunction of any Company product to local management or the Quality Department. Never make a decision that would undermine the trust customers have in our products. Our continued success depends on exceeding the quality expectations of our customers and standing behind everything we do.

It is our responsibility as a Company to ensure that our products are designed, tested and manufactured to applicable industry standards. It is also the responsibility of each employee, as applicable, to create and keep the necessary documentation which shows compliance with these applicable industry standards and test methods. Therefore, we expect that all documentation associated with the design, testing, and manufacture of Company products be complete, accurate and truthful. As employees, we are all expected to be aware of and exercise this responsibility, as our jobs require.

### Examples of Proper Reporting of Product Safety and Quality Concerns

- *A customer service representative receives a phone call from a customer who reports that one of the Company's products broke during use, injuring the customer. The representative gets as much information from the customer as she can and immediately reports the matter to her supervisor.*

- *An engineer notices that a design enhancement he is developing may create a safety hazard if customers are not adequately informed of the change from the prior version of the product. The engineer contacts his supervisor to discuss the issue.*

- *A production employee notices that a bracket from a new supplier does not fasten securely on the Company's treadmill. She suspects that motor vibration may shake the bracket loose and informs her supervisor of the need to investigate the new part more thoroughly.*

### Examples of Failure to Take Responsibility for Product Safety

- *A sales representative is told by a customer that he had to stop buying from the Company because "people keep getting hurt by your products." The representative considers this complaint too vague and fails to report it to her supervisor.*

- *Several employees tell their shipping supervisor that product packing is poorly designed, and the product could be damaged in shipping and cause problems later. In order not to cause shipping delays, the supervisor simply tells the employees to do the best they can with the shipping materials they've been given.*

- *An employee notices a significant increase in warranty claims dealing with a failed component on a weight bench. He realizes that a failure of this component could create a safety hazard. However, since he's busy, he ignores the problem.*

## ENVIRONMENT

**Life Fitness is committed to providing products and experiences in a manner that minimizes the Company's impact to the environment and ensures the environmental sustainability of its business operations.**

As a Company and as employees, we must exercise good judgment with regard to the environmental aspects of our use of buildings and real estate, our manufacturing processes and our products themselves. Appropriate action must be taken to eliminate the generation, discharge and disposal of hazardous materials. We must comply fully with all federal, state and local environmental protection laws. Life Fitness is committed to the protection of the environment, sustainability and responsible growth.

### Example of Inappropriate Behavior Related to the Environment

- *A plant manager tries to save the Company money by dumping contaminated waste on a vacant lot next to the plant, rather than disposing of it in accordance with applicable laws and Company policies.*

## ANTI-CORRUPTION AND ANTI-BRIBERY

**Life Fitness maintains the highest level of integrity when dealing with government officials and the private sector. You are strictly prohibited from offering, authorizing, giving or promising any form of a bribe or kickback, regardless of global location. In addition, false, inaccurate, incomplete or misleading statements or records can result in legal penalties and are also a violation of Life Fitness policies.**

We demonstrate integrity by refusing to give gifts or make payments that are intended to influence, or could appear to influence, business decisions. Many countries, including the United States, prohibit improper payments to government officials or bribes of any kind. The sanctions for violating these laws can be severe, including significant individual and corporate fines and even imprisonment.

Life Fitness will not hire or use a third party that will offer or give a bribe while acting on our behalf or in our name. Our suppliers, contractors, consultants and other business partners are held to the same standards as we are. If you are responsible for selecting or supervising third parties, make sure you follow the Company third-party due diligence process before commencing any business relationship with them. The Law Department can help you navigate this screening process.

### Examples of Violations of the Anti-Bribery and Anti-Corruption Policy

- *A city council is voting on a major purchase and is considering using Life Fitness products. A Company manager offers a council member a treadmill in exchange for a favorable vote.*

- *A project manager pays an official on the local zoning board a cash payment to award the Company certain fitness equipment and service and maintenance contracts.*

- *A vendor bidding on a Company contract offers a procurement employee a "fee" to provide it with information not available to other bidders, including the lowest bid received so far.*

### Examples of Inaccurate Books and Records That Violate the Anti-Bribery and Anti-Corruption Policy

- *Making records appear as though payments were made to one person when, in fact, they were made to another.*

- *Submitting expense reports that do not accurately reflect the true nature of the expense, such as falsely identifying guests (who were not in attendance) on an expense report to make an expensive meal look modest.*

- *Backdating a sales invoice to record a sale in a previous quarter.*

**LIFE** FITNESS
FAMILY OF BRANDS

**EMPLOYEE** CODE OF CONDUCT     10

## EXPORT CONTROLS AND ANTI-BOYCOTT LAWS

Life Fitness requires strict compliance with all export and import laws and regulations that cover the transfer of certain technical data, equipment and technology between countries. Life Fitness also prohibits the engagement or support of restrictive international trade practices or boycotts not sanctioned by the U.S. Government.

Export and import laws and regulations can include restrictions such as sanctions or embargoes that prohibit Life Fitness from engaging in certain business activities in specific countries and with specific individuals and entities. The export of certain types of technical data, equipment, or technology without prior authorization is a violation of export and import laws and regulations. Imports are also strictly controlled and subject to their own regulations and procedures. Employees are prohibited from entering into any agreement or taking action that would cause Life Fitness to refuse to deal with actual or potential customers, suppliers, or others in support of an illegal boycott. Any such requests must be reported immediately to the Law Department.

## FAIR AND LEGAL COMPETITION (ANTITRUST)

**Life Fitness successfully competes in global markets due to our superior products, services and employees. We never compete by taking improper actions intended to injure another company, force it from a market or prevent it from entering a market.**

We are committed to complying with applicable competition laws in all of our locations. Although antitrust law (as it is known in the U.S.) is extremely complex, in general, it is illegal to make any agreement with a competitor that unreasonably restricts competition, including, although not limited to, the following topics:

- Pricing (including payment terms and discounts)
- Products and services
- Business practices
- Territories
- Distribution channels
- Customer lists

Illegal agreements do not have to be signed contracts; they may be verbal "understandings" between parties. This conduct can place both you and Life Fitness at serious risk. Immediately leave any meeting or information gathering at which competitors are present and anti-competitive behavior is exhibited. Report any discussions or behavior that might be a violation of this policy and do not discuss any of these items with any competitor, regulatory agency or outside attorney without first consulting the Law Department.

