| | |
|---|---|
| Adam Alper (SBN: 196834) | Philip C. Ducker (SBN: 262644) |
| adam.alper@kirkland.com | phil.ducker@alston.com |
| Akshay S. Deoras (SBN: 301962) | Michelle A. Clark (SBN: 243777) |
| akshay.deoras@kirkland.com | michelle.clark@alston.com |
| KIRKLAND & ELLIS LLP | Katherine G. Rubschlager (SBN: 328100) |
| 555 California Street | katherine.rubschlager@alston.com |
| San Francisco, CA 94104 | ALSTON & BIRD, LLP |
| Telephone:   (415) 439-1400 | 560 Mission Street, Suite 2100 |
| Facsimile:   (415) 439-1500 | San Francisco, CA 94105 |
| | Telephone:   (415) 243-1000 |
| Michael W. De Vries (SBN: 211001) | Facsimile:   (415) 243-1001 |
| michael.devries@kirkland.com | |
| KIRKLAND & ELLIS LLP | *Attorneys for Defendant AliveCor, Inc.* |
| 695 Town Center Drive | *[Additional counsel on signature page]* |
| Costa Mesa, CA 92626 | |
| Telephone:   (714) 982-8822 | |
| Facsimile:   (714) 982-8844 | |

*Attorneys for Plaintiff Apple Inc.*
*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>ALIVECOR, INC.,<br><br>          Defendant. | CASE NO. 22-CV-07608-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION FOR APPLE'S RESPONSE TO ALIVECOR'S MOTION FOR LEAVE TO SUPPLEMENT AND AMEND INVALIDITY CONTENTIONS** |

1  Plaintiff Apple Inc. ("Apple") and Defendant AliveCor, Inc. ("AliveCor") (collectively, the
2  "Parties"), through their counsel of record, stipulate and agree as follows:
3  IT IS HEREBY STIPULATED AND AGREED by the Parties a short one-week extension for
4  Apple's Response to AliveCor's Motion for Leave to Supplement and Amend Invalidity Contentions. The
5  Parties respectfully request a one-week extension to continue conferring regarding the invalidity
6  contentions amendments and supplements.

| Event | Current Date | Proposed Date |
|---|---|---|
| Apple's Response to AliveCor's Motion for Leave to Supplement and Amend Invalidity Contentions | February 27, 2026 | March 6, 2026 |

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 | DATED:  February 26, 2026 | Respectfully submitted, |
| 3 |   | KIRKLAND & ELLIS LLP |

 /s/ Akshay S. Deoras
Adam Alper (SBN: 196834)
adam.alper@kirkland.com
Akshay S. Deoras (SBN: 301962)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive, Ste. 1700
Costa Mesa, CA 92626
Telephone:    (714) 982-8822
Facsimile:    (714) 982-8844

Leslie M. Schmidt (*pro hac vice*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Kat Li (*pro hac vice*)
kat.li@kirkland.com
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Telephone:    (512) 678-9100
Facsimile:    (512) 678-9101

Gregory Polins (pro hac vice)
greg.polins@kirkland.com
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Attorneys for Plaintiff Apple Inc.*

DATED:  February 26, 2026

ALSTON & BIRD LLP

<u>/s/ Michelle A. Clark</u>

Philip C. Ducker (SBN: 262644)
phil.ducker@alston.com
Michelle A. Clark (SBN: 243777)
michelle.clark@alston.com
Katherine G. Rubschlager (SBN: 328100)
katherine.rubschlager@alston.com
560 Mission Street, Suite 2100
San Francisco, CA 94105-0912
Telephone:      (415) 243-1000
Facsimile:       (415) 243-1001

M. Scott Stevens (admitted *pro hac vice*)
scott.stevens@alston.com
J. Ravindra Fernando (admitted *pro hac vice*)
ravi.fernando@alston.com
Erin Beaton (admitted *pro hac vice*)
erin.beaton@alston.com
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
Telephone:      (704) 444-1000
Facsimile:       (704) 444-1111

*Attorneys for Defendant AliveCor, Inc.*

1 | **ATTESTATION:** Pursuant to Local Rule 5-1(i)(3) I hereby attest that concurrence in the filing of this
2 | document has been obtained from Michelle A. Clark.

                                                 */s/ Akshay S. Deoras*
                                                 Akshay S. Deoras

**ORDER**

PURSUANT TO THE STIPULATION, and for good cause shown therein, IT IS SO ORDERED:

That the deadline to file Apple's Response to AliveCor's Motion for Leave to Supplement and Amend Invalidity Contentions shall be reset as to the following date:

| Event | Prior Date | New Date |
|---|---|---|
| Apple's Response to AliveCor's Motion for Leave to Supplement and Amend Invalidity Contentions | February 27, 2026 | March 6, 2026 |

DATED: _____

HONORABLE SALLIE KIM
UNITED STATES MAGISTRATE JUDGE