**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

Case No. 4:22-cv-07608-HSG

APPLE INC.,

        Plaintiff,

    v.

ALIVECOR, INC.,

        Defendant.

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO SUPPLEMENT AND AMEND ITS INVALIDITY CONTENTIONS PURSUANT TO PATENT LOCAL RULE 3-6**

**ORDER**

Upon consideration of Defendant AliveCor, Inc.'s DEFENDANT'S MOTION FOR LEAVE TO SUPPLEMENT AND AMEND ITS INVALIIDTY CONTENTIONS PURSUANT TO PATENT LOCAL RULE 3-6 (the "Motion") in the above-captioned case, and for good cause shown, this Court hereby GRANTS Defendant AliveCor, Inc.'s Motion.

**IT IS SO ORDERED.**

Dated:   3/9/2026

HONORABLE HAYWOOD S. GILLIAM, JR.
JUDGE OF THE DISTRICT COURT