Adam Alper (SBN: 196834)
adam.alper@kirkland.com
Akshay S. Deoras (SBN: 301962)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: (714) 982-8822
Facsimile: (714) 982-8844

*Attorneys for Plaintiff Apple Inc.*
*Additional counsel on signature page*

Philip C. Ducker (SBN 262644)
Michelle A. Clark (SBN: 243777)
Katherine G. Rubschlager (SBN: 328100)
ALSTON & BIRD
55 Second Street, Suite 2100
San Francisco, California 94105-0912
Telephone:    (415) 243-1000
Facsimile:    (415) 243-1001
phil.ducker@alston.com
michelle.clark@alston.com
katherine.rubschlager@alston.com

*Attorneys for Defendant AliveCor, Inc.*
*Additional counsel on signature page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>              Plaintiff,<br><br>      v.<br><br>ALIVECOR, INC.<br><br>              Defendant. | CASE NO. 22-CV-07608-HSG<br><br>JOINT STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO FILE JOINT CASE MANAGEMENT STATEMENT AND RESCHEDULING OF CASE MANAGEMENT CONFERENCE (AS MODIFIED) |

JOINT STIPULATION AND ORDER

Case No. 22-CV-07608-HSG

Pursuant to Local Rules 6-1(b) and 6-2, and subject to the approval of the Court, Plaintiff Apple Inc. ("Apple" or "Plaintiff") and Defendant AliveCor, Inc. ("AliveCor" or "Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

On March 27, 2026, the Court issued a Claim Construction Order (Dkt. 181) setting the deadline for the parties to submit a Joint Case Management Statement on April 14, 2026, and setting a telephonic case management conference on April 21, 2026. Counsel for AliveCor have a conflict and will be out of the country for a hearing in another matter on April 21, 2026. Accordingly, the Parties respectfully request that the Joint Case Management Statement, currently due by April 14, 2026, shall be due April 28, 2026; and the Case Management Conference, currently scheduled to take place on April 21, 2026, shall be vacated and held on May 5, 2026 at 2:00 p.m. The requested extension will not impact any other deadlines set by the Court.

The declaration of Michelle Clark meeting the requirements of Local Rule 6-2(a) is concurrently submitted with this stipulation. A proposed order is appended at the end of this stipulation.

NOW THEREFORE, the Parties, by and through their undersigned counsel of record, in the interests of judicial economy, hereby agree and stipulate, and respectfully ask that the Court extend the extension described above.

JOINT STIPULATION AND ORDER               1               CASE No. 22-CV-07608-HSG

DATED: April 2, 2026

Respectfully submitted,

KIRKLAND & ELLIS LLP

ALSTON & BIRD LLP

 /s/Akshay S. Deoras
Adam Alper (SBN: 196834)
adam.alper@kirkland.com
Akshay S. Deoras (SBN: 301962)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400
Facsimile:     (415) 439-1500

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:    (714) 982-8822
Facsimile:     (714) 982-8844

Leslie M. Schmidt (*pro hac vice*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900

Kat Li (*pro hac vice*)
kat.li@kirkland.com
KIRKLAND & ELLIS LLP
401 W. 4th Street
Austin, TX 78701
Telephone:    (512) 678-9100
Facsimile:     (512) 678-9101

*Attorneys for Plaintiff Apple Inc.*

/s/ Philip C. Ducker
Philip C. Ducker (SBN 262644)
Michelle A. Clark (SBN: 243777)
Katherine G. Rubschlager (SBN: 328100)
ALSTON & BIRD
55 Second Street, Suite 2100
San Francisco, California 94105-0912
Telephone:    (415) 243-1000
Facsimile:     (415) 243-1001
phil.ducker@alston.com
michelle.clark@alston.com
katherine.rubschlager@alston.com

M. Scott Stevens (admitted *pro hac vice*)
J. Ravindra Fernando (admitted *pro hac vice*)
Erin Beaton (admitted *pro hac vice*)
ALSTON & BIRD
1120 South Tryon Street, Suite 3000
Charlotte, NC 28203
Telephone:    (704) 444-1000
Facsimile:     (704) 444-1111
scott.stevens@alston.com
ravi.fernando@alston.com
erin.beaton@alston.com

Elliott Riches (admitted *pro hac vice*)
ALSTON & BIRD
Chase Tower
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone:    (214) 922-3492
Fax:              (214) 922-3899
elliott.riches@alston.com

*Attorneys for Defendant AliveCor, Inc.*

JOINT STIPULATION AND ORDER

2

CASE NO. 22-CV-07608-HSG

**ATTESTATION**

I hereby attest that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 2, 2026              */s/ Philip C. Ducker*

Philip C. Ducker

\*       \*       \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The zoom webinar information and instructions remain the same as previously provided in the docket entry associated with docket no. 107.

Dated:  4/3/2026

THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

JOINT STIPULATION AND ORDER                4                CASE NO. 22-CV-07608-HSG