United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE INC.,

           Plaintiff,

     v.

ALIVECOR, INC.,

           Defendant.

Case No.  22-cv-07608-HSG

**SCHEDULING ORDER**

A case management conference was held on May 5, 2026.  Having considered the parties' proposals, *see* Dkt. No. 184, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of fact discovery | September 25, 2026 |
| Service of opening expert report(s) (on issues for which a party bears the burden of proof) | October 22, 2026 |
| Service of rebuttal expert report(s) (on issues for which a party does not bear the burden of proof) | November 17, 2026 |
| Close of expert discovery | December 8, 2026 |
| Deadline to file *Daubert* motions and dispositive motions | January 12, 2027 |
| Deadline to file oppositions to *Daubert* and dispositive motions | February 9, 2027 |
| Deadline to file replies of *Daubert* and dispositive motions | February 23, 2027 |
| *Daubert* and Dispositive Motion Hearing | March 25, 2027, 2:00 p.m. |
| Lead counsel to meet and confer with respect to the following subjects: (1) settlement of | April 6, 2027 |

| | |
|---|---|
| the case; (2) preparation of the joint pretrial filings; and (3) clarifying and narrowing the contested issues for trial | |
| Parties to exchange all proposed evidence to be used in its case in chief at trial, including a complete list of all such proposed exhibits; names of all witnesses each party intends to call at trial, as well as a brief description of the subject matter of their testimony; a list containing citations to all evidence that a party might introduce at trial, other than to be used solely for impeachment or rebuttal, that was obtained from deposition testimony, interrogatory responses, or responses to requests for admissions | April 20, 2027 |
| Parties to meet and confer to determine whether any evidentiary issues may be resolved by stipulation | April 27, 2027 |
| Motions in limine filed with the Court | May 4, 2027 |
| Motions in limine opposition filed with the Court | May 11, 2027 |
| Joint pretrial statement and proposed order, proposed jury instructions, proposed voir dire questions, proposed verdict forms, proposed statement of the case, and trial briefs due to the Court | May 11, 2027 |
| Parties to meet and confer to make a good faith effort to stipulate to exhibits' admissibility | May 11, 2027 |
| Final pretrial conference | July 6, 2027, 3:00 p.m. |
| Parties to file form exhibit and witness lists | July 6, 2027 |
| Jury Trial (10 days) | July 19, 2027, at 8:30 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:  5/11/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge