UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| APPLE INC.,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>ALIVECOR, INC.<br><br>　　　　　　　Defendant. | Case No. 4:22-cv-07608-HSG<br><br>**STIPULATION AND ORDER<br>SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

The parties previously mediated with Eric D. Green of Resolutions LLC. Following the May 5, 2026 Case Management Conference, the parties are coordinating as to the next mediation. The parties agree to hold a further ADR session by no later than April 9, 2027.

Date: May 12, 2026 　　　　　　　　/s/ *Akshay S. Deoras*
　　　　　　　　　　　　　　　　　　Akshay S. Deoras
　　　　　　　　　　　　　　　　　　Counsel for Plaintiff Apple Inc.

Date: May 12, 2026 　　　　　　　　/s/ *Michelle Ann Clark*
　　　　　　　　　　　　　　　　　　Michelle Ann Clark
　　　　　　　　　　　　　　　　　　Counsel for Defendant AliveCor, Inc.

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 　5/13/2026

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge