Adam Alper (SBN: 196834)
adam.alper@kirkland.com
Akshay S. Deoras (SBN: 301962)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:     (415) 439-1400
Facsimile:     (415) 439-1500

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:     (714) 982-8822
Facsimile:     (714) 982-8844

*Attorneys for Plaintiff Apple Inc.*
*[Additional counsel on signature page]*

Philip C. Ducker (SBN: 262644)
phil.ducker@alston.com
Michelle A. Clark (SBN: 243777)
michelle.clark@alston.com
Katherine G. Rubschlager (SBN: 328100)
katherine.rubschlager@alston.com
ALSTON & BIRD, LLP
55 Second Street, Suite 2100
San Francisco, California 94105-0912
Telephone:     (415) 243-1000
Facsimile:     (415) 243-1001

*Attorneys for Defendant AliveCor, Inc.*
*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>              Plaintiff,<br><br>    v.<br><br>ALIVECOR, INC.,<br><br>              Defendant. | CASE NO. 22-CV-07608-HSG<br><br>**JOINT STIPULATION AND ORDER RE EXTENSION FOR APPLE'S RESPONSE AND ALIVECOR'S REPLY TO ALIVECOR'S PARTIAL MOTION FOR JUDGMENT ON THE PLEADINGS** |

Pursuant to Local Rules 6-1(b) and 6-2, and subject to the approval of the Court, Plaintiff Apple Inc. ("Apple") and Defendant AliveCor, Inc. ("AliveCor") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

On May 8, 2026, AliveCor filed a Partial Motion for Judgment on the Pleadings ("Motion") (Dkt. 186).  Pursuant to Civil Local Rule 7-3, the deadline for Apple's responsive brief is May 22, 2026, and AliveCor's reply is due May 29, 2026. The hearing on AliveCor's Motion is currently set for July 9, 2026.  The Parties, by and through their respective counsel in this matter, have met and conferred via email, and have agreed to short, one-week extensions for Apple's response and AliveCor's reply.  The Parties do not believe these short, one-week extensions will impact the hearing date for the Motion, but defer to the Court on whether the hearing date should be extended as well.  No other deadlines set by the Court will be impacted.  The Parties therefore respectfully request that the briefing schedule be extended as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Apple's Response to AliveCor's Motion for Judgment on the Pleadings | May 22, 2026 | May 29, 2026 |
| AliveCor's Reply to Motion for Judgment on the Pleadings | May 29, 2026 | June 12, 2026 |

The declaration of Akshay S. Deoras meeting the requirements of Local Rule 6-2(a) is concurrently submitted with this stipulation.  A proposed order is appended at the end of this stipulation.

NOW THEREFORE, the Parties, by and through their undersigned counsel of record, in the interest of judicial economy, hereby agree and stipulate, and respectfully ask that the Court extend the extensions described above.

DATED:  May 19, 2026

KIRKLAND & ELLIS LLP


 /s/ Akshay S. Deoras
Adam Alper (SBN: 196834)
adam.alper@kirkland.com
Akshay S. Deoras (SBN: 301962)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:   (415) 439-1400
Facsimile:    (415) 439-1500

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:   (714) 982-8822
Facsimile:    (714) 982-8844

Leslie M. Schmidt (*pro hac vice*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900

Kat Li (*pro hac vice*)
kat.li@kirkland.com
KIRKLAND & ELLIS LLP
401 W. 4th Street
Austin, TX 78701
Telephone:   (512) 678-9100
Facsimile:    (512) 678-9101


*Attorneys for Plaintiff Apple Inc.*


.

