Adam R. Alper (SBN: 196834)
adam.alper@kirkland.com
Akshay S. Deoras (SBN: 301962)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:     (415) 439-1400
Facsimile:     (415) 439-1500

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:     (714) 982-8822
Facsimile:     (714) 982-8844

*Attorneys for Plaintiff Apple Inc.*
*[Additional counsel on signature page]*

Philip C. Ducker (SBN: 262644)
phil.ducker@alston.com
Michelle A. Clark (SBN: 243777)
michelle.clark@alston.com
Katherine G. Rubschlager (SBN: 328100)
katherine.rubschlager@alston.com
ALSTON & BIRD, LLP
55 Second Street, Suite 2100
San Francisco, California 94105-0912
Telephone:     (415) 243-1000
Facsimile:     (415) 243-1001

*Attorneys for Defendant AliveCor, Inc.*
*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

APPLE INC.,

      Plaintiff,

    v.

ALIVECOR, INC.,

      Defendant.

CASE NO. 22-CV-07608-HSG

**JOINT STIPULATION AND ORDER FOR TEMPORARY STAY OF ALL CASE DEADLINES**

Pursuant to Rule 6-2, Plaintiff Apple Inc. ("Apple" or "Plaintiff") and Defendant AliveCor, Inc. ("AliveCor" or "Defendant") (collectively, the "Parties"), by and through their respective counsel, jointly submit this stipulation to request a temporary stay pending negotiation of a potential settlement:

WHEREAS, the Parties have been working towards a resolution of the case, including by participating in a mediation session in August 2025.

WHEREAS, the Parties have continued working diligently together on a resolution of the case and the Parties' settlement discussions are now at a stage where a temporary stay would give the Parties the best opportunity to try and finalize a mutual agreement while conserving party and judicial resources.

WHEREAS, the Parties agree to submit a joint status report updating the Court on the status of the settlement negotiations within 30 days of an order staying this case.

WHEREAS, the Parties agree that AliveCor's Partial Motion for Judgment on the Pleadings (Dkt. 186) should be continued until after the stay for the purposes of facilitating settlement negotiations, but that it should be reset as soon as practicable and reasonable after the stay is lifted, should settlement negotiations fail to resolve this matter.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. All deadlines in this case will be stayed for 30 days from the date of the Court's Order except that AliveCor may take any necessary steps to transmit the Letters Rogatory granted by U.S. Magistrate Judge Kim to the Superior Court of Justice of Ontario, Canada upon issuance.

2. The parties request that the August 6, 2026 Hearing on AliveCor's Partial Motion for Judgement on the Pleadings (Dkt. 186) be continued. In the event the Parties do not reach a settlement agreement and request that the stay be lifted, the Parties plan to request that the Court reset the hearing on the next hearing date on which all Parties and the Court are available after the stay has been lifted.

3. Within 30 days of the date of the Court's Order, the Parties will submit a joint status report on the status of the Parties' negotiations.

The declaration of Akshay S. Deoras meeting the requirements of Local Rule 6-2(a) is concurrently submitted with this stipulation. A proposed order is appended at the end of this stipulation.

JOINT STIPULATION AND ORDER FOR
TEMPORARY STAY OF ALL CASE DEADLINES          1          CASE No. 22-CV-07608-HSG

NOW THEREFORE, the Parties, by and through their undersigned counsel of record, in the interest of judicial economy, hereby agree and stipulate, and respectfully ask that the Court issue a stay of 30 days of all case deadlines from the date of the Court's Order.

DATED:  July 7, 2026

KIRKLAND & ELLIS LLP

 /s/ Akshay S. Deoras 
Adam R. Alper (SBN: 196834)
adam.alper@kirkland.com
Akshay S. Deoras (SBN: 301962)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:     (415) 439-1400
Facsimile:      (415) 439-1500

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:     (714) 982-8822
Facsimile:      (714) 982-8844

Leslie M. Schmidt (*pro hac vice*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

Kat Li (*pro hac vice*)
kat.li@kirkland.com
KIRKLAND & ELLIS LLP
401 W. 4th Street
Austin, TX 78701
Telephone:     (512) 678-9100
Facsimile:      (512) 678-9101


*Attorneys for Plaintiff Apple Inc.*

Respectfully submitted,

ALSTON & BIRD LLP


 /s/ Philip C. Ducker 
Philip C. Ducker (SBN: 262644)
phil.ducker@alston.com
Michelle A. Clark (SBN: 243777)
michelle.clark@alston.com
Katherine G. Rubschlager (SBN: 328100)
katherine.rubschlager@alston.com
ALSTON & BIRD
55 Second Street, Suite 2100
San Francisco, California 94105-0912
Telephone:     (415) 243-1000
Facsimile:      (415) 243-1001

M. Scott Stevens (admitted *pro hac vice*)
scott.stevens@alston.com
J. Ravindra Fernando (admitted *pro hac vice*)
ravi.fernando@alston.com
Erin Beaton (admitted *pro hac vice*)
erin.beaton@alston.com
ALSTON & BIRD
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
Telephone:     (704) 444-1000
Facsimile:      (704) 444-1111

Elliott Riches (admitted *pro hac vice*)
elliott.riches@alston.com
ALSTON & BIRD
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone:     (214) 922-3492
Facsimile:      (214) 922-3899

*Attorneys for Defendant AliveCor, Inc*

JOINT STIPULATION AND ORDER FOR
TEMPORARY STAY OF ALL CASE DEADLINES

2

I, Akshay S. Deoras, declare under penalty of perjury that the following statements are true and correct.

1.      I am a partner with the law firm of Kirkland & Ellis LLP and counsel for Plaintiff Apple Inc. ("Apple") in this action. The matters set forth herein are based on my personal knowledge, and if called to testify as a witness, I could and would testify consistently with the following.

2.      The Parties, by and through their respective counsel, have met and conferred, and have agreed to a stay of all case deadlines for 30 days from the date of the Court's Order to enable the Parties to work toward a potential settlement.

3.      The Parties have previously stipulated to ten (10) extensions of time in this matter: on December 23, 2022, the Parties stipulated to extend the time for AliveCor to answer or otherwise respond to the Complaint filed on December 2, 2022 (Dkt. 22); on December 6, 2023, the Parties stipulated to extend the time for claim construction discovery (Dkt. 85); on April 15, 2025, the Parties stipulated to extend the time to submit a Joint Case Management Statement (Dkt. 117); on June 12, 2025, Apple and third-party subpoena recipients Vinod Khosla and Khosla Ventures stipulated to extend the time for Apple to file its Opposition to Vinod Khosla and Khosla Ventures' Motion to Quash Subpoena of Non-Parties Vinod Khosla and Khosla Ventures (Dkt. 133); on June 17, 2025, Apple and third-party subpoena recipients Vinod Khosla and Khosla Ventures stipulated to further extend the time for Apple to file its Opposition to Vinod Khosla and Khosla Ventures' Motion to Quash Subpoena of Non-Parties Vinod Khosla and Khosla Ventures (Dkt. 137); on July 10, 2025, Apple and third-party subpoena recipients Vinod Khosla and Khosla Ventures stipulated to further extend the time for Apple to file its Opposition to Vinod Khosla and Khosla Ventures' Motion to Quash Subpoena of Non-Parties Vinod Khosla and Khosla Ventures (Dkt. 142); on February 26, 2026, the Parties stipulated and agreed to extend the time for Apple to respond to AliveCor's Motion for Leave to Supplement and Amend its Invalidity Contentions (Dkt. 176); on May 19, 2026, the Parties stipulated and agreed to extend the time for Apple to respond to AliveCor's Partial Motion for Judgment on the Pleadings (Dkt. 186) and AliveCor to reply in support of the same (Dkt. 190). The Parties have also previously filed one Joint Stipulation and Proposed Order Regarding the Amended Scheduling Order (Dkt. 126), and one Joint Stipulation and Proposed Order Regarding Rescheduling a Case Management Conference (Dkt. 182).

4.      This case was stayed by the Court in its Order Granting the Motion to Stay (Dkt. 89) and Order Continuing Stay (Dkt. 91).  The Court lifted the stay on March 27, 2025.

5.      The Parties jointly request this temporary stay of 30 days of all case deadlines from the date of the Court's Order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 7, 2026, in San Francisco, California.

*/s/ Akshay S. Deoras*
Akshay S. Deoras

**ATTESTATION:** Pursuant to Local Rule 5-1(i)(3) I hereby attest that concurrence in the filing of this document has been obtained from Philip C. Ducker.

_/s/ Akshay S. Deoras_
Akshay S. Deoras

JOINT STIPULATION AND ORDER FOR
TEMPORARY STAY OF ALL CASE DEADLINES                    5                    CASE NO. 22-CV-07608-HSG

## **ORDER**

PURSUANT TO THE JOINT STIPULATION, IT IS SO ORDERED.


DATED: 7/8/2026

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE