Adam R. Alper (SBN: 196834)
adam.alper@kirkland.com
Akshay S. Deoras (SBN: 301962)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:    (714) 982-8822
Facsimile:    (714) 982-8844

*Attorneys for Plaintiff Apple Inc.*
*[Additional counsel on signature page]*

Philip C. Ducker (SBN: 262644)
phil.ducker@alston.com
Michelle A. Clark (SBN: 243777)
michelle.clark@alston.com
Katherine G. Rubschlager (SBN: 328100)
katherine.rubschlager@alston.com
ALSTON & BIRD LLP
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone:    (415) 243-1000
Facsimile:    (415) 243-1001

*Attorneys for Defendant AliveCor, Inc.*
*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>       Plaintiff,<br><br>    v.<br><br>ALIVECOR, INC.<br><br>       Defendant. | Case No. 22-CV-07608-HSG<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's July 8, 2026 Order (Dkt. 200), Plaintiff Apple Inc. ("Apple" or "Plaintiff") and Defendant AliveCor, Inc. ("AliveCor" or "Defendant") (collectively, the "Parties") file this Joint Status Report.

The Parties have expended considerable efforts towards a global resolution of their disputes, including the above-entitled litigation, and have made significant progress since the Court granted the stay (Dkt. 200). However, notwithstanding the Parties' efforts, there remain several open issues that the Parties are continuing to work in good faith to resolve. Thus, the Parties respectfully request that the Court extend the stay of all case deadlines by an additional 15 days until August 24, 2026.

The Parties submit that additional time is necessary to determine whether settlement of the Parties' dispute without any further expenditure of the Court's and the Parties' resources on litigation is feasible.

The Parties further submit that this request is not filed for purposes of delay but rather so that justice and judicial economy may be served.

The Parties have met and conferred and are jointly seeking the extension of stay requested herein.

DATED:  August 7, 2026

KIRKLAND & ELLIS LLP


 /s/  Akshay S. Deoras
Adam R. Alper (SBN: 196834)
adam.alper@kirkland.com
Akshay S. Deoras (SBN: 301962)
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:     (415) 439-1400
Facsimile:     (415) 439-1500

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
695 Town Center Drive
Costa Mesa, CA 92626
Telephone:     (714) 982-8822
Facsimile:     (714) 982-8844

Leslie M. Schmidt (*pro hac vice*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

Kat Li (*pro hac vice*)
kat.li@kirkland.com
KIRKLAND & ELLIS LLP
401 W. 4th Street
Austin, TX 78701
Telephone:     (512) 678-9100
Facsimile:     (512) 678-9101

*Attorneys for Plaintiff Apple Inc.*

Respectfully submitted,

ALSTON & BIRD LLP


 /s/ Philip C. Ducker
Philip C. Ducker (SBN: 262644)
phil.ducker@alston.com
Michelle A. Clark (SBN: 243777)
michelle.clark@alston.com
Katherine G. Rubschlager (SBN: 328100)
katherine.rubschlager@alston.com
ALSTON & BIRD
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone:     (415) 243-1000
Facsimile:     (415) 243-1001

M. Scott Stevens (admitted *pro hac vice*)
scott.stevens@alston.com
J. Ravindra Fernando (admitted *pro hac vice*)
ravi.fernando@alston.com
Erin Beaton (admitted *pro hac vice*)
erin.beaton@alston.com
ALSTON & BIRD
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
Telephone:     (704) 444-1000
Facsimile:     (704) 444-1111

Elliott Riches (admitted *pro hac vice*)
elliott.riches@alston.com
ALSTON & BIRD
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone:     (214) 922-3492
Facsimile:     (214) 922-3899

*Attorneys for Defendant AliveCor, Inc.*

**ATTESTATION:** Pursuant to Local Rule 5-1(i)(3) I hereby attest that concurrence in the filing of this document has been obtained from Philip C. Ducker.

/s/ Akshay S. Deoras
Akshay S. Deoras