UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE INC.,

Plaintiff,

v.

ALIVECOR, INC.,

Defendant.

Case No. 22-cv-07608-HSG

**AMENDED SCHEDULING ORDER**

Having considered the parties' stipulation, *see* Dkt. No. 203, the Court **LIFTS** the temporary stay. The Court **FINDS** AliveCor's Motion for Judgment on the Pleadings, Dkt. No. 198, appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civil L.R. 7-1(b). The Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | January 15, 2027 |
| Exchange of Opening Expert Reports | February 11, 2027 |
| Exchange of Rebuttal Expert Reports | March 11, 2027 |
| Close of Expert Discovery | March 25, 2027 |
| Deadline to File *Daubert* Motions and Dispositive Motions | April 28, 2027 |
| Deadline to File Oppositions to *Daubert* and Dispositive Motions | May 19, 2027 |
| Deadline to File Replies of *Daubert* and Dispositive Motions | June 2, 2027 |
| Dispositive Motion Hearing | June 24, 2027, at 2:00 p.m. |
| Lead Counsel to Meet and Confer with respect to the Following Subjects: (1) | July 1, 2027 |

United States District Court
Northern District of California

United States District Court
Northern District of California

| | |
|---|---|
| Settlement of the Case; (2) Preparation of the Joint Pretrial Filings; and (3) Clarifying and Narrowing the Contested Issues for Trial | |
| Parties to exchange all proposed evidence to be used in its case in chief at trial, including a complete list of all such proposed exhibits; names of all witnesses each party intends to call at trial, as well as a brief description of the subject matter of their testimony; a list containing citations to all evidence that a party might introduce at trial, other than to be used solely for impeachment or rebuttal, that was obtained from deposition testimony, interrogatory responses, or responses to requests for admissions | July 27, 2027 |
| Parties to meet and confer to determine whether any evidentiary issues may be resolved by stipulation | August 3, 2027 |
| Motions in Limine Filed with the Court | August 3, 2027 |
| Joint pretrial statement and proposed order, proposed jury instructions, proposed voir dire questions, proposed verdict forms, proposed statement of the case, and trial briefs due to the Court | August 17, 2027 |
| Oppositions to Motions in Limine Filed with the Court | August 17, 2027 |
| Parties to meet and confer to make a good faith effort to stipulate to exhibits' admissibility | August 24, 2027 |
| Parties to File Form Exhibit and Witness Lists | September 21, 2027 |
| Pretrial Conference | September 21, 2027, at 3:00 p.m. |
| Jury Trial (10 days) | October 4, 2027, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This order **TERMINATES** the parties' status report joint stipulation regarding extension of time for all case deadlines. Dkt. No. 203.

**IT IS SO ORDERED.**

Dated: 9/8/2026

Haywood S. Gill Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California