UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLE INC.,

Plaintiff,

v.

ALIVECOR, INC.,

Defendant.

Case No. 22-cv-07608-HSG

**AMENDED SCHEDULING ORDER, AS MODIFIED**

Having considered the parties' stipulation, *see* Dkt. No. 203, the Court **LIFTS** the temporary stay. The Court **FINDS** AliveCor's Motion for Judgment on the Pleadings, Dkt. No. 186, appropriate for disposition without oral argument and the matter is deemed submitted.[1] *See* Civil L.R. 7-1(b). The Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | January 15, 2027 |
| Exchange of Opening Expert Reports | February 11, 2027 |
| Exchange of Rebuttal Expert Reports | March 11, 2027 |
| Close of Expert Discovery | March 25, 2027 |
| Deadline to File *Daubert* Motions and Dispositive Motions | April 28, 2027 |
| Deadline to File Oppositions to *Daubert* and Dispositive Motions | May 19, 2027 |
| Deadline to File Replies of *Daubert* and Dispositive Motions | June 2, 2027 |

[1] The only change in this order from Dkt. No. 204 is to correct the docket number of the motion for judgment on the pleadings.

United States District Court
Northern District of California

| | |
|---|---|
| Dispositive Motion Hearing | June 24, 2027, at 2:00 p.m. |
| Lead Counsel to Meet and Confer with respect to the Following Subjects: (1) Settlement of the Case; (2) Preparation of the Joint Pretrial Filings; and (3) Clarifying and Narrowing the Contested Issues for Trial | July 1, 2027 |
| Parties to exchange all proposed evidence to be used in its case in chief at trial, including a complete list of all such proposed exhibits; names of all witnesses each party intends to call at trial, as well as a brief description of the subject matter of their testimony; a list containing citations to all evidence that a party might introduce at trial, other than to be used solely for impeachment or rebuttal, that was obtained from deposition testimony, interrogatory responses, or responses to requests for admissions | July 27, 2027 |
| Parties to meet and confer to determine whether any evidentiary issues may be resolved by stipulation | August 3, 2027 |
| Motions in Limine Filed with the Court | August 3, 2027 |
| Joint pretrial statement and proposed order, proposed jury instructions, proposed voir dire questions, proposed verdict forms, proposed statement of the case, and trial briefs due to the Court | August 17, 2027 |
| Oppositions to Motions in Limine Filed with the Court | August 17, 2027 |
| Parties to meet and confer to make a good faith effort to stipulate to exhibits' admissibility | August 24, 2027 |
| Parties to File Form Exhibit and Witness Lists | September 21, 2027 |
| Pretrial Conference | September 21, 2027, at 3:00 p.m. |
| Jury Trial (10 days) | October 4, 2027, at 8:30 a.m. |

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This order **TERMINATES** the parties' status report joint stipulation regarding extension of time for all case deadlines. Dkt. No. 203.

**IT IS SO ORDERED.**

Dated: 9/9/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California