Philip C. Ducker (SBN 262644)
Michelle A. Clark (SBN 243777)
Katherine G. Rubschlager (SBN 328100)
ALSTON & BIRD, LLP
55 Second Street, Suite 2100
San Francisco, California 94105
Telephone: (415) 243-1000
Facsimile: (415) 243-1001
phil.ducker@alston.com
michelle.clark@alston.com
katherine.rubschlager@alston.com

*Attorneys for Defendant AliveCor, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALIVECOR, INC.,<br><br>Defendant. | Case No. 4:22-cv-07608-HSG<br><br>**DECLARATION OF MICHELLE A. CLARK IN SUPPORT OF THE JOINT LETTER RE ALIVECOR, INC'S REQUEST FOR DISCOVERY** |

I, Michelle A. Clark, make the following declaration:

1. I am over the age of 18 and competent to make this declaration. All the statements made in this declaration are based on my personal knowledge.

2. I am an attorney licensed to practice law in the State of California. I am an attorney at the law firm of Alston & Bird LLP and lead counsel for Defendant AliveCor, Inc. ("AliveCor") in the above-referenced action against Apple Inc. ("Apple"). I make this declaration in support of the Joint Letter re AliveCor Inc.'s Request for Discovery ("Joint Letter").

3. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff Apple Inc.'s Third Supplemental Disclosure of Damages Contentions, dated September 25, 2026, and redacted.

4. Attached hereto as **Exhibit B** is a true and correct copy of an excerpt from Apple's First Supplemental Objections and Responses to Defendant's First Set of Interrogatories (Nos. 1–7, 10–11), dated November 17, 2023.

5. Attached hereto as **Exhibit C** is a true and correct copy of AliveCor's Patent L.R. 3-9 Disclosure of Responsive Damages Contentions, dated November 29, 2023. AliveCor objects to the attachment of this exhibit to the Joint Letter as a violation of the Court's Standing Order. *See* Standing Order at 5. AliveCor's responsive damages contentions are not at issue or relevant to this Motion, nor have the Parties met and conferred regarding the sufficiency of AliveCor's contentions since Apple raised its purported concerns about them today (October 1, 2026). Nonetheless, to avoid an unnecessary delay in filing, AliveCor hereby submits Exhibit C, per Apple's request.

6. On September 25, 2026, Apple served a third supplement to its damages contentions. On September 28, 2026, Erin Beaton and I—on behalf of AliveCor—and Leslie Schmidt (Apple's self-identified lead counsel) and Ingrid Petersen—on behalf of Apple—participated in a telephonic meet and confer to discuss deficiencies in Apple's Third Supplemental Disclosure of Damages Contentions (Ex. A). Counsel for Apple took the position that its contentions are sufficient for this stage of the litigation and that no further disclosure of the theories or methodology by which Apple's proposed royalty rate or royalty base was ascertained is required before expert discovery. No other issues were discussed. Based on Apple's position, counsel for AliveCor served a draft of AliveCor's

portion of the Letter Brief the same day. Counsel for Apple provided its portion of the letter brief on October 1. The parties submit the letter brief jointly in accordance with the Court's Order. *See* Dkt. 212.

7. AliveCor has complied with the Court's Standing Order (last revised October 7, 2025), including by (i) meeting and conferring telephonically with counsel for all parties, (ii) seeking the opposing party's portion of the Joint Letter after the meet and confer session, and (iii) after failing to resolve all disputes through this procedure, filing a joint letter.

Pursuant to 17 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 1, 2026

*/s/ Michelle Ann Clark*

Michelle Ann Clark