## COLLECTING INFORMATION ABOUT COMPETITORS

Gathering information about our competitors—competitive intelligence—is a legitimate business practice and helps us stay competitive in the marketplace. Obtaining information from public sources, such as newspapers, the internet or public filings is appropriate and encouraged, as is gathering non-confidential information from customers, business partners, brokers and suppliers. However, you may not engage in illegal activity to obtain competitive information, nor may you accept, disclose or use competitive information you know was disclosed in breach of a confidentiality agreement between one of our competitors and a third party. Life Fitness prohibits misrepresenting your identity or material facts and trespassing, wiretapping, espionage, concealment or computer hacking to gain competitive intelligence, or collecting competitive intelligence in any other manner that could violate any law or the Code of Conduct.

### Examples of Unfair Competition

- *Two competitors agree to "boycott" a business partner or supplier in an effort to gain a competitive advantage.*

- *Two competitive companies confer and agree to set prices they will charge customers or pay suppliers.*

- *In a casual phone conversation, sales representatives from two companies agree to split customers or a market territory: "You stay off our turf and we'll stay off yours."*

- *An employee seeks confidential information from a new employee who formerly worked for a competitor.*

- *A sales representative makes inaccurate or misleading statements about competitors in a presentation to potential customers.*

- *An employee hacks a competitor's email system to get competitive information.*

## HUMAN RIGHTS, CHILD LABOR AND FORCED LABOR

**Life Fitness is committed to conducting its business in compliance with all applicable anti-human trafficking laws and regulations and to cooperating with authorities to end child labor.**

No employee may traffic in persons or use any form of slave, forced, bonded, indentured, or prison labor. Life Fitness has a zero-tolerance approach to such activities and any employee or subcontractor in violation of this policy and/or any applicable anti-trafficking law will be subject to discipline, up to and including termination.

All employees and subcontractors are required to report any potential violation of this policy or anti-trafficking laws and regulations of which they become aware to the Law Department. There will be no retaliation against any person who reports a possible violation in good faith, regardless of whether a violation has actually occurred. In addition, employees may report concerns to the Global Human Trafficking Hotline at 1-844-888-FREE or help@befree.org.

## WORKPLACE ENVIRONMENT

### EQUAL EMPLOYMENT OPPORTUNITY AND AFFIRMATIVE ACTION

**Life Fitness is committed to the policy of equal treatment of all employees, applicants, customers and suppliers and therefore requires all employees to abide by this general principle and the requirements of the Code. Life Fitness does not tolerate discrimination in the workplace–whether for race, color, religion, sex, age, national origin, citizenship status, disability, sexual orientation, pregnancy, veteran status or any other status protected by applicable laws.**

We offer equal employment opportunity and make employment decisions based on merit. This extends to all aspects of the employment relationship, including recruiting, hiring, transfers, promotions, assignments, training, termination, working conditions, compensation and other terms and conditions of employment. The Company recruits, hires, upgrades, trains and promotes without regard to race, color, religion, religious creed, national origin, sex, ancestry, pregnancy, marital status, sexual orientation, gender identity, age, disability, military service or veteran status, order of protection status, arrest record, genetic information, citizenship status, unfavorable discharge from military service, or any other classification protected by applicable federal, state and local laws and ordinances.

Any employee who believes that he/she has been discriminated against or that another employee has experienced or engaged in discrimination has the duty to promptly report this behavior so that the Company may address the issue. Life Fitness strictly prohibits retaliation against any individual who makes a good faith complaint of discrimination. Retaliation complaints (actual or threatened) also should be made promptly in accordance with the above procedure. Anyone who engages in retaliation for good faith complaints will be subject to appropriate discipline, up to and including termination of employment.

### Examples of Equal Employment Opportunity Violations

- *A supervisor is considering two equally talented employees for a promotion in his department: a newly married woman and a man who is married with children. He decides to promote the man, believing that when the woman has children she will be more likely to take extended leave or resign.*

- *An employee with a disability that causes her to use a wheelchair is passed over for a sales position involving extensive public interaction, even though she has excellent social skills and outstanding performance reviews and credentials. The explanation offered is that someone who is not in a wheelchair would probably achieve higher sales.*

- *A manufacturing employee is fired because his supervisor believes that those who share his faith may be violent.*

- *A company consistently hires employees from one ethnic group, justifying this practice with the rationale that "people of other races just can't relate to our customer base."*

## ANTI-HARASSMENT

**The full value of each individual's contribution can be realized only when we treat one another with the respect, trust and dignity that we ourselves expect. Life Fitness insists on a work environment free of intimidation and harassment by anyone, including supervisors, coworkers, vendors, clients, customers or other third parties.**

Workplace harassment can take many forms. Harassment is unwelcome conduct—verbal, physical or visual—that creates an intimidating, hostile or offensive work environment. Workplace harassment can include telling jokes, teasing, insults, bullying, offensive conduct in the workplace or practical jokes directed at a person, or it can occur when a term of employment is tied to unwelcome sexual advances.

Life Fitness does not tolerate harassment of its employees, whether engaged in by our employees, customers, visitors, vendors, suppliers or any non-employees who conduct business with us. Harassment by Life Fitness employees of customers, vendors, suppliers and other persons who conduct business with Life Fitness is also prohibited. Life Fitness will not tolerate harassment, regardless of whether you are on Company premises or engaged in off-hours or off-site business-related functions, such as holiday parties or business travel. Such conduct is strictly prohibited, even if it does not rise to the level that would be a violation of the law.

If you have experienced, witnessed or know about conduct in violation of the Company's Harassment Policy, you must report it as outlined in the Code of Conduct or the Harassment Policy. Appropriate investigations will be prompt and as confidential as possible. You will not experience retaliation as a result of any good faith report of a violation or good faith participation in an investigation.

### Examples of Violations of the Harassment Policy

- *Intentionally brushing against a coworker.*
- *Telling "off-color" jokes about sex, race, national origin or religion.*
- *Forwarding or sharing pornographic or offensive emails through Company electronic information systems.*
- *Requiring or intimidating an employee into dating or a sexual relationship by threatening job termination or other employment ramifications.*
- *Visiting pornographic web sites on a Company computer or at work or work events.*

## HEALTH AND SAFETY

**Life Fitness is committed to inspiring healthier lives. As such, the Company believes that the health, safety and well-being of its employees are crucial to its continued success.**

We actively promote the health and safety of our employees through policies and programs that help individuals safeguard themselves and their coworkers. We must all follow safe working procedures and actively work to prevent workplace accidents. If you become aware of any threat to the safety of a team member or other third party connected to our business, report it through local management or in accordance with the reporting procedures in the Code of Conduct. In addition, you must promptly report any workplace illness or injury in accordance with local guidelines.

Remember, safety always comes first. While at work we each must remain free from the influence of drugs, alcohol or any other substance that may impair our ability to work safely and effectively. Life Fitness prohibits employees from using, possessing, transferring, selling, dispensing, manufacturing or otherwise being under the influence of drugs, including marijuana, or being intoxicated by alcohol, while conducting Company business on or off Company premises, or while operating any Company vehicle or equipment.

Life Fitness strictly prohibits workplace violence or the threat of workplace violence. Team members who engage in such behavior will be subject to disciplinary action, up to and including termination of employment.

### Examples of Inappropriate Behavior Related to Health and Safety

- *In a plant area where heavy machinery operates at high decibel levels requiring hearing protection, employees fail to use the necessary protective equipment.*
- *To increase production, a manufacturing employee removes the safety guard from a machine to avoid having to stop production to adjust it.*

## CONFIDENTIAL INFORMATION AND DATA SECURITY

**Confidential information includes information about Life Fitness business, operations, employees, customers, business partners, product strategies and trade secrets. Protecting the Company's confidential information is everyone's responsibility. Confidential information includes any information not known to outsiders that has value to Life Fitness or whose premature disclosure would help competitors or be harmful to the Company.**

Confidential information also includes personal information about employees, business partners and customers, including personally identifiable health, financial or other information the Company may legitimately maintain. Life Fitness is committed to maintaining the privacy and security of all personal information and handling it in compliance with applicable privacy laws. We must collect, use and process personal data only for legitimate business purposes, limit access to those who have a legitimate business purpose for using the information, and take care to prevent unauthorized disclosure. We do not permit disclosure to third parties, except as expressly allowed by our policies.

Be sure to follow all appropriate security procedures and safeguards when handling confidential information. Be cautious and thoughtful when sharing confidential information in writing–including emails–and during private conversations. Consider your surroundings when talking on a cell phone or in a public place. Your obligation to maintain the privacy and security of confidential information continues even after your employment ends.

Retain or discard confidential records in accordance with records management and data security policies. Certain records relevant to litigation, audits or investigations may need to be kept beyond the standard requirements. Follow legal hold guidelines to ensure you do not destroy or misplace important information. If you have questions about these guidelines, contact the Law Department.

### Examples of Confidential Information

- *Customer lists and agreements, market share data, supplier agreements, strategic plans, etc.*
- *Written or oral agreements between Life Fitness and employees, agents, strategic partners and/or other third parties.*
- *Intellectual property – such as trademarks, patents, copyrights and trade secrets owned by the Company.*
- *Marketing plans.*
- *Pricing information.*
- *Technical specifications.*
- *Personal employee information, such as home addresses, phone numbers, social security numbers, bank accounts or benefits information.*
- *Customer personal or financial information.*
- *Company financial information (e.g., invoice registers, payroll records, financial statements, accounts payable summaries, vendor listings, price and cost information, etc.).*
- *Financial and other business information about potential acquisitions and/or new product launches.*
- *Research and development (R&D) and engineering drawings for current or potential new products.*

## PROTECTING OUR BRAND

We are each responsible for maintaining and building the greatest asset of Life Fitness—our brands. We all have an obligation to strengthen and protect Life Fitness trademarks, copyrights, patents and other intellectual property. Our logos and our brand names are examples of trademarks recognized globally that should not be misused or disparaged. You should check with Marketing and the Law Department before using any Life Fitness logos on promotional and other materials.

In addition, you may sometimes create materials or develop processes in the course of your work, and these creations belong to Life Fitness. This intellectual property is among the most valuable of Life Fitness assets. When you leave Life Fitness, you must return all intellectual property and other work products in your possession, including any copies. Never allow our intellectual property to be used or shared with people outside the Company without appropriate legal documents in place.

## PROTECTING CUSTOMERS AND SUPPLIERS

Life Fitness is entrusted with access to non-public information through its relationships with customers and vendors. Employees will not discuss, disclose, copy, or use confidential information without advance, proper authorization or clearance. Employees are responsible for taking appropriate precautions to make sure unauthorized personnel do not have access to sensitive information. Employees should contact the Law Department for help in obtaining the necessary authorizations or if otherwise in doubt. Life Fitness will provide adequate security for all non-public information as may be required by government regulations and contractual requirements.

### Examples of Appropriate Protection of Confidential Information

- *A product design and engineering employee ensures he puts sensitive product drawings in a locked drawer before going to lunch.*

- *An accountant always initiates password protection on his computer before leaving the office.*

- *A human resources manager keeps sensitive personnel information in a locked cabinet.*

- *A procurement employee obtains a signed confidentiality agreement from a prospective business partner before providing confidential information about Life Fitness.*

### Examples of Inadequate Protection of Confidential Information

- *An employee's cousin is starting a business and asks for a list of customers and colleagues so she can contact them about her new business. The employee complies.*

- *An engineer sells information to a competitor about a proprietary console technology that the Company has developed.*

- *A marketing manager is excited about a new strength equipment concept and shares details with family and friends before it is released.*

# LIFE FITNESS

FAMILY OF BRANDS

**EMPLOYEE** CODE OF CONDUCT

15

## ELECTRONIC INFORMATION SYSTEM

**Electronic information technology plays a vital role in how we conduct business. Life Fitness electronic information systems, including Internet, email, telephones, fax machines, voicemail, mobile devices and instant messaging, are provided to help you do your job and, therefore, should be used primarily for business purposes. Use for personal purposes is permissible only within reasonable limits, and personal use must never interfere with your job duties.**

Life Fitness electronic information systems are Company property and any messages composed, sent, or received on them are Company property as well. The Company reserves the right to monitor use of its electronic systems, whether such use is business or personal, and to block or intercept content, messages or files, where allowed by applicable law. Such monitoring is performed to conduct internal investigations, protect legal rights of Life Fitness and ensure compliance with our policies and applicable laws. Life Fitness policies and the principles outlined in the Code of Conduct apply equally to use of the Company's electronic information systems and whether that use is for business or personal reasons. Remember that electronic messages—including email, instant messages and texts—must be composed with the same care and professionalism you take in composing other Life Fitness letters and correspondence.

When using social media websites to post information, engage in discussions or otherwise communicate about the Company, whether or not you are using Company systems, you must clearly and conspicuously disclose your employment relationship with the Company. In addition, information posted on behalf of Life Fitness must include only true and substantiated facts. You should never misrepresent yourself or Life Fitness.

## Examples of Improper Use of Company Electronic Information Systems

- *An employee sends his friend outside the Company a joke that is offensive to a religious group.*

- *An employee uses his Company computer to access pornographic material.*

- *A marketing manager sends confidential new product development information outside the Company without appropriate authorization.*

- *An analyst uses the Company's information systems for personal reasons excessively, such as sending out frequent emails through his work computer promoting a home-based business.*

- *An employee uses a social media website to make racially derogatory comments about his coworkers.*

- *An employee posts anonymous comments praising a Life Fitness product without disclosing that he works at Life Fitness.*

## PROTECTING COMPANY ASSETS

**Our facilities, equipment, materials, property, technology, information and brand have been developed and acquired through the hard work of a lot of people. We owe it to each other, our customers and business partners to safeguard Life Fitness property against theft, loss, waste or damage.**

Protect Life Fitness assets and use them in the intended manner. Do not use Company assets for your personal benefit or the benefit of anyone other than the Company. Do not use Company computers or equipment for inappropriate activities such as gambling or pornography. Theft of Company assets may result in not only termination of your employment, but criminal prosecution. Inappropriate or illegal use of Life Fitness property hurts us all.

## Examples of Company Assets

- *Company money or products.*

- *Employees' time at work.*

- *Computer systems and software.*

- *Telephones.*

- *Photocopiers.*

- *Company vehicles.*

- *Company trademarks.*

## REPORTING PROCEDURES

If you know of a violation of the Code of Conduct or any Life Fitness policy, you must promptly report it using one of the following methods. Reports may be made anonymously, and translators are available via the toll-free Ethics Line. Reports will be kept confidential to the extent consistent with conducting a fair and thorough investigation. To report an issue, you can:

- Tell your supervisor;
- Contact an Ethics Counselor at your location (in person, by phone, by letter or by email);
- Call the U.S. toll-free Ethics Line (844.628.9769) or an international toll-free Ethics Line (numbers listed at the end of the Code of Conduct);
- Use the web-based reporting process: www.lifefitness. ethicspoint.com;
- Contact the Ethics Office in person, by mail (9525 W. Bryn Mawr Avenue, Rosemont, IL 60018), telephone (847-288-5995), email (ethics.advisory@LifeFitness. com); or
- Send a letter to the Company's General Counsel.

The Ethics Line is staffed by an outside company and is available 24 hours a day, seven days a week. You can report anonymously if you prefer, although maintaining anonymity may limit our ability to effectively investigate your concerns.

Life Fitness will promptly investigate reports as appropriate and will take appropriate action. We each have an obligation to comply with any investigations and share information openly and honestly. We will make every reasonable effort to communicate back to you once the investigation is complete.

## ZERO TOLERANCE FOR RETALIATION

If you make a report in good faith, using any of the procedures described in the Code of Conduct, you will not be subjected to retaliation for doing so. Any employee who retaliates because of such a report, or who interferes with an investigation based on such a report, will be subject to disciplinary action, up to and including termination. If you believe someone has retaliated against you, promptly make a report using one of the methods described above.

It is a violation of the Code of Conduct to knowingly make a false accusation, lie to an investigator or refuse to cooperate with an investigation. Reporting in "good faith" does not mean that you have to be right when you raise a concern; it just means you have a good faith basis for your belief that a violation has, or may have, occurred and that you are truthful when making your report.

# ACKNOWLEDGMENT:

## YOUR PERSONAL COMMITMENT TO MAKING LIFE FITNESS THE BEST IT CAN BE

**I acknowledge that I have read and understand the information in the Life Fitness Code of Conduct and agree to follow the Code of Conduct and other Life Fitness policies.**

_____          _____

Name                                                                                                          Date

_____

Signature

## Q&A

### FINANCIAL RECORDS, CONTROLS AND FRAUD

**Q**   *I recently learned that some payments were recorded as advertising when they were actually for entertainment. Since the total amount spent was accurate, is it a problem if the expense coding is not exactly correct?*

**A**   Yes. Our books must be kept in accurate detail and fully reflect all of our transactions. False transactions or misrepresentations about finances violate the Code of Conduct and Life Fitness policies and may violate the law.

**Q**   *I recently combined a business trip with personal travel, and I accidentally used my corporate credit card for a family dinner. What should I do?*

**A**   Corporate credit cards are for business expenses only. If you accidentally bill a personal expense to your corporate card, be sure to accurately record the charge as personal on your expense account and, of course, you will be responsible for timely paying the full amount.

**Q**   *I have been asked by my supervisor to sign a financial record that I do not believe is accurate, but my supervisor insists is correct. What should I do?*

**A**   Never sign a business record if you believe it is not complete, accurate and truthful. The Company also prohibits your supervisor or anyone else from influencing, coercing or manipulating you or anyone to provide an inaccurate record. You should share your concerns with your supervisor and/or make a report to the Company through one of the many ways outlined in the Code of Conduct.

**Q**   *I am preparing financial records for the second quarter audit. Our sales team has been working on closing a sale that won't be complete until the first week of the third quarter. Given that I'm certain that the deal will go through, can I accelerate the recording of revenue from this project into second-quarter earnings?*

**A**   No. This is fraud and falsification of financial records, which is against the Code of Conduct and Company policies. All financial information we record must be complete and accurate.

**Q**   *I am up for a promotion and I listed a bachelor's degree on my application, even though I never actually received a degree. I was only a few hours short, though, and I had taken all of the most important courses. Do I need to come clean?*

**A**   Yes. It is fraudulent to claim a degree you never received. You must inform the hiring manager of your actions and the fact that you do not actually have a degree.

**Q**   *On a recent business trip, I planned to take a taxi from the airport to the hotel but the hotel provided a free shuttle. Can I include the $20 I expected to spend on a taxi on my expense report?*

**A**   No. It is fraud to include an item on your expense report that you did not legitimately incur during your Company travel.

### RELATED POLICIES

**Travel and Entertainment Policy**

**Whistleblower Policy**

## MEDIA COMMUNICATIONS

**Q**   *I am in finance and often talk about business with my neighbor, who is a reporter for the local paper. That's not a problem is it? I only occasionally reveal non-public information and my neighbor knows not to tell anyone.*

**A**   This is a problem that could be problematic for both you and the Company. If your neighbor were ever to use confidential business information given by you in a story, or shared this information with a colleague, Life Fitness could find itself in a position of having sensitive information leaked to the press, which could damage our business.

### RELATED POLICIES

**Disclosure to the Media and Financial Community**

**Social Media**

## PRODUCT SAFETY AND QUALITY

**Q**   *The Company started using a new warning label and I noticed that the wording washes off with our cleaning chemicals in production. Are these labels okay to use?*

**A**   No. Providing warning statements to our customers is important. You must report this immediately to local management for corrective action.

**Q**   *I have noticed coworkers taking shortcuts when drafting engineering documents. I am concerned this will impact manufacturing. What should I do?*

**A**   You should report this issue. It is important that design drawings are accurate and complete.

**Q**   *I noticed a component was not installed according to the documented process. I checked other products and found them all installed correctly. Should I just fix the incorrect one and go on?*

**A**   No. You should notify your supervisor or lead person so that they can review the issue. Understanding how the error occurred is as important as fixing the installation.

## ANTI-CORRUPTION AND ANTI-BRIBERY

**Q**   *Who is a government official?*

**A**   An officer and employee of a government, department or agency; any person acting in an official capacity for or on behalf of a government department or agency; political parties, political party officials and candidates for public office; officers and employees of government-owned enterprises or quasi-government; and officers and employees of public international organizations. It is your responsibility to understand whether someone you deal with is a government official. When in doubt, consult the Law Department.

**Q**   *What kinds of things may be considered bribes or kickbacks?*

**A**   A prohibited bribe or kickback could be anything that might have value including cash, shares of stock, lavish personal gifts or entertainment, vacations, future job offers or political contributions. There is no monetary threshold; any amount could be construed as a bribe or kickback.

**Q**   *A consultant we use to assist with government relations recently asked us for a large increase in commission. I suspect the consultant may intend to pass this money on to local officials. What should I do?*

**A**   Report your suspicions to the Law Department. No such payments should be made to the consultant until the Company has investigated your concerns.



**EMPLOYEE** CODE OF CONDUCT          19

**Q** *We are considering a new plant in one of our markets. The local government may give us incentives to locate the plant in its country. The government has requested we fly its representatives to our plant in another country to review our business and operations. May we pay for this trip?*

**A** First, consult the Law Department. Any such trip must be approved in advance. Careful scrutiny is required of the trip's cost, the officials involved, who will be traveling and if there is any other purpose for the trip. Only if it is approved by the Law Department can you move forward.

---

### RELATED POLICIES

**Anti-Corruption & Anti-Bribery Policy**

**Government Official Pre-Approval Form**

**Travel and Entertainment Policy**

---

## CONFLICTS OF INTEREST AND GIFTS

**Q** *I am the hiring manager for a new position. My cousin is well-qualified and looking for work. Can I hire her?*

**A** Although your cousin may be well-qualified, you must disclose this conflict to your manager before proceeding to fill the job or even conducting interviews with your cousin. If it is determined that your cousin will be interviewed for the position, you will likely not be allowed to participate in the interview or hiring decision.

**Q** *I have learned that my department is negotiating a contract that will make my wife's company a major Life Fitness supplier. Could this create a conflict of interest?*

**A** Yes. A conflict of interest, or the appearance of a conflict of interest, might certainly arise in this situation, as you may appear biased toward your wife's company. You should complete a conflict of interest disclosure form and, if appropriate, you will be removed from the decision-making process. By doing this, you can avoid a situation that may improperly influence, or appear to improperly influence, your ability to make sound, objective business decisions.

**Q** *I own a small business as a side project. When my workday is slow, can I work on my personal business matters? And can I make a few copies with Life Fitness office equipment?*

**A** No. It is never appropriate to conduct outside business during working hours or using Company property. In addition, your other job may not interfere with your ability to do your job at Life Fitness. Nor may you compete with Life Fitness, or be a vendor or supplier to Life Fitness. You must always disclose such outside employment before it arises and on the annual conflict of interest disclosure questionnaire if your position requires you to complete the questionnaire.

**Q** *I want to send gifts to large customers at the start of the New Year to thank them for their business. Can I send each a gift basket of fruit valued at $50?*

**A** This is probably a reasonable and appropriate business gift which adheres to Company standards. Unless this would put customers in a position in which they may appear biased or pressured to make a particular business decision, this infrequent annual gift is likely acceptable.

**Q** *Can I accept a gift card to my favorite restaurant from a vendor?*

**A** No. No matter what the amount, Life Fitness does not permit giving or receiving gifts in the form of cash or cash equivalents like gift cards or checks.

**Q** *The Company just signed a multi-year, million-dollar contract with a vendor who I recommended. In order to showcase their upcoming products, the vendor has invited my family to a World Series game, including airfare, hotel and a nice dinner at which the vendor will present its new products. Since the contract with the vendor has been signed, can I accept?*

**A** The gifts being offered by this vendor are excessive and not appropriate under the circumstances. This gift may be intended to unfairly influence business decisions or have the appearance to others of improper influence. In addition, the amount of the gift offered is of excessive value. This offer must be disclosed in advance to your manager and the Ethics Office. It is likely that you will be directed not to accept this offer, in whole or in part.



**EMPLOYEE** CODE OF CONDUCT 20

**Q** *I will be attending a fitness industry awards ceremony with a representative from IHRSA. I would like to give him a Company logo shirt or hat. Is this acceptable?*

**A** Yes. This gift of nominal value (under $100) may be given, as long as it is given openly and transparently, properly recorded in the Company's books and records and is acceptable under local law. If you have any questions about whether you should give this gift or how to record it, contact the Law Department.

### RELATED POLICIES

**Conflicts of Interest Disclosure Certification–Manual Form**

**Conflict of Interest Certification**

**Employment of Relatives and Significant Others**

## FAIR AND LEGAL COMPETITION (ANTITRUST)

**Q** *A friend of mine works for a Life Fitness competitor. He recently told me his company is submitting bids on two projects on which Life Fitness is also submitting a bid. He suggested that if he put in a high price on one bid, Life Fitness could do the same with the other, and then we would both win a contract. What should I do?*

**A** RED FLAG! You should never discuss dividingcustomers or prices of bids with a competitor. Making any agreement with a competitor that restricts competition is in direct violation of our policies and the law. If a situation like this arises in a public place, make your disapproval of the suggestion loud and clear. You should notify the Law Department or the Ethics Office immediately.

**Q** *I have heard about a competitor's meeting at a tradeshow. I'd like to attend, but I'm afraid they won't let me in if they know I'm from Life Fitness. May I attend if I keep my identity secret?*

**A** No. It is never appropriate to disguise your identity to gain information about a competitor. You should consult the Law Department before attending any meeting with a competitor.

## EQUAL EMPLOYMENT OPPORTUNITY

**Q** *I applied for a job in a department with five male employees. The manager offered the job to a male (I am female). I feel as though I may have been discriminated against. What can I do?*

**A** If you believe you experienced discrimination, report this to your supervisor, the Ethics Hotline, your local Ethics counselor or through one of the other options outlined in the Code of Conduct. The issue will be promptly investigated, as appropriate. You will not be subjected to retaliation for making a good faith complaint.

**Q** *I am a hiring manager and I have a number of good candidates from very different backgrounds. Although she lacks important skills some of the other candidates possess, I'd like to hire a candidate who shares my race and religious background. I feel like we'll work best together because we share the same values. Is there anything wrong with that?*

**A** It is important to always hire the best candidate for the job based on merit. You must make employment decisions on the basis of experience, job skills, qualifications and other work-related criteria. It is not appropriate to make a hiring decision because you assume you will communicate better or share the same values as someone from your same background. In fact, research shows that diversity–in addition to the required job skills–contributes to better overall business performance.

### RELATED POLICIES

**Equal Employment Opportunity and Affirmative Action**

**Americans with Disabilities (ADA)**

## ANTI-HARASSMENT

**Q** *I work with several suppliers and have built strong relationships with their representatives. One of them has started flirting with me recently and sending me suggestive emails. I feel uncomfortable but I am not sure what to do since the supplier representative does not work for Life Fitness. What should I do?*

**A** Even though the representative is not an employee, you should report the situation. Life Fitness demands a work environment free from harassment, even from third parties who are not employees. Harassment could include emails and unwelcome flirting by a non-employee that creates a hostile, intimidating or uncomfortable work environment. Life Fitness takes all reports of harassment seriously and will investigate as appropriate.

**Q** *As part of my religious beliefs, I always cover my hair while working. At first, my coworkers were curious and asked me about my religion, but more recently they have started making fun of me and saying my religion is "stupid." Is there anything I can do?*

**A** You should immediately report these incidents according to the procedures listed in the Harassment Policy or the Code of Conduct. Harassment under our policies can include teasing and insults due to an individual's religion. If you make a report in good faith, you will not be subjected to retaliation, and the Company can promptly investigate and resolve the issue.

**Q** *I tell a lot of jokes in the workplace. One of my coworkers told me she thinks some of them are offensive, but I think she is overreacting. When I asked my other coworkers, they told me my jokes don't bother them. I haven't violated the Code of Conduct, have I?*

**A** You should always take care that your conduct is not unwelcome and does not create an intimidating, hostile or offensive work environment for any coworkers. Even if your other coworkers are not offended, at least one of them has told you she is. You must stop telling jokes that may create a hostile environment for her or any other colleagues.

**Q** *My supervisor has posted racist comments about my coworkers on Facebook. Is this harassment under our policies?*

**A** Creating a hostile work environment on the basis of one's race is prohibited under our policies, even if such conduct occurs on social media sites. You should tell your supervisor, contact the Ethics Office or use any of the other reporting avenues listed in the Code of Conduct.

### RELATED POLICIES

Harassment

Electronic Communication and Internet Usage

Social Media



**EMPLOYEE** CODE OF CONDUCT   22

## HEALTH, SAFETY AND THE ENVIRONMENT

**Q**  *I noticed a safety guard is broken on a machine. It will take time to fix, and we have a tight production schedule. What should I do?*

**A**  If a guard on a machine that you have been trained to operate is broken, it should be reported immediately, and the machine should not be operated until corrective action is performed to address the broken guard. It is everyone's job to ensure a safe environment. Employee safety is an important Life Fitness priority.

**Q**  *I suspect a coworker is occasionally coming to work intoxicated and may even be drinking on the job. I'm concerned for her health and safety. What can I do?*

**A**  You should immediately consult your supervisor, who will take appropriate steps to address the concern. Remember that safety comes first, for both you and your coworkers.

**Q**  *I am unsure what to do with unused paint and chemicals sitting around the plant. Should I just throw them out?*

**A**  No. You should consult with your local environmental health and safety representative for information about how to safely dispose of unused paints, chemicals or other hazardous materials.

### RELATED POLICIES

**Drug and Substance-Free Workplace**

**Workplace Safety**

## CONFIDENTIAL INFORMATION AND DATA SECURITY

**Q**  *I received a call from someone in Human Resources at another company. She is working on a benchmarking project and wants all my employees' start dates, titles and base salaries. I'm not sure what to do.*

**A**  Information about our employees is confidential and should only be given to those who are authorized to have this information. Never provide this type of information unless you are certain that it is appropriate. In this situation, seek guidance from Human Resources and the Law Department.

**Q**  *I frequently travel for work and take my laptop everywhere. I am visiting a customer and, after a day of meetings, the customer has invited me to dinner. Should I bring my laptop into the restaurant, or keep it in the trunk of my rental car?*

**A**  You should carry the laptop in your case with you into the restaurant to ensure maximum data security. Even if you locked up the laptop in the car, someone could break in and steal the laptop or steal the car itself. Choose to be proactive and cautious of confidential information by keeping your laptop under your direct supervision and protection.

**Q**  *I created a new treadmill design for Life Fitness that was never used. I am leaving the Company to start my own business. Can I use that design?*

**A**  No. The designs you created while employed by the Company belong to the Company as "intellectual property." When you leave Life Fitness, you must return any and all of Life Fitness intellectual property. Keeping or using any such property without proper authorization may be a violation of copyright laws and the Code of Conduct.

**Q**  *I am a new Life Fitness sales representative. I have a listing of new product cost and customer preferential pricing for customers of my former employer and feel like using that for my work at Life Fitness would be helpful. Is this a problem?*

**A**  Yes. Life Fitness respects the confidential and proprietary information of our competitors. Just as we protect our own sensitive information, we also must safeguard such information of competitors, customers and business partners.

**Q**  *I found a document with the salaries of several other employees in my department. Can I share it with others?*

**A**  No. You have no business reason to have this information, which is personal to other employees. You should immediately return the document to Human Resources or, if appropriate, dispose of it according to our records management and data security policies.

**Q**  *I received an email from my friend, who works for a Life Fitness competitor. His email included an attachment detailing his company's promotional strategies, and it was marked "confidential." I know he mistakenly sent me the email, but since I have the information, can I use it?*

**A**  No. Your friend divulged this information inadvertently, and it is clearly marked confidential. You should therefore not use it and should either return it or destroy it immediately.

### RELATED POLICIES

Privacy of Protected Health Information

Classification of Controlled Data Policy

Records Management

Information Security

Privacy Policy

## ELECTRONIC INFORMATION SYSTEMS

**Q**  *A team member sent me an email that stereotypes and is derogatory of men. I want to send it to a friend outside the Company who I know will think it is funny. Can I forward it since my friend doesn't work here?*

**A**  No. You should never use Life Fitness electronic information systems to send potentially offensive material to anyone in or outside of Life Fitness. Sending such materials may violate the Harassment policy, the Code of Conduct and the law. You should delete the email immediately and inform the IT department that you received it.

**Q**  *I write a blog, and I want to talk about Life Fitness great products. Is that acceptable?*

**A**  If you want to write about the Company's products, you must make it very clear that you are a Life Fitness employee, and you should be sure that you are posting only true and substantiated facts about our products.

### RELATED POLICIES

Electronic Communication and Internet Usage

Social Media

## PROTECTING COMPANY ASSETS

**Q**  *I have a small business creating wedding invitations and am designing invitations for a coworker. Can I use my Company computer for this purpose, if it only takes a few days?*

**A**  No. This use is more than the incidental personal use permitted by Life Fitness policies.

**Q**  *My manager has asked me to take care of his personal business on Company time, such as picking up his dry cleaning and shopping for personal gifts. Is this a problem?*

**A**  Yes, your manager has misused your work time, which is a Company asset. You should report the incident as described in the Code of Conduct, so it may be resolved.

### RELATED POLICIES

Use of Company Property

## POLITICAL ACTIVITIES

**Q**   *My friend is running for political office and I would like to help with the campaign. Is this allowed?*

**A**   Yes. Your personal political activity is your business. Just make sure that you do not use Company resources, including Company time, email or the Company name, to advance the campaign.

**Q**   *My wife is running for state representative. Can I use Life Fitness computers and photocopiers to make her pamphlets and posters?*

**A**   No. You should not use Company resources to support personal political activities.

**Q**   *My manager is very vocal about his political beliefs, which are much different than mine. Sometimes he even makes comments about candidates' races, religions or national origins, which I find offensive. Can he deny me promotions or raises, or even terminate me, because I have a different outlook on politics?*

**A**   No. Your manager cannot take employment action against you because of your differing political beliefs. Moreover, if his conduct creates an intimidating, hostile or offensive work environment under the Company's Harassment Policy, you have an obligation to report it so it can be investigated as appropriate.

### RELATED POLICIES

Harassment Policy

Use of Company Property

## REPORTING PROCEDURES

**Q**   *Will my career be damaged if I make a report?*

**A**   No. Life Fitness management is committed to maintaining an open environment where ethics and compliance issues can be raised in good faith without negative consequences to the reporter due to making the report. Life Fitness will respond to all reported instances of retaliation and take prompt corrective action. Retaliatory behavior by any employee will not be tolerated.

**Q**   *I observed a situation I suspect violates the Code of Conduct. Should I report it, even if I'm not completely sure there is a problem?*

**A**   Yes, you are responsible for immediately reporting possible violations of the Code of Conduct. Your report will be taken seriously and investigated as appropriate. It is better to report a suspicion that turns out to be a non-issue than to ignore a possible violation of the law or Company policy.

**Q**   *What happens if someone makes a report in bad faith in order to get me into trouble?*

**A**   All investigations are handled professionally and objectively. Intentionally making a report in "bad faith" is a serious violation and may lead to disciplinary action, up to and including termination of employment.

### RELATED POLICIES

Whistleblower Policy

Harassment Policy



**EMPLOYEE** CODE OF CONDUCT

## ETHICS PROGRAM DIRECTORY

**ETHICS TOLL-FREE HELP LINE**
**UNITED STATES AND CANADA**
**1.844.628.9769**

**ETHICS ONLINE REPORTING:**

**https://lifefitness.ethicspoint.com**
Life Fitness Ethics Office
9525 W. Bryn Mawr Avenue
Rosemont, IL 60018
Phone: 1.847.288.5995
Email: ethics.advisory@LifeFitness.com

| ETHICS EXECUTIVE LEADERS | | | |
|---|---|---|---|
| Jim Pisani<br>Chief Executive Officer | Life Fitness Global HQ<br>Rosemont, IL | 847.288.3524 | jim.pisani@lifefitness.com |
| Arjun Lal<br>Chief Financial Officer | Life Fitness Global HQ<br>Rosemont, IL | 847.288.3930 | arjun.lal@lifefitness.com |
| Jillian Lee*<br>Chief HR Officer | Life Fitness Global HQ<br>Rosemont, IL | 847.288.3725 | jillian.lee@lifefitness.com |
| Jacqueline Maglio*,<br>General Counsel | Life Fitness Global HQ<br>Rosemont, IL | 847.288.3661 | Jacqueline.maglio@lifefitness.com |

| ETHICS OFFICE | | | |
|---|---|---|---|
| Jillian Lee*<br>Chief HR Officer | Life Fitness Global HQ<br>Rosemont, IL | 847.288. 3725 | jillian.lee@lifefitness.com |
| Jacqueline Maglio*,<br>General Counsel | Life Fitness HQ | 847.288.3661 | Jacqueline.maglio@lifefitness.com |

*Access to and/or trained user in ethics database*



**EMPLOYEE** CODE OF CONDUCT

## ETHICS COUNSELORS (U.S.)

| LIFE FITNESS | | | |
|---|---|---|---|
| Jillian Lee*<br>Chief HR Officer | Life Fitness Global HQ, Rosemont, IL All US | 847.288.3725 | jillian.lee@lifefitness.com |
| Vanja Gavrilovic*<br>HR Director | Life Fitness Global HQ, Rosemont, IL All US | 847.288.3411 | vanja.gavrilovic@lifefitness.com |
| Suzanne Dvorak<br>HR Director | Life Fitness, Ramsey, MN Owatonna, MN Falmouth, KY | 763.323.4528 | suzanne.dvorak@lifefitness.com |
| Alexa Aparicio*<br>HR Business Partner | Life Fitness HQ | 847.288.3855 | alexa.aparicio@lifefitness.com |
| Marlena Warjas<br>HR Business Partner | Life Fitness Franklin Park, IL | 847.288.3449 | marlena.warjas@lifefitness.com |
| Kelly Anderson<br>Human Resources Manager | Cybex Owatonna, MN | 507.414.4222 | kelly.anderson@lifefitness.com |
| Laurie Blauert<br>Human Resources Coordinator | Ramsey, MN | 763.323.4514 | Laurie.Blauert@lifefitness.com |
| Kathryn Nilsen<br>HR Business Partner | Life Fitness Franklin Park, IL | 847.288.5953 | Kathryn.Nilsen@lifefitness.com |
| Eric Rys<br>HR Business Partner | Life Fitness HQ | 847.288.3524 | Eric.Rys@lifefitness.com |
| Alexis Kessler<br>HR Business Partner | Life Fitness HQ | 847.288.3374 | Alexis.Kessler@lifefitness.com |

*Access to and/or trained user in ethics database*



**EMPLOYEE** CODE OF CONDUCT

## GLOBAL FITNESS

| | | | |
|---|---|---|---|
| Carolyne Hunt*<br>Snr HR Director, Commercial Business Operations | All International | +44 1353 660401 | carolyne.hunt@lifefitness.com |
| Sven Van Dijk<br>HR Business Partner, DB EMEA, BLX & Iberia | Life Fitness – Netherlands & Spain | +31 6 5271 4462 | sven.van.dijk@lifefitness.com |
| Marcia Silva<br>HR Business Partner, Brazil | Life Fitness – Brazil | +55 11 30955204<br>+55 11 98979 5329 | marcia.silva@lifefitness.com |
| Koji Yoshida<br>HR Business Partner - APAC | Life Fitness – Japan | +81 80 7757 7828 | Koji.Yoshida@lifefitness.com |
| Vera Abzieher<br>HR Business Partner - DACH | Life Fitness - DACH | +49 89 31775164 | vera.abzieher@lifefitness.com |
| Theresa Rebele<br>HR Business Partner – DACH | Life Fitness - DACH | +49 89 31775164 | theresa.rebele@lifefitness.com |
| Fran Eley,<br>HR Business Partner - UK | Life Fitness - UK | +44 (0)1353 660427 | fran.eley@lifefitness.com |
| Szilvia Schrekne Illnes,<br>HR Manager - Hungary | Life Fitness - Hungary | +36 78 514709 | szilvia.schrekneilles@lifefitness.com |

*Access to and/or trained user in ethics database*



**EMPLOYEE** CODE OF CONDUCT

## INTERNATIONAL HOTLINE NUMBERS

| Country | Service | Type | Access Code | Help Line |
|---------|---------|------|-------------|-----------|
| Austria | AT&T | WorldWide Connect (WCC) | 0-800-200-288 | 844-628-9769 |
| Belgium | AT&T | WorldWide Connect (WCC) | 0-800-100-10 | 844-628-9769 |
| Brazil | AT&T | WorldWide Connect (WCC) | (Cellular) 0-800-888-8288<br>0-800-890-0288 | 844-628-9769 |
| China | AT&T | WorldWide Connect (WCC) | (Southern) 10-811<br>(Northern) 108-888 | 844-628-9769 |
| Germany | AT&T | WorldWide Connect (WCC) | 0-800-225-5288 | 844-628-9769 |
| Hong Kong | AT&T | WorldWide Connect (WCC) | 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<br>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 | 844-628-9769 |
| Hungary | AT&T | International Toll-Free Service (ITFS) | – | 06-800-21-454 |
| Japan | AT&T | WorldWide Connect (WCC) | (NTT) 0034-811-001<br>(KDDI) 00-539-111<br>(Softbank Telecom)<br>00-663-5111 | 844-628-9769 |
| Netherlands | AT&T | Global Inbound Service (GIS) | – | 08004254019 |
| Singapore | AT&T | WorldWide Connect (WCC) | (StarHub) 800-001-0001<br>(SingTel) 800-011-1111 | 844-628-9769 |
| Spain | AT&T | WorldWide Connect (WCC) | 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 | 844-628-9769 |
| Switzerland | AT&T | WorldWide Connect (WCC) | 0-800-890011 | 844-628-9769 |
| Taiwan | AT&T | WorldWide Connect (WCC) | 00-801-102-880 | 844-628-9769 |
| United Kingdom | AT&T | International Toll-Free Service (ITFS) | (Global Inbound Services) | 0808-234-1244 |

**EMPLOYEE** CODE OF CONDUCT

**CONTACT  INFORMATION**

Please direct questions about this Employee Code of Conduct to the Ethics office, your Human Resources representative or the Life Fitness Law Department.

**Life Fitness Law Department**

9525 W. Bryn Mawr Avenue, Suite 600

Rosemont, IL 60018 USA

legal@lifefitness.com

847.288.3300

**EMPLOYEE** CODE OF CONDUCT

**LIFE**FITNESS

FAMILY OF BRANDS

©2019 Life Fitness, LLC. All Rights Reserved. Life Fitness, Hammer Strength, Cybex, ICG and SCIFIT are registered trademarks of Life Fitness, LLC and its affiliated companies and subsidiaries. Brunswick and related trademarks used under license from Brunswick Corporation. HR-01-19 (06.19)