Respectfully submitted,

ALSTON & BIRD LLP


 /s/ Erin Beaton
Philip C. Ducker (SBN: 262644)
phil.ducker@alston.com
Michelle A. Clark (SBN: 243777)
michelle.clark@alston.com
Katherine G. Rubschlager (SBN: 328100)
katherine.rubschlager@alston.com
ALSTON & BIRD
55 Second Street, Suite 2100
San Francisco, California 94105-0912
Telephone:   (415) 243-1000
Facsimile:    (415) 243-1001

M. Scott Stevens (admitted *pro hac vice*)
scott.stevens@alston.com
J. Ravindra Fernando (admitted *pro hac vice*)
ravi.fernando@alston.com
Erin Beaton (admitted *pro hac vice*)
erin.beaton@alston.com
ALSTON & BIRD
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
Telephone:   (704) 444-1000
Facsimile:    (704) 444-1111

Elliott Riches (admitted *pro hac vice*)
elliott.riches@alston.com
ALSTON & BIRD
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone:   (214) 922-3492
Facsimile:    (214) 922-3899

*Attorneys for Defendant AliveCor, Inc*

I, Akshay S. Deoras, declare under penalty of perjury that the following statements are true and correct.

1. I am a partner with the law firm of Kirkland & Ellis LLP and counsel for Plaintiff Apple Inc. ("Apple") in this action. The matters set forth herein are based on my personal knowledge, and if called to testify as a witness, I could and would testify consistently with the following.

2. On May 8, 2026, AliveCor filed a Partial Motion for Judgment on the Pleadings ("Motion").

3. Pursuant to Civil Local Rule 7-3, the deadline for Apple's responsive brief is May 22, 2026, and AliveCor's reply is due May 29, 2026.

4. The hearing on AliveCor's Motion is currently set for July 9, 2026.  Dkt. 186 at 1.

5. The Parties, by and through their respective counsel, have met and conferred via email, and have agreed to short, one-week extensions for Apple's response and AliveCor's reply.

6. The Parties have previously stipulated to nine (9) extensions of time in this matter: on December 23, 2022, the Parties stipulated to extend the time for AliveCor to answer or otherwise respond to the Complaint filed on December 2, 2022 (Dkt. 22); on December 6, 2023, the Parties stipulated to extend the time for claim construction discovery (Dkt. 85); on April 15, 2025, the Parties stipulated to extend the time to submit a Joint Case Management Statement (Dkt. 117); on June 12, 2025, Apple and third-party subpoena recipients Vinod Khosla and Khosla Ventures stipulated to extend the time for Apple to file its Opposition to Vinod Khosla and Khosla Ventures' Motion to Quash Subpoena of Non-Parties Vinod Khosla and Khosla Ventures (Dkt. 133); on June 17, 2025, Apple and third-party subpoena recipients Vinod Khosla and Khosla Ventures stipulated to further extend the time for Apple to file its Opposition to Vinod Khosla and Khosla Ventures' Motion to Quash Subpoena of Non-Parties Vinod Khosla and Khosla Ventures (Dkt. 137); on July 10, 2025, Apple and third-party subpoena recipients Vinod Khosla and Khosla Ventures stipulated to further extend the time for Apple to file its Opposition to Vinod Khosla and Khosla Ventures' Motion to Quash Subpoena of Non-Parties Vinod Khosla and Khosla Ventures (Dkt. 142); on February 26, 2026, the Parties stipulated and agreed to extend the time for Apple to respond to AliveCor's Motion for Leave to Supplement and Amend its

Invalidity Contentions (Dkt. 176). The Parties have also previously filed one Joint Stipulation and Proposed Order Regarding the Amended Scheduling Order (Dkt. 126), and one Joint Stipulation and Proposed Order Regarding Rescheduling a Case Management Conference (Dkt. 182).

7.      This case was stayed by Court Order in its Order Granting the Motion to Stay (Dkt. 89) and Order Continuing Stay (Dkt. 91).  The Court lifted the stay on March 27, 2025.

8.      The Parties jointly request these brief extensions, which the Parties believe will not impact the hearing date for the Motion, currently scheduled for July 9, 2026, but defer to the Court on whether the hearing date should be extended.  The extensions of time sought herein would not affect any other court deadlines.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 19, 2026 in San Francisco, California.


                                            /s/ Akshay S. Deoras
                                            Akshay S. Deoras

**ATTESTATION:** Pursuant to Local Rule 5-1(i)(3) I hereby attest that concurrence in the filing of this document has been obtained from Erin Beaton.

*/s/ Akshay S. Deoras*
Akshay S. Deoras

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.


DATED: 5/19/2026

